# EXHIBIT A

# CONSTITUTION

# of the

# Adorers of the Blood of Christ

The Generalate

Via Beata Maria De Mattias, 10

00183, Rome Italy

# CONTENTS

Decree of Approval

Letter of Promulgation

**Community of Consecrated Love**

1.  Our Vocation in the Church
2.  Our Life in Apostolic Community
3.  Following Christ In Vowed Commitment
    o   Religious Profession
    o   Consecrated Virginity
    o   Gospel Poverty
    o   Redemptive Obedience

**Community of Adoring, Redeeming Love**

4.  Our Sharing in the Paschal Mystery
5.  Our Life in Adoration
6.  Our Life in Mission and Ministry

**Community of Faithful Love**

7.  Authority and Social Structures in Our Congregation
    o   General Norms
    o   General Government
        ▪   Participation in Election
        ▪   General Assembly
        ▪   General Administration
    o   Provincial Government
        ▪   Overall Norms
        ▪   Provincial Assembly
        ▪   Provincial Administration
    o   Local Government

8.  Vitality of Our Congregation
    o   Vocation and Formation
    o   Withdrawals
    o   Continuing Growth

**Appendices**

Preface of the 1857 Constitution

Decree of Praise of the Constitution

**CONGREGATIO**

**PRO INSTITUTIS VITAE CONSECRATAE ET SOCIETATIBUS VITAE APOSTOLICAE**

**Prot. n. R. 9-1/91**

<u>DECREE</u>

This Congregation for Institutes of Consecrated Life and Societies of Apostolic Life, by virtue of its authority to erect, guide and promote institutes of consecrated life, after careful consideration of the Constitutions presented by the Adorers of the Blood of Christ, acceding to the request of the Superior General and her Council, herewith approves, within the limits of canon law, and enclosed constitutions.  May the generous living of these constitutions encourage all the Sisters of the Institute to an ever deeper commitment to their consecrated life in accordance with the spirit of Maria De Mattias so that the Congregation may become that "credible witness of God's tender love, of which the blood of Jesus is vibrant sign and unending covenant pledge" (Art. 2).

Given at Rome, June 7, 1992
Feast of Pentecost

(Signed) Eduardo Cardinal Martinez Somalo
Prefect

+ Francisco Javier Errazuriz Ossa
Secretary

4

Protocol No. 211/92

Dear Sisters,

With heartfelt gratitude to God who constantly renews with us the Covenant, of which the Eucharistic Chalice is eloquent sign, I officially promulgate this Constitution of the Adorers of the Blood of Christ.  It has been approved by the Church in a decree of the Congregation for Institutes of Consecrated Life and Societies of Apostolic Life, dated June 7, 1992.

The grace experienced at the origins of our Congregation by Maria De Mattias and the early Adorers, a grace lived "from generation to generation," is renewed for us today in this Constitution.

The power and strength of the Spirit, Fire of Love, is baptizing us anew in the sign of Blood, enabling us to live our charism as effective witnesses of the living presence of the adoring and redeeming love of Jesus for the human family which is experiencing so much poverty and bloodshed today.

"In this Constitution we Adorers of the Blood of Christ set forth our vision of the way in which God calls us to holiness in apostolic service" (Life Charter, 5).

May Mary Most Holy, whom we contemplate standing beside the Cross, invoke the Spirit with us and for us, so that, as in the Pentecost miracle, each of us as well as the entire Congregation may be renewed in our decision for a life of radical love whether it brings us joy or costs us pain.  Such radical love means a life poured out for all, in adoration, sharing and solidarity, perhaps to the point of bloodshed. Thus we will be witnesses of the Blood of Jesus, sign of obedience and fidelity for the coming of God's Reign.

With affection and hope,

(Signed) Sister Giuseppina Fragasso, ASC
Superior General

Rome, Pentecost Sunday
June 7, 1992

# COMMUNITY

# OF

# CONSECRATED LOVE

Chapter I

## OUR VOCATION IN THE CHURCH

**Our Call**

Let us give thanks with joy to God, who [1] has graciously called us to fulfill our baptismal consecration by committing ourselves to following the Lord Jesus in a life of adoration that impels us to apostolic service. As ecclesial women we respond to God's call to holiness through vows of chastity, poverty, and obedience publicly received in the Church. We share life in community with others called to the same apostolic congregation of Adorers of the Blood of Christ, founded by Maria De Mattias.

**Our Spirit and Charism**

To be Adorers of the Blood of Christ [2] means to be wholly consecrated to the adoring and redeeming love of Jesus Christ, who shed his blood to free us from sin and reconcile us in love. Accordingly, our congregation itself must become "a living image of that divine charity with which this blood was shed, and of which it was and is sign, expression, measure and pledge." [1] If we remain humbly open and pray with confidence, the Spirit of God who worked powerfully in the heart of Maria De Mattias will continue to pour into our hearts the fullness of charity. The spirit of our congregation will thus be all love and charity - "charity toward God and toward our dear neighbor." [2] Our congregation will then become an ever more credible witness of God's tender love, of which the blood of Jesus is vibrant sign and unending covenant pledge.

**Our Mission**

Our corporate mission in the Church is to [3] collaborate with Christ in his work of redemption. We accomplish this mission by witnessing to God's love and ministering that love to others, especially the poor, the oppressed, and the deprived. Through our varied ministries of evangelization and human development, our prayer, and our sharing in the cross of Christ, we participate day by day in the building up of the body of Christ, so that all creation can move toward "that beautiful order of things which the great Son of God came to establish in his blood." [3] We serve in joy and simplicity, confident that the Spirit will sanctify us as we minister to others, identifying us more and more in likeness to Christ crucified and risen.

**Our Relationship With Mary**

Mary most holy, woman of the new covenant and first adorer of the mystery of the blood of Christ, shows us how to live in adoration and service. She will be with US as virgin mother, friend and intercessor as we follow Christ in his paschal mystery.

**Our Guide To Life**

In this constitution we Adorers of the [5] Blood of Christ set forth our vision of the way in which God calls us to holiness in apostolic service. It is our guide to living the gospel according to the special charism God gives us in the Church. By our religious profession we pledge ourselves to be guided by the constitution. Together we go forward in hope, in creative fidelity to God, and in covenant relationship to our sisters throughout the world.

Chapter II

## OUR LIFE IN APOSTOLIC COMMUNITY

**One in Christ**

Christ Jesus, who has brought us together [6] as adorers of his saving blood, is the radiant Center of our life in community. We believe that he lives among us and is active in our midst. Made one in him by Baptism and Eucharist, and by our religious consecration and charism, we are called to grow together toward unity in life and love, as Father, Son and Spirit are one. As the quality of our presence to one another becomes more loving, our community life itself will be a prophetic sign of what the whole Church is called to become: a communion of love in which people of every tribe and tongue and nation are united.

**Building Community**

Each of us is called by the Lord to [7] contribute toward building a genuine faith communion among us. Therefore, we try to live together as sisters and friends, loving each other as Christ has loved us. Such love implies accepting one another with our differences, honest communication, gentleness, and reverence. With a listening heart we try to understand and respond to what the other is sharing. We will respect each other's need for times of prayer, quiet, solitude and leisure, and we readily participate in the ordinary interchanges of daily community life, accepting the joys and difficulties of building community as a sharing in the paschal mystery.

**Personal and Community Growth**

All of us are responsible for creating in [8] community a liberating climate of peace and openness that fosters wholeness and holiness and that enables us to celebrate together the joy of being redeemed. By our mutual trust we help one another toward an authentic self-acceptance and interior freedom, which are basic to both personal and community growth. We try to be sensitive to the needs of our sisters and to temper our own needs in order to meet theirs, remembering the Lord's word that it is in dying that we are born to eternal life.

Mindful that Christ has reconciled us with his blood, and recognizing our own need for forgiveness, we will give reconciliation a priority in our community living, forgiving one another's human weakness by supporting each other in doubts and difficulties. We are grateful for one another's giftedness and appreciative of the concern others have for us. As women covenanted together in vowed commitment, we encourage each other to daily fidelity in radical gospel living in the spirit of the beatitudes. Living in community in this way, we help each of our sisters to grow into that unique image of God which our Creator calls her to become.

**Community For Mission**

As an apostolic community we try [9] continually to become a Eucharistic faith communion of persons existing for mission in the Church and society. Together we seek a clearer apostolic vision through sharing information, insights and discernment. By our understanding and encouragement we support each other in facing the challenges of ministry. We will never forget that our love for one another in community is itself a primary apostolic witness. From our local community we reach out in love, interest and prayer to all other Adorers throughout the world, as well as to our families from whom we have been separated by the gospel call of Christ. We share joyfully with all God's people the love that bonds us together in the Lord, a love expressed in a ministry that frees them to grow in communion with others.

8

Chapter III

## FOLLOWING CHRIST IN VOWED COMMITMENT

## Religious Profession

**Commitment In Love**

In making our religious profession by the [10] public vows of chastity, poverty and obedience, we are responding in faith to the charism given us by God and affirmed by the Church. We live our three vows as a single reality, committing our entire being to the Lord in a radical response of love that is deeply personal and freely made. We celebrate our profession during the Eucharist in the midst of God's people to whose service we commit ourselves through our vows.

**Fidelity and Witness**

We dare to commit ourselves to God [11] forever because of our confidence in the Holy Spirit who supports us in our weakness. In the very uncertainty of life's unfolding, our faithful God will constantly renew his call and empower us to continue to follow Christ, poor, virgin and obedient. Through the choices and renunciations that fidelity to our vows entails, God will give us a growing interior freedom. The more faithfully we live our profession, personally and in community, the more our lives will become a sign of that fullness of joy, love and liberation which the Lord promises to all who seek him. The Virgin Mary, who lived in obedience to the Lord and in simplicity among God's poor, shows us how to live our vows in the spirit of the beatitudes as we minister among others.

## Consecrated Virginity

**Charism of Virginity**

The charism of virginity is the gift of the [12] Spirit enabling us to follow Jesus, virgin, by inviting us to share his undivided love of the Father and his self-giving love of others. In response, we freely make a public vow of chastity by which we surrender the natural right to marriage and family and embrace life-long celibacy for the sake of the kingdom. We dedicate our womanhood to a deep love of Jesus and of others for his sake.

**Divine Friendship**

Trusting in the power of the blood of Jesus, [13] we will grow continually in our free and creative response to the gift of Christ's friendship. Conscious that Christian celibacy is a special sharing of the paschal mystery, we Adorers accept readily the ongoing renunciations involved in our decision to live without the intimate joys of husband and family, holy as these are. We will be faithful in giving time to being fully present in adoring love before the God of our life, accepting the solitude consequent on our vow of chastity as a sacred space for deepening communion with the Lord. Such union will enable us to risk sharing ourselves with others in genuine love. By our celibacy we are called to be signs of resurrection and of the union of Christ with his Church and witnesses to the liberating power of Christ's love.

**Loving Relationships**

In faithfulness to our call, we try to [14] incarnate Christ's love for all. Our love then is personal, non-possessive and open to everyone, a love that is empowering to good because it is freely given without seeking response. We will be open to wholesome friendships with our sisters and with others. Within our community we do all we can to foster the growth of each of us toward womanly maturity in celibate love. As apostolic women we live in awareness that, the more truly virginal our love is, the more those among whom we minister come to know God's free and faithful love.

## Gospel Poverty

**Charism of Poverty**

The charism of poverty is the gift of the [15] Spirit enabling us to share in the poverty of Jesus by inviting us to enter into the mystery of his self-emptying for love of us. In response, we freely surrender to God by our public vow of poverty the natural right to possess and control earthly goods independently. With trust in a provident God, we promise to become poor in spirit, to live simply, to share goods in community, and to make our own the concerns of the poor.

9

**Poverty of Spirit**
Finding our security in God, we will be [16] able to adapt ourselves more readily to life's changing situations and to accept all that leads to detachment and freedom of heart. We try to accept in humility and peace the adversities of life and our own limitations, believing that in our very weakness we can experience God's power at work in us. We share with those in need our possessions, our talents and our time, mindful that to be poor means to be servant of all. In a spirit of adoration we learn to appreciate the beauty and goodness of all created things.

**Solidarity With The Poor**
In faithfulness to the Spirit, like Maria de Mattias [17] we will let the cry of the poor find a responsive echo in our hearts, loving them with Christ's own love. We endeavor to become more aware of and more sensitive to the needs of individuals and of society, conscious that action in behalf of justice and charity is a basic dimension of the redeeming mission entrusted by Christ to his Church.

**Simplicity and Interdependence**
To give credible witness to the liberating [18] poverty of Christ in the world today and to grow toward poverty of spirit, we live in evangelical simplicity, personally and as community. We give over to the community whatever we earn or receive as gift, and accept from the community what is necessary in a spirit of grateful dependence and responsible stewardship. So that others may share in the good things of this earth, we seek for our own needs as little as possible. If at times we are lacking even what is necessary, let us rejoice in the Lord Jesus, who offers us this opportunity for a more intimate sharing in his own poverty.

## Redemptive Obedience

**Charism of Obedience**
The charism of obedience is the gift of [19] the Spirit enabling us to share in the obedience of Jesus to his Father by inviting us to continue his salvific mission to this world through our apostolic congregation. In response, we make a public vow of obedience by which we freely surrender to God our energies of mind and will, promising to embrace the Father's will as it is expressed in the constitution and as it is mediated through those who exercise authority in our congregation. As we grow in freedom of heart through our obedience, we become more identified with Jesus, who was obedient even unto death so that the total human family might become one as a new covenant people.

**Discernment In Community**
In and with community we promise to [20] search with listening hearts for God's will in the many ways it is made known to us and to obey it readily. Each of us is responsible for sharing what we believe will be helpful in this discernment. We must listen to our sisters with love and respect, and help create a climate that favors dialogue and response to the Spirit present in community.

**Apostolic Obedience**
We respond in ready obedience to the [21] decisions of those in authority, whether these decisions be for individual sisters for the community. An authentic apostolic obedience motivates us to approach our assigned ministry with initiative, a sense of responsibility, and the belief that ours is truly a ministry of the Church. With confidence in the Spirit who empowers us, to be more deeply identified with Jesus in his filial obedience, we try to obey in faith and joy, even when that which we are asked is difficult. As we experience authority and obedience in community we endeavor to live as Jesus taught us, seeking to carry out God's will here on earth as it is in heaven. In this way we become a prophetic sign of freedom and unity in obedient love, and a sign of the final destiny of the world made wholly subject to the Father.

Chapter IV

## OUR SHARING
## IN THE PASCHAL MYSTERY

**Paschal Mystery in Our Charism**

Our charism as Adorers of the Blood of [22] Christ is deeply rooted in the death-resurrection mystery of Jesus. Ours is a paschal identity, signed in the blood of the Lamb.  As a congregation we are to bear witness in hope and joy to the living presence in our world today of Christ's adoring, redeeming love, which gives ,meaning to human suffering and can render it powerfully liberating and life-giving.

**Our Paschal Reality**

Each Adorer is called to accept in a loving [23] and decisive way, with Jesus, the daily cross of physical and mental sufferings that are inevitable in life and are an irreplaceable condition of human  and  Christian  growth.  By the light of the Spirit we try to see how these experiences form that "precious cross" by which we are personally invited to share even more fully in the risen life of Jesus crucified. The more we grow in Christ's attitude of humble and loving surrender, the more readily we will be able to adore and thank God in the midst of life's difficult situations.

**Paschal Community**

As we live the paschal mystery together in [24]  community, we try to bear each other's burdens  gladly  and  to  live so as never, add to another's burden. We  support  our  sisters, sensitive to the pain each experiences in the Spirit's purifying and transforming power at work in her. Strengthened by the power of the blood of Christ, we encourage each other understand that the foolishness of the cross is indeed the wisdom of God.  As paschal women we learn to celebrate the mystery of our call to give life to one another through our own daily dying and rising, grateful for each new gift of sharing the cross with Jesus.

**Paschal Mission**

Like the seed that comes to fruitfulness [25]  through its own dying, we are to live the paschal mystery in our ministry, completing in our own lives the sufferings of Christ for the sake of his Church.  We are called to share our Redeemer's struggle against the powers of darkness and sin, that we may share his victory.  Remembering how he opened to humanity the way to glory by dying apparent failure, surrounded by the ingratitude and hostility of those he came to save, we can understand better why the Father at times invites us also to drink this chalice. The more we accept our own pain with peace and joy, the more compassionate we will be in ministering to others in their needs and sorrows, helping them to accept in hope the healing and life-giving value of their cross.

**Paschal Glory**

Like Maria De Mattias, we will deepen our [26]  faith and hope through loving contemplation and sacramental celebration of the paschal mystery.  Sharing  her  vision,  we  will be able to share also her desire to embrace with peace and courage the crosses accompanying illness, aging and death.  We hope one day to join her in the company of God's new covenant people, forever giving thanks and adoration to Jesus, Lord of glory.

Chapter V

# OUR LIFE IN ADORATION

**Adoring
Love**

Our title, Adorers of the Blood of Christ, [27] reminds us of our call to be a community of apostolic religious whose lives are permeated by the spirit of adoration. We are to be contemplative women who glorify  the Lord and reverence his presence in those among whom we minister.  Adoration is for us a love relationship with the Holy One in whom we are made one with the communion of saints.  To grow in adoration means that our entire person, in all of our relationships and circumstances, in all our sinfulness and giftedness, becomes ever more fully surrendered with Jesus to the Father for the coming of the kingdom.

**The Blood
of Christ
in Our
Worship**

In our whole life, especially at Eucharist [28] and other prayer, we adore Christ the Lord who has redeemed us with his blood.  Like Maria De Mattias, we give a priority,  personally and in community, to contemplation of the mystery of redemption, reflecting on its centrality in salvation history, and offering the precious blood for the needs of the Church and the world. We also give special place to Mary, Woman of the new covenant, who shares so lovingly with Jesus in his saving work.

**The
Sacraments
in Our
Worship**

We join our adoration with that of the [29]  entire priestly people of God in celebrating the paschal mystery in the sacraments. At the very center of our lives is the Eucharist, which is the source, the nourishment and manifestation of our communion in love and faith with the Church and with one another. In celebrating this  covenant renewal we offer ourselves in adoration with Jesus, embracing in our thanksgiving and intercession all God's people, especially those among whom we minister.  We respond gratefully to the invitation to partake of the blood of Christ in the Eucharistic chalice, wherein is joy in the Spirit and pledge of eternal life.

Aware that we stand always in need of conversion and pardon, we will often worship the Lord in the Sacrament of Reconciliation, where forgiveness of sin is celebrated and broken unity is restored through the power of Jesus' blood.  As we encounter our risen Savior in this sacrament and in the Anointing of the Sick, we will allow the healing power of his Spirit to touch deeply into the core of our being to renew us in love.

**Atmosphere
For
Adoration**

Realizing that the Spirit speaks to us both [30]  in the silence of our own hearts and in dialogue with others, we will do all we can to create in our community an atmosphere that enables each sister to live in a spirit of adoration. We need to be mindful that our attitude toward one another and toward our ministry affects the quality of both our community and our personal prayer.  We will try to make room in our hearts for the Lord in inner quiet and watchfulness walk humbly in God's presence.

**Personal
Prayer**

Each of us has a right and responsibility [31]  to give time to prayer daily. As we listen to the Lord's message in the scriptures, we will let his word penetrate our innermost selves so that It can purify our hearts and illumine the way we perceive and respond to ourselves and others. Conscious that growing toward wholeness in adoring, redeeming love is a lifelong journey, we seek to answer God's constant call with courage and hope.  We will be faithful in prayer as we journey forward through dullness and joy, distraction and awareness, desert darkness and radiant light toward total union with our God.

**Prayer
in
Community**

As a community we celebrate together [32]  the Church's morning and evening praise. We also pray together at other times, in varying and creative ways, such as breaking and sharing with one another the Lord's word, praying spontaneously, celebrating Christian feasts and seasons, or simply being together in silent, grateful adoration and intercession.

**Prayer
and Ministry**

Responding to our call to adoration, we [33]  become a joyous witness to God's compassionate love  and  a sign of hope.  Our  prayer  is enriched as we participate in the redeeming of  the world through our ministry. Urged on by the Spirit, we remain  restless until Christ's transforming charity touches the life of every person and the whole of society. Growing

steadily in faith and love, both at prayer, and in ministry, we will experience the living God constantly active in and through our service among others.

Chapter VI

## OUR LIFE IN MISSION AND MINISTRY

**Sharing Christ's Redemptive Mission**

Gifted by the Spirit with an apostolic [34] vocation, we Adorers gladly spend our life energies in ministry as we collaborate with Christ Jesus in his redeeming work. Our corporate mission, like that of Maria De Mattias, is to witness to God's love in our own lives and to "lead others to the knowledge and love of Jesus crucified." [4] Charity, therefore, is to be the beginning, the center and the goal of our ministry among ourselves and others with whom we share the good news of salvation.

**Ecclesial Dimensions of Our Mission**

We minister as ecclesial women, sent in [35] obedience by our congregation, aware that it is in and through the Church that we share in Christ's saving mission. In our ministry, we willingly collaborate, both corporately and singly, with the universal and the local Church as well as with others. We strive to create Church by forming ecclesial communities. We make our own the hopes and joys, the griefs and anxieties of all people, especially the poor and oppressed. Through living and announcing the gospel of love, justice and peace, we share in the transformation of the world. We seek to grow throughout our lives in our sense of mission, knowing in faith that, not only through our labors but also through our vowed consecration, our life in community, our prayer, our suffering and our death, we are enabled by the Spirit to share in the building of the kingdom.

**Ministries of Our Congregation**

Our apostolic goal is to share the fruits of [36] redemption with others, especially the poor, through works of evangelization and charity. Mindful of the self-giving love which impelled Maria De Mattias to be wholly consumed in varied ministries for her "dear neighbor," our apostolic services, are diversified according to the real needs of others and our own giftedness. As diaconal women we encourage one another to be available and responsive as we discern together in docility to the Spirit the ministries to which the Lord calls us. We rejoice in the success of our sisters, sustain one another in times of discouragement and help each feel that hers is a community apostolate, whether she serves together with other Adorers, a corporate commitment or is the only Adorer involved in her ministry.

**Loving Those We Serve**

We are to have a gracious reverence for [37] the human dignity and divine destiny of those among whom we minister, letting the gentle courtesy of Christ be evident in our manner toward all. Whatever our ministry, we seek to empower others to develop their own human potential and to respond freely and fully to the promptings of the Spirit. We are grateful to those we serve, remembering that even as we give service to them we receive from them much that helps us to grow toward maturity in Christ.

**Apostolic Holiness**

We can expect to grow in holiness and [38] apostolic love through our ministry the more we seek to remain united with Jesus in his spirit of sacrifice and loving obedience. Aware in faith that the Spirit is creatively at work in us and in those we serve, we try to minister in joy and simplicity, with confidence and singleness of purpose so that our presence to others becomes liberating and reconciling. Grateful for the privilege of sharing in the Lord's work, we seek in prayer, especially in the Eucharist, the vision and strength to sustain the risks and tensions of ministry. We should remember that we influence others more by the living witness of our own commitment to the Lord than by what we do or say.

Chapter VII

**AUTHORITY AND SOCIAL STRUCTURES IN OUR CONGREGATION**

**Authority In Our Congregation**

As a group of apostolic religious women [39] whose way of life has been approved by the Church, our congregation has authority to organize and govern itself for the achievement of our shared vision and goals.  We believe that the authority uniting us in ecclesial bonds of faith ~6tjaith and love is embodied in visible human :$,:1tuctures. We journey together into the future, confident that through our love and obedience in community the Spirit of God will guide our life and mission in the Church.

**Our Social Structures**

All Adorers form a single international [40] congregation in which, with all our diversity, we are united in oneness of heart and soul, through sharing the same charism.  As a congregation we are organized into provinces to facilitate mutual sharing of resources for life and mission. Within our own province we are assigned to local community, where we are committed to witness joyfully to the adoring, redeeming love of Jesus.

**Sharing Responsibility in Community**

In obedience all share responsibility for [41] seeking and carrying out God's loving plan for us as adorer apostles. With hearts open to the Spirit and to one another, we strive to develop the values of collegiality, subsidiarity and accountability as guiding principles toward harmony and gospel vitality in our social structures and in the exercise of authority among us.  Each shares in some way in the process of decision making and in establishing policies for our life and apostolic mission personally in the local assembly, and through our representatives in the provincial an general assemblies.

**Authority As Service**

Authority in the congregation at the general, [42] provincial and local levels provides visible leadership for promoting unity and for expressing our shared vision in faithfulness to our charism. Through prayer, dialogue and prophetic call, the sisters entrusted with this authority lead us in discerning what God wants for each and for all; and they render the service of making final decisions. They encourage us in living our consecration as apostolic adorers, and with gentle firmness they call us to fidelity.  As Christ was among his disciples as friend, they are to be among us as sister and friend, serving in real communion with all members. They seek so to exercise authority that, through them, God's personal love for each of us is revealed.

**Our Norms**

Aware of our own need for continuing [43] conversion, and with loving concern for others, all of us will follow the norms agreed upon, as they are set forth in the constitution, the bylaws and other policies and decisions of the congregation, province or local community.  In order to remain open to the Spirit, we should regularly re-examine these norms and adapt them to changing circumstances in such a way as to foster creative fidelity to the initial charism of Maria De Mattias.

## Chapter VIII

## VITALITY OF OUR CONGREGATION

**Conditions of Vitality**

The continuing life and growth of our [44] congregation come from the power of the Holy Spirit, who gives us our vocation to adoring, redeeming love. By the gift of freedom, however, the Lord makes us responsible for fulfilling his divine plan for us. Hence our growth and vitality depend on our creative faithfulness as a congregation to our mission in the Church and the world, on the quality of our relationships with each other and with persons gifted with other vocations in the Church, and on each Adorer's response to God's continuing call. Our vitality is also affected by the docility to the Spirit of those women whom the Lord invites to share our charism.

**Welcoming New Members**

All of us show loving concern for any woman [45] who seems called to live out her baptism through following Christ as an Adorer. We receive graciously as our sisters those admitted to the congregation, helping them feel at home among us through the joyous witness of our fidelity in prayer, our love in community and our zeal in ministry. We appreciate the enrichment for the Church that can come from our mutual sharing of personal qualities and spiritual gifts.

**Initial Formation**

Under the guidance of sisters appointed to the [46] ministry of formation, each province will provide for the integral human and spiritual development of new members. Through the opportunities for growth made available in the successive phases of their initiation, we encourage them to become vital community members who gladly share our apostolic spirituality. All of us should support them through the years of their formation by our prayer, example and encouragement.

**Continuing Growth**

Having responded to the Lord's call by our [47] profession of vows, we are to continue in the process of integrating our lives, so that we may each attain that unique paschal identity with Christ to which the Lord invites us. With reverence for the vocation God has given us, we do all we can to promote one another's growth toward wholeness and holiness. By our mutual love we continually create that climate in which the fruits of the Spirit can come to maturity in our lives.

**Fidelity In Vocation**

Each of us is responsible for constant [48] faithfulness to the vowed commitment by which we are covenanted together as adore apostles. Amid the changing realities of our lives the Lord will always be with us. We thank God daily, especially in the Eucharist, for the gift of being called to this congregation founded by Maria De Mattias. With confidence in the blood of Christ, we ask for ourselves and for one another the grace of fidelity. Thus we help each other reach the perfect fulfillment of our destiny when through death we shall enter fully into the paschal joy of the Lord, made one forever with all God's people in the love of Father, Son and Spirit.

16

**Statutes**

# Chapter I

# OUR VOCATION IN THE CHURCH

1. Our is a Pontifical Congregation, of which the official title is Adorers of the Blood of Christ (Adoratrices Sanguinis Christi). The official initial are A.S.C.

2. We are permanently incorporated into the congregation trough our permanent vows; temporarily, through our temporary vows.

3. The constitution, consisting of Life Charter and Statutes, is normative for our entire Congregation. The constitution can be revised and modified by the General Assembly after adequate consultation with the sisters of the congregation, and always in faithfulness to our charism and in responsiveness to the call of the Church and the realities of the times.  Proposed changes are then submitted by the General Superior to the Apostolic See for approval.

4. That we may appreciate our identity as a congregation and draw life for the future from our roots in the past, we are all to study and reflect on our congregation's history, and on the life and writings of Maria De Mattias and others through whom God has formed our apostolic congregation in the Church.

# Chapter II

# OUR LIFE IN APOSTOLIC COMMUNITY

5. Ordinarily all of us are to live with other Adorers in a community to which we are assigned by the Provincial Superior.

6. In our local community we will set goals and plan our life together, taking into account the needs and reality of our apostolic ministry as well as the human and spiritual needs of members and of community as a whole.  To foster union of mind and heart, the community plan should assure to all members the opportunity to come together frequently for prayer, meals, recreation and other sharing; and also times of silence necessary for reflection, study and rest.  Each sister is to share actively, according to her ability, in planning and in realizing community goals.

7. Community planning should include regular and frequent meetings, according to provincial norms, in which we review and evaluate our life together in the light of the gospel and our apostolic vocation as Adorers of the Blood of Christ as expressed in our constitution.

8. In courtesy and mutual trust we are accountable to one another and to local authority for brief absences from the local community.  Permission for sisters to live away from a community of Adorers for reasons of apostolic ministry, study, health or for other just causes maybe granted by the provincial superior with the consent of her council, according to canonical norms.

9. When we receive others as guests in our homes, we will welcome them with Christian hospitality, while at the same time reserving the space needed for community.  We will respect one another's need for quiet and privacy and the need to grow together in communion among ourselves.  Most of us have contacts with many persons and other communities.  We will share the enrichment of these associations with one another as far as we can, while showing active interest in and support of our sisters in these relationships.

10. Norms and policies should be established as needed at the provincial and local levels regarding visits to parents and relatives, vacations, use of means of communication, hospitality to guests, travel and absence from community, and whatever promotes vitality in our life together.

11. Each of us should take reasonable care of her health, using those means that are appropriate for persons of moderate social condition, according to place and circumstances. Our love and concern for one another should make, us especially attentive to our sick and aged members.

12. We will actively participate, according to each one's ability, in consultations, elections, community gatherings and other undertakings organized for sharing ideas and information and for continuing growth at local, province and congregation levels.

## Chapter III

## FOLLOWING CHRIST IN VOWED COMMITMENT

### Religious Profession

13. As Adorers of the Blood of Christ we make permanent vows of chastity, poverty and obedience, to which we commit ourselves for the whole of our lifetime.  Permanent profession preceded by at least three years of temporary vows.

14. We make profession according to the ceremonial approved for our congregation.  The provincial superior or her delegate, as representative of the congregation, receives each sister's profession in the name of the Church.

15. In our congregation profession by temporary vows is vowing to God to live in chastity, poverty and obedience for a specified period of time (one, two or three years) according to the Constitution of the Adorers of the Blood of Christ. Such a commitment presupposes the intention of going on to permanent profession, unless further discernment leads to a different conclusion.  The formula for temporary profession is that approved by the Congregation for Divine Worship.

16. The following is the core formula to be used at permanent profession:

> In your presence, Sister Provincial (or delegate),
>
> I, n.n. vow to God
>
> forever
>
> chastity, poverty and obedience.
>
> according to the Constitution of the Adorers of the Blood of Christ.
>
> Personal additions to the formula are approved by the Provincial Superior.

17. In our international congregation, the dress is that established by each provincial assembly and approved by the General Superior with the consent of her Council. Our dress as religious, worn as sign of our consecration, is to be simple, unadorned, adapted to time, place, and apostolic ministry. The small heart and cross is the official symbol of membership in our congregation.

### Consecrated Virginity

18. Our behavior and bearing should show that we intend to live faithfully the celibate consecration by which we forego not only marriage but also all expressions contrary to consecrated chastity, and that we commit ourselves to growth in this virtue.

19

19. The simple lifestyle we profess will be conducive to the practice of the penance and self-discipline necessary to growth in virginal love. According to personal need, we will use suitable natural and spiritual helps in realistically meeting the tensions we experience in living celibate love.  In times of trial and personal weakness we will support each other.  With a deep sense of responsibility, a sister will seek help in these matters from her confessor, superior, or any other experienced person who is able to understand and assist her adequately.

20. We will strive to have a positive, healthy attitude toward ourselves as women, and will foster a genuine appreciation of the vocation of both Christian marriage and various forms of celibate life in the Church.

## Gospel Poverty

21. The community is to provide for the actual needs of each sister in accord with the spirit of poverty and community resources. Simplicity of life in fact and in desire should be the guide for our standard of living in our residences, food, clothing, travel, social activities, health care, retirement and similar needs. We should try to be a countersign to the evils of materialism and consumerism, bearing witness to the possibility of sharing goods in common with others unselfishly and in a spirit of cooperation. We try to awaken consciences to an awareness that we are only stewards of the goods of the earth, with the duty of working to overcome the causes of poverty and marginalization of so many people throughout the world.

22. We will readily accept in our own lives the common law of labor. Since by our vow of poverty we have freely chosen not to earn anything for ourselves, whatever we earn in any way belongs to the community and should be given promptly to the proper authority. For the same reason, none of us may claim special privileges because we earn more than others.

23. As individuals we retain the right of owning personal property which we already have or may later receive as patrimony. We may not, however, administer it ourselves nor derive any personal benefit from it. If an individual sister desires to renounce her patrimony, partially or totally, she may do so as a personal practice of poverty in accord with what is stated in the bylaws.

    Before making first temporary vows, each sister will make a legal will for any property she has or may subsequently acquire. If at the time of first profession a sister has any possessions, she will entrust their management to someone else and arrange for the use of the income from them.  If a sister receives possessions after her religious commitment, she will at that time arrange for their administration and the disposition of income. For any other acts of ownership, such as changing her will, changing the administration and the disposition of income, modifying the use of income from patrimony, or other acts required by law, she needs the prior permission of the provincial superior.

24. All sisters should handle community resources, and what is provided for their personal or community use, with a readiness for accountability and a concern for poverty, as responsible stewards who recognize the importance for the human family of a wise use of our human and natural resources.

25. Though committed to gospel poverty, the congregation and the provinces have the capacity to acquire, possess, administer and alienate temporal goods.  These must be administered prudently: in harmony with our corporate and personal commitment to simplicity of life, interdependence, concern for the poor and reliance on divine providence; and according to the principles of canon law and social justice. The General Superior with the consent of her Council may allow the goods of the Congregation, the provinces and their institutions to be alienated, offered as security, mortgaged, loaned or leased as long as their value is within the limits proposed by the respective national or regional conference of bishops and approved by the Apostolic See.  For amounts beyond the limits the General Superior will request permission from the Apostolic See.  The same norm applies in the contracting of debts, with the additional requirement that whoever requests permission for indebtedness should make known all existing debts and financial obligations to the authority from whom the permission is sought.

26. Provinces use their resources for individual and community needs, for apostolic ministries, and for the needs of the poor and of the kingdom. If a province or one of its institutions as a legal entity contracts debts or other financial obligations, only that province or institution will be responsible for their payment. There should be a generous sharing of resources within our congregation according to possibilities and needs.

## Redemptive Obedience

27. As ecclesial women we recognize the authority of the Church, we obey the Pope as our highest superior, and we accept the authority of the bishops and other ecclesial bodies as expressed in Church law. Authority in our congregation is entrusted to those sisters who serve as superiors at general, provincial and local levels, and who are assisted by their respective councils; and to the general, provincial and local assemblies.

28. In our personal and communal search for indications of God's will, we look to our constitution, bylaws and norms, and to the decisions and calls made by those in authority in our congregation. With other Christians, we seek his will also in the scriptures and in worship; in directives, teachings and appeals of the Church; in our talents and inspirations and those of our sisters; in the needs of people, the events and movements of our world, and in the changing circumstances of daily life

29. Each of us will try to accept graciously her missioning to a specific local community and the ministry entrusted to her, and to accept the sisters missioned with her, perceiving in such obedience a carrying forward of God's plan in her life.

30. When a sister has reason to think that a superior is not aware of special difficulties she faces in obeying, she should make these known to her with frankness and a spirit of charity. The superior should re-examine the situation responsibly, ready to change the original decision if she finds this feasible under the given circumstances. However, if she concludes that the original decision is necessary, then the sister concerned will seek to obey with renewed confidence in the Lord.

31. If for serious reasons a provincial superior or general superior should think it necessary to give a command explicitly in virtue of the vow of obedience, she will do so only after having listened to the sister with understanding, having prayed about the need for taking this measure and having discussed it with her council, unless circumstances make this very difficult. Such a command should be expressed clearly and be given either in writing or in the presence of two witnesses

## Chapter IV

## OUR SHARING IN THE PASCHAL MYSTERY

32. Realizing our constant need for conversion, we will take personal responsibility for effective penance in our lives. While recognizing the value of the asceticism of daily personal, community and apostolic life, we should also develop communal and personal forms of penance that are meaningful today. We will respond faithfully to the Church's call for additional penance on Fridays, during the season of Lent and on other particular occasions, and try to make them times of true reconciliation and charity.

33. For us Adorers, to carry the cross may be to live by necessity under social systems that are unjust and discriminatory.  This may mean that one is conscious of the evil and feels it impossible to effect immediate change in the system.  The attempt to live prophetically in such a paradoxical situation, to criticize and to challenge constructively, to remain inside the situation while trying to better it and create something new is an ascetical task that we must accept in our suffering world as we move forward with the Church toward the fullness of resurrection.

# Chapter V

# OUR LIFE IN ADORATION

34. Prayer oriented to the mystery of redemption through the blood of Christ will be a priority for us individually and as a community.  Though the style of our prayer will always be unique to each of us at every point of our ongoing relationship to God, the following norms are offered as a means of safeguarding our right to time for prayer and for carrying out our responsibility to deepen our life of prayer.

> All of us share in the Eucharist daily if possible, partaking of the body and blood of Christ.

> Ordinarily we pray morning and evening praise and Maria De Mattias' hymn to the blood of Christ daily in community. In addition, each of us is to be free for about an hour and a half each day for personal and/or community prayer.

> Each local community will plan meaningful longer periods of communal prayer on a regular basis, preferably weekly.

> All of us will periodically dedicate a day to spiritual renewal either communally or individually; this will ordinarily be done each month.

> Each of us is to have opportunity for at least a week of retreat annually.

35. The manner, place and schedule of personal and community prayer should be in harmony with the demands and rhythms of our ministry, with our community needs, and with the Spirit's call to each of us for growth in our relationship with in prayer.

36. We draw inspiration for our prayer principally from sacred scripture. We will also use other authentic sources of Christian spirituality, especially the life and writings of our foundress and other sources of the history and spirituality of our congregation.

37. All of us are encouraged to participate in the Church's worship through the liturgical year and to rejoice with the people of God in the celebration of the sacraments.  We endeavor in this way to deepen the grace of divine life into which we are baptized and confirmed.  We will try to make Sunday truly a day of special celebration, and as far as possible contribute to the richness of the Eucharistic liturgy in our local situation. In addition to individual celebrations of the Sacrament of Reconciliation, we should promote communal celebrations in order to express more clearly the social dimension of sin and salvation. In illness and in the weakness of aging we will worship our risen Lord in his healing power in the sacrament of the Anointing of the Sick, communally celebrated if possible.

38. Those sisters who are entrusted with authority at local and provincial levels have responsibility for trying to assure that opportunities for the Sacrament of Reconciliation and for competent spiritual direction are available for all sisters as desired.

39. We are to celebrate with special solemnity the principal feasts of our congregation, which are the following:

> 1. our titular feast, the Precious Blood of our Savior Jesus Christ, ordinarily celebrated on July 1

> 2. our special feast of Mary, Woman of the New Covenant, celebrated with the Church on September 15 under the title of Our Lady of Sorrows;

> 3. the feast of our foundress, Blessed Maria De Mattias, celebrated on February 4, anniversary of her birth and baptism;

> 4. the feast of St. Gaspar Del Bufalo, founder of the Missionaries of the Most Precious Blood and cofounder of our congregation, celebrated on, October 21;

5. the feast of St. Francis Xavier, to whose patronage our congregation has been dedicated since its foundation, celebrated on December 3.

40. We remember frequently in prayer the deceased members of our congregation, especially on the anniversary of their death. When notified of the death of a sister, each local community will pray for her together, and each sister will remember her in the Eucharistic celebration. Furthermore, where possible, each local community of the deceased sister's province will together celebrate the Eucharist for her.

41. We will at times share our prayer and faith experiences with the clergy and laity, receiving inspiration from them and offering whatever help we can for their life of prayer

42. While we continue to intensify our communal and solitary prayer, we need to encourage one another to new dimensions of prayer. These will include awareness and for moving into situations in which we witness our concern for the poor, the marginalized and the powerless, and our willingness to become involved in courageous action on their behalf.

## Chapter VI

## OUR LIFE IN MISSION AND MINISTRY

43. In order of be faithful to our tradition in meeting the needs of God's people, especially the poor, during all the phases of their lives, we continue to engage in diverse ministries.  Among these are works of education, retreats, pastoral services, lay associations, domestic service, health care, social services and care of the aged.  We carry out our apostolate not only in the geographic area of the province, but also in distant areas where there is special need.  All of us, in fidelity to our mission, are to develop attitudes of flexibility, mobility and openness either to continuing in our present ministry or to engaging in new service.

44. All provinces have a responsibility for regular re-evaluation of their apostolic works and ministries. The principal criteria for deciding to continue an apostolic endeavor or to undertake a new ministry are the following:

1. urgency of the work or ministry in terms of evangelization or other human needs, especially those ministries which will more effectively promote the realization of a just society based on love;

2. the giftedness and availability of sisters who are prepared or can be prepared for the work of ministry;

3. assurance that existing works which are still genuinely needed and effectively being developed can continue, and that the needs for ministry internal to the province and congregation are met;

4. availability of others who can and are willing to meet the needs;

5. faithfulness to the spirit of our congregation as set forth in this constitution;

6. approval by competent authority in our congregation and in the Church.

45. Whatever our ministry, each of us is called to find in it a means for evangelization, for working toward the unity of all in Christ, and for the promotion of justice, peace and love.

46. When our primary ministry is that of prayer and/or suffering, we are especially called to offer this prayer and suffering in support of our sisters in their ministries and for the coming of God's kingdom throughout the world.

# Chapter VII

# AUTHORITY AND SOCIAL STRUCTURES

## General Norms

47. All who exercise authority in our congregation are to do so in accordance with Church law and our constitution, our bylaws, and other norms of the congregation or province.  These are to be interpreted in harmony with the gospel, avoiding both excessive legalism and irresponsible non-acceptance of norms and directives.

48. All of us Adorers are members of a province or delegation from which we receive benefits, and toward which we are to contribute for its growth and vitality. Likewise, as members of an international congregation, we will be attentive to and flexible in responding to the needs of other provinces when such needs are expressed by the general superior and council or by a provincial and council.

49. Provinces and delegations are established according to geographic area. The decision to establish or divide a province, to merge previously erected provinces, or define them in another way is made by the general assembly at the proposal of the general superior and council. The decision to suppress a province is made by the general assembly upon request by the general superior and council. The decision to establish a delegation is made by the general superior with the consent of her council upon request from the provincial superior with the consent of her council and with the consensus of the provincial assembly. The decision to reinsert a delegation into its province of origin is made by the general superior with the consent of her council upon request by the provincial superior with the consent of her council, with the consensus of the provincial assembly, and with the previous discernment of the members that form the delegation.

## General Government

### Participation in Elections

50. All sisters of our congregation who have made permanent vows have a right to vote in elections and may be voted for. Sisters with temporary profession may vote in all elections; however, they may be voted for only as provincial assembly members or for offices at local level other than that of local superior.

### General Assembly

51. The general assembly is a collegial gathering of Adorers representing our entire congregation, which serves as a primary means for communal obedience to the Holy Spirit.  It has the highest authority in the congregation and is empowered to act in accordance with Church law and the constitution and bylaws.  Its purpose is to promote the constant and ever-renewed fidelity of all Adorers in Living our vocation in the light of the gospel and our charism, and in view of the needs and changing conditions of Church and world.

52. The chief functions of the general assembly are these:

    1. to modify the constitution of our congregation: such modifications require a two-thirds majority and subsequent approval by the Apostolic See, to whom authentic interpretation is reserved;

    2. to establish, review and modify bylaws for the congregation, with due regard for diversity within unity;

    3.  to develop timely enactments which promote the vitality of our life in mission;

    4.  to decide particular administrative matters which, according to the constitution and bylaws, are within the competence of the general assembly;

    5.  to elect the sisters who are to serve as general superior and councillors and to approve the selection of general secretary and treasurer.

53. The general assembly is convoked ordinarily every four years by the general superior in an official communication to all the sisters of the congregation. The general superior, together with the council, has the responsibility of directing preparations for the assembly.

54. Members of the general assembly are the delegates elected by the sisters in proportion to the number of members in the province; and, ex-officio, the members of the general administration and all provincial superiors. The elected members must be in greater number than the ex-officio members.

55. All of us share responsibility for the work of the general assembly, preparing for it by means of prayer, study, discussions and other community efforts and by offering suggestions and proposals, ordinarily through the provincial assembly.  We also have a serious responsibility for electing as delegates sisters who will be able to contribute to the assembly because of their personal integrity, earnestness in living our vocation, understanding of the life and mission of the congregation, openness to others, awareness of the signs of the times, and willingness to engage seriously in the work of the assembly.

56. Each member has an obligation to prepare in advance for the work of an assembly. She has a serious responsibility to participate by openly and honestly expressing her views on matters discussed.  She is to bring to the attention of the assembly the interests and concerns of the sisters of her province.  At the same time she should maintain a global perspective, keeping in mind the needs and desires of all Adorers and the greater good of the entire congregation, of the universal Church and of the whole human family.

57. Each member must exercise discernment throughout the assembly. Especially she should seek with prudence and charity sufficient information about sisters who might serve the congregation as general superior and councillors, so she will be able to vote for those most qualified for these offices

58. The general superior is the president of the assembly, though she may ask other members to preside at individual sessions. Other officers elected by the assembly are a secretary, a coordinator, a coordinating committee and two tellers.

59. The work of the general assembly is conducted according to the constitution and bylaws, supplemented by other rules of procedure adopted by the assembly.

60. For the election of the general superior, a two-thirds majority is required on the first and second balloting, a majority on the third and fourth balloting. For the election of general councillors, a two-thirds majority is required on the first balloting, a majority on the second and third, and a plurality on the fourth and fifth balloting. Specific norms regarding these elections are in the bylaws.

61. Decisions of the general assembly are normative for our entire congregation. Those involving a change in bylaws remain effective until modified by another general assembly. Ordinarily other decisions remain normative only until the conclusion of the succeeding assembly, unless they are reaffirmed.  For special reasons, changes in previous assembly acts may be made effective immediately; at least those that do not change the constitution, for which it is necessary to have the approval of the Apostolic See.

62. The general superior is responsible for the promulgation of the decisions of the general assembly. She and the councillors are to exercise leadership in implementing these decisions, in collaboration with the provincial superiors, councils and assemblies.

**General Administration**

63. Overall leadership of our congregation is entrusted to the general superior assisted by four general councillors. They are elected by the general assembly for a term of four years. To be elected general superior a sister must have been perpetually professed at least ten years; she may not be reelected for a third consecutive term. The superior and council are assisted by a general secretary and treasurer, selected by the assembly from nominations made by the general superior with the consent of the council. These seven sisters form the general administration of our congregation. Besides possessing the qualities required for all offices of responsibility in our congregation, the sisters elected to the general administration ought to be women of love and humility, dedicated to the ideals of our apostolic spirituality. They should have initiative, experience, breadth of vision and concern for the needs of the whole Church and of all people. As a group, they are to witness to loving community, to collaboration in ministry and to unity within the diversity of our international congregation.

64. The general superior has the highest authority within our congregation in order to promote the vitality of apostolic life of all provinces, local communities and sisters. With prophetic vision she guides our congregation toward the future and serves as our center of unity. She is president of the general council, of the general assembly and of the inter-assembly congress. She serves as official liaison with the Apostolic See and represents our congregation to Church and civic communities, and in international organizations, especially those for religious women.

65. Sharing leadership with the general superior are four general councillors. They serve as consultants to the general superior and collaborate with her in serving our entire congregation. The general councillor designated by the general assembly substitutes for the general superior when the office is vacant.

66. Principal responsibilities of the general superior with her council are these:

   1. to animate all Adorers to holiness in their apostolic life in creative fidelity to the spirit of our congregation, according to our constitution and norms;

   2. to promote unity among Adorers throughout the world while respecting our diversity, coordinating matters that pertain to more than one province and providing channels for communications within our congregation;

   3. to call all Adorers in a· prophetic way to respond to the urgent and ever-changing needs of the Church and the world, especially the poor;

   4. to assure good leadership in all provinces through appointing members of provincial administrations after dialogue and discernment with the sisters of the provinces, maintaining close contact and collaboration with the administrations, stimulating them to creativity and efficiency in their ministry of administration, approving provincial formation and government plans and reviewing provincial assembly acts;

   5. to take special care in promoting the quality of initial and ongoing formation for all members of our congregation, and in fostering knowledge and appreciation of our charism and history;

   6. to stimulate and coordinate the insights and vision for the future of all Adorers through planning for the general assembly and leadership in carrying out its decisions;

   7. to provide that the general superior and/or one or more councillors visit all provinces of the congregation at least once every four years;

   8. to carry out all other ordinary functions of general administration and duties specified in the bylaws.
   The general superior, to act validly, must have the consent of her council in those cases prescribed by canon law, by the constitution, and by the bylaws.

67. The general secretary has the following overall responsibilities: to assist the general superior and council in correspondence and communications concerning the government of the congregation, to serve as secretary for meetings of the general council, and to supervise the general archives of the congregation.

68. The general treasurer is responsible for the administration of the property and financial affairs of our congregation at the general level, under the direction of the general superior, in accord with Church and civil law and congregation norms. She assists at meetings of the general council when the administration of financial affairs is under discussion and at other times when invited.

## Provincial Government

### Overall Norms

69. Each province is to have a government plan which sets forth, in harmony with our constitution and bylaws, a detailed description of the organization of the provincial administration, a plan according to which the provincial assembly functions, and the province norms for local community organization. This government plan is approved by the provincial assembly and presented by the provincial superior for approval by the general superior with the consent of her council. Modifications in the plan require the same approval.

70. Each province will develop norms and policies useful for fostering among the sisters of the province fidelity and vitality in living their vocation personally, in community and in apostolic ministry. Local communities are also to develop policies when these will have the same purpose for the local group.

### Provincial Assembly

71. The provincial assembly is a collegial gathering, representative of the members of the province. Its purpose is to foster the spiritual and apostolic vitality of the sisters in view of changing conditions and needs of the Church and world. A new provincial assembly is convoked at least every three years by the provincial superior. It is constituted and functions according to the approved plan.

72. The principal functions of the provincial assembly are these:

    1. to make needed province norms in accordance with the constitution, bylaws and general assembly acts;

    2. to develop policies that will foster the consecrated life of adoring, redeeming love of the sisters of the province;

    3. to discuss and make recommendations on administrative matters normally within the competence of the provincial superior and her council which they refer to the assembly;

    4. to make decisions on matters specifically within the competence of the provincial assembly according to constitution and bylaws;

    5. to make proposals to a forthcoming general assembly.

73. Since the provincial assembly is directed to the welfare of each sister and the shared goals of the province, all Adorers of the province are in some way responsible for the work of the assembly and are to support it through prayer.  All are to undertake with discernment the serious duty of electing delegates who are willing and able to fulfill the responsibilities of the assembly. Sisters of the province· are also encouraged to follow the work of the assembly, to participate in preparatory studies, to attend sessions as observers, and to read carefully and discuss in community proceedings of the assembly. They are also encouraged to submit to the assembly proposals which they consider advantageous for the personal and apostolic growth of sisters of the province.

74. Members of the provincial assembly have a duty to participate actively and responsibly for the welfare of the Church and the world, our congregation, the province and each local community and sister.

75. The provincial superior forwards the substantive decisions of the provincial assembly to the general superior and council for review.  The decisions become normative for the province unless vetoed, for serious reasons, by the general superior with the consent of her council.  The reasons are to be communicated to the province.

76. All Adorers of the province are to accept the decisions of the provincial assembly in a spirit of faith and obedience, seeking to put them into effect in their own lives personally, as community, and in apostolic ministry.

**Provincial Administration**

77. Leadership in each of or provinces is entrusted to the provincial superior assisted by two or more councillors. They are appointed by the general superior with the consent of her council after dialogue and discernment with the sisters of the province. They are assisted by a provincial secretary and treasurer, also appointed by the general superior with the consent of her council, after having consulted with the newly appointed provincial superior and council.  Together these sisters constitute the provincial administration.  The term of office, which is to be not less than three years nor more than six, is indicated in the provincial government plan.  To be appointed provincial superior a sister must have been perpetually professed for at least ten years. In addition to having the qualities demanded for all responsible positions within our congregation, these sisters should be women of vision, faith, apostolic zeal, humility, outstanding for their love of our congregation and open to the signs of the times. They are to bear witness to vital community living and to unity amidst diversity as they collaborate in their ministry to the sisters of the province.

78. Within the province the provincial superior has the highest authority and serves as a center of unity. With prophetic vision she guides and encourages the province as a whole, seeking to call forth from all sisters and local communities an ever growing response in adoring, redeeming love to the Lord's gift of vocation.  She is president of the provincial council and of the provincial assembly.  She is an ex-officio member of the general assembly and of the inter-assembly congress, and serves as principal liaison with the general administration and with bishops. She officially represents the province to Church and civic communities and. to various organizations, especially those for major superiors.  She admits candidates to formation as postulants, receives them as novices, and receives temporary and permanent profession of the sisters admitted to membership in our congregation.

79. The provincial councillors share province leadership with the provincial superior.  They collaborate with her in promoting the apostolic life of all members of the province according to the constitution. They also serve as consultants to the provincial superior and assist her in representing the province to the Church and society.

80. Principal responsibilities of the provincial superior with her council are these:

   1. to encourage all sisters of the province to integral growth as apostolic Adorers, assuring them of needed opportunities such as retreats, ongoing formation programs, education, times of rest and recreation, and adequate health care;

   2. to promote vitality of local communities through care in appointing sisters to community, to stimulate and guide sisters in local community planning and living, and to maintain close contacts with them;

   3. to inspire all sisters of the province to enthusiasm for mission, calling forth their giftedness for service to God's people; to assign the sisters to ministry; and continually to reevaluate the apostolic works and ministries of the province;

28

4. to lead the sisters toward unity of heart and a sense of responsibility for the mission life of the province by fostering communication among them, involvement of sisters as far as possible in province planning and service, and promoting appreciation of province history;

5. to promote interest in our congregation in the local area, especially among women who may be called to share our vocation;

6. to provide adequate formation for new members and, with due discernment to admit them progressively to novitiate, temporary vows and permanent profession;

7. to promote the province as a vital unit of our total congregation through leadership in province participation in the general assembly and in the implementation of its decisions, through maintenance of strong bonds and frequent communication with the general administration, through fostering interest in other provinces and sharing resources in times of need, and through encouraging the study of our congregation's charism and history;

8. to collaborate as ecclesial women with the local Church, and to foster in the sisters a desire to contribute toward the building up of the Body of Christ in the local area while maintaining interest and concern for the whole Church and the world;

9. to provide that the provincial superior or her delegate visit local communities at least annually;

10. to attend to the temporal affairs and other ordinary functions of the provincial administration and to those matters specified in the bylaws.

11. The provincial superior, to act validly, must have the consent of her council, in those cases prescribed by canon law, by the constitution, and by the bylaws.

81. The general responsibilities of the provincial secretary are these: to assist the provincial superior and council in communications and correspondence, to serve as secretary for council meetings, and to be responsible for province archives.

82. The provincial treasurer, with a sense of responsible stewardship and under the direction of the provincial superior and council, handles the administration of property and financial affairs of the province. She assists at council meetings when these affairs are on the agenda and at other times when she is asked to attend.

## Local Government

83. Each province is to develop a plan and guidelines for organization and governance of local communities that will best promote the vitality of our life in apostolic community.

84. Though there is a great diversity of circumstances in which we Adorers live in local community, the province plan should include the following for each local community:

1. provision for a superior or contact person with an indication of her responsibilities, the number of years she must be perpetually professed, and the term of office; provision that each sister have someone other than the provincial superior with personal authority in her regard, with the exception of those sisters to whom such authority is entrusted;

2. requirements for a local assembly of all sisters which meets regularly to plan and evaluate community living in order to promote an integrated life of service and a mutual concern for one another;

   3. indication of circumstances in which the local community is to have local councillors and/or a treasurer.

85. The provincial plan is also to assure that leadership is provided in each local community for the following:

   1. spiritual animation in all dimensions of our consecrated life;

   2. planning for community sharing and meetings in ways called for in this constitution and in the bylaws;

   3. opportunities for spiritual and human growth;

   4. promotion of unity, mutual love and trust in the community;

   5. regular evaluation of community plans and living;

   6. mutual encouragement in apostolic mission;

   7. adequate communication with total province and congregation, especially with provincial leadership;

   8. adequate communication with local Church and civic community;

   9. material aspects of the life of the community and each of its members, such as health, housing and financial matters;

   10. all other matters which are to be taken care of at local community level according to our constitution and bylaws.


# Chapter VIII

# VITALITY OF OUR CONGREGATION

## Vocation and Formation

86. With the whole Church we share the duty of fostering in others the call that God may offer them to a life of service in the priesthood, religious life or other ecclesial ministry. We fulfill this duty primarily by the joyful witness of our life in community and enthusiasm in our ministry. We do so also through prayer and by promoting vital Christian family life, by making known the need and value of Church vocations and by encouraging those who seem gifted by God with such a call.

87. Within our congregation the provincial superior is responsible for admitting candidates who seem sufficiently mature and genuinely called to our way of life, and free from the impediments stated in canon law. She is authorized, with the approval of the council, to admit candidates to the novitiate, to temporary vows and to permanent vows. This is done after careful discernment, and after consultation with the candidates, the director(s) of formation and others.

88. After a candidate has been accepted, the province assumes together with her the responsibility for her initiation into a life of consecration according to our unique charism in the Church. The formation of new members is under the general direction of the provincial superior and council. They present to the general superior for approval, with the consent of her council, a detailed formation plan, according to the norms of Church law and of our congregation, and this plan is to be evaluated

periodically and modified as appropriate. The sisters appointed as formation directors are immediately responsible for implementing this plan and for formation of new members.

89. Provincial and interprovincial formation plans may vary in organization and details. However, all plans should meet the requirements stated below:

> 1. The following phases of formation should be provided for each candidate prior to her permanent vows:
>
>> a. a time of initial contact and sharing of our life in community (postulancy), for not less than three months and ordinarily not more than two years;
>>
>> b. in accord with Church directives, a period of not less than one year and not more than two years (novitiate), which includes twelve months in the novitiate community, and which includes the following: intensive study, prayer and reflection on the Word of God, the constitution, and the meaning of response to God's call as a religious woman in the Church; and a time of apostolic experience; these two phases of formation should be conducted, preferably, in the culture and language of the candidate; absences from the novitiate are regulated by the norms of canon law;
>>
>> c. a time of temporary vows to live the gospel counsels of chastity, poverty and obedience as a member of our congregation, according to our constitution; this time is to be not less than a total of three years, nor more than six; temporary vows may be made for one, two, or three years' duration, as specified by each province plan;
>>
>> d. at least a year of apostolic ministry as a temporarily professed member of our congregation;
>>
>> e. an extended time of intense preparation prior to permanent vows.

> 2. The initiation and formation program should give evidence of the following:
>
>> a. a respect for each candidate and her personal gifts, needs, and past experiences, and an appreciation for a diversity of cultures and ethnic values;
>>
>> b. approaches that will create an atmosphere of confidence, joy, mutual acceptance and love, and that will favor development of a spirit of initiative and responsibility;
>>
>> c. flexibility in the length of time spent in any one phase of initiation in order to provide far the individual rate of growth of each new member and to insure a more personal and mature decision concerning her vocation;
>>
>> d. responsibility of the community to share in some way in the new member's total growth, and of the candidate to contribute her personal gifts and talents to the community.

> 3. The program should include the following elements of education and formation:
>
>> a. a sound theological training that includes study of scripture and liturgy;
>>
>> b. a thorough study of religious life with an emphasis on the centrality of charity, the gospel counsels, the ecclesial and apostolic nature of our charism as Adorers of the Blood of Christ, the history of the congregation and the life and spirit of our foundress;
>>
>> c. helps for spiritual growth, particularly growth in prayer personally, in community, and in liturgical celebration; individual guidance by formation personnel and competent spiritual directors;
>>
>> d. a liberal education, opportunities for cultural development, and the necessary professional or technical preparation for apostolic ministry;

31

      e.      a critical study of one's own culture and values in light of the gospel.

90. Sisters appointed to the ministry of formation are to have perpetual vows, to possess the needed spiritual and psychological maturity, understanding of human nature and ability to relate well with others, and to have an adequate education, experience in community living and ministry, and an openness to the needs of the Church and the world. They must also have a strong appreciation of our life and mission as expressed in the constitution and as lived in an international congregation.

## Withdrawals

91. Women who have been admitted to the initial phases of formation, but have not yet made temporary vows in our congregation, after prayerful discernment may freely leave or, for adequate reasons, may be asked to leave by the provincial superior with the advice of her council.

92. At the expiration of the period of her temporary vows, a sister, after prayerful discernment may leave voluntarily or, for adequate reasons, may be excluded from subsequent profession by the provincial superior with the consent of her council.  Upon the request of a sister with temporary vows the general superior, with the consent of her council, for serious reasons may grant her an indult to leave the congregation before the time of vows has expired.

93. If a sister with permanent vows ever thinks it necessary to consider withdrawing from the congregation, she should reflect about it carefully, realizing that she has freely made a lifetime commitment.  Through prayer and through adequate and prudent counsel, she should seek to discern God's will for her.  Before finalizing her decision to leave the congregation, she should make the matter known sufficiently far in advance to the provincial superior, who should receive her with charity, arranging for whatever help she seems to need in coming to a prudent decision.  If she decides to leave, she asks the general superior through the provincial superior, for a dispensation from her permanent vows.  The general superior forwards the request to the Apostolic See with her opinion and that of her council.

94. For very serious reasons that point to an unwillingness to live according to our constitution and other norms, a professed member may be dismissed from the congregation when repeated efforts to help her in conversion and renewal seem to effect no real change for the better.  Having obtained the consent of her council, the provincial superior or her substitute will communicate to the sister the fact that steps are being taken toward her dismissal.  She will transmit all of the acts and documents to the general superior and council who, in a collegial meeting and by secret vote, have the authority to issue the decree of dismissal if they judge this best for the sister and for the congregation.  The decree is presented to the Apostolic See for confirmation, by which it becomes effective.  All steps are to be documented and attested to by witnesses, and the sister is to be informed of the process of her right to defend herself, all in accord with the norms of Canon law.

95. When a member withdraws from the congregation, the community returns her dowry if she had one, and her patrimony unless she has renounced it.  She may not demand remuneration for her service as a member of the congregation since, like all other members, she freely chose to serve the Lord and his people in a life of poverty, without personal gain.  The province, through the provincial superior, will provide for her immediate needs when she leaves, doing so with charity and equity.

## Continuing Growth

96. All of us are encouraged to use profitably the opportunities which are to be provided by the province for our enrichment.  Among these will be an extended period for personal and spiritual growth at a time well beyond permanent profession when the province can arrange it.

97. Fidelity to our apostolic mission should stimulate us to constant professional and cultural development according to our possibilities.  We are to keep ourselves interested in and informed about developments in contemporary society and in the Church, especially in the areas of theology, liturgy, scripture, ecumenism and pastoral ministry.  For this purpose all of us should have ready access to needed books and periodicals, especially to pertinent Church documents.  We will also make use of the ordinary means of communication and of discussions, workshops, courses and meetings.

98. We renew our religious vows frequently.  We do this together on the feasts of the Precious Blood and of our foundress, Maria De Mattias, and either together or privately as is feasible at the close of our annual retreat.

99. The formula for devotional renewal of vows for our congregation is as follows:

Trusting in God, who is ever faithful,

I from this day onward

set my face ever more steadily toward the Lord.

I vow to God

chastity, poverty and obedience

according to the Constitution of the Adorers

of the Blood of Christ.

I promise to my sisters to share the life

and mission

of this community in the Church

as I strive to respond to Christ's call to discipleship.

May God keep this will in me. Amen.

## PREFACE OF THE 1857 CONSTITUTION

To reveal his infinite love for us and in consequence of his great mercy, Jesus Christ our divine Redeemer consented to shed his precious blood for us, in the midst of suffering and humiliation, as the price of our salvation and glory.

Yes, he gave it all, he gave it for all, and he does not cease to give it.  Like a fountain, or rather like a life-giving river accessible to all, it flows on and out to all the children of Adam, going with them abundantly at every moment of their mortal life in order to sanctify them and bring them to eternal happiness.

Now this our lowly Congregation that lives and labors under the glorious title of the most precious blood of Jesus Christ, must be patterned and shaped into a living image of that divine charity with which this divine blood was shed and of which it was and is sign, expression, measure and pledge.

This is why our principal goal must be to invite women and girls to share in the fruits of redemption, using all our energy and all the means that are appropriate to our vocation for this purpose.  Through a solid Christian formation (education) we are to help them become worthy daughters of that spouse which Jesus acquired with his blood, and we are to assist and guide them along the path of virtue, according to God's holy law, during all the phases of their lives, so far as we can do this, with God's help.

Hence our work, our zeal and our labors must not be limited to instructing small girls.  Rather, we must dedicate ourselves to preparing them to receive the Bread of Angels.  Then later we must assist them when they are older and face new dangers and have greater need.  We must also help them to learn how to carry out their duties and tasks in the home, guiding them in living devoutly, modestly, prudently, in self-possession, and especially in obedience.  When they reach that crucial time of making their choice of a state of life we must not forget about these precious ones who, like flowers, have been entrusted by the Lord to our care.  Nor must we abandon them when they have chosen to remain in the world; nor later, when they are in need of a time of quiet and come to us seeking space and shelter and help for some days in our houses in order to grow in a virtuous life.

From all this we see clearly how varied and extensive are those services and works of charity to which God calls us, and which on our part we must gladly accept and carry out faithfully, guided by all that is set forth in the third part of this Rule, for the glory of the Lord who loved us and has redeemed us with his own blood.

Very rich, surely, will be the harvest which by God's favor we shall be able to gather, using the means that are available.  Very diverse as these are, they are all directed to promoting, safeguarding and bringing to perfection the holiness of those souls whom Jesus will entrust to us.  Ours is truly a great undertaking, but greater still will be the help that comes abundantly to us from our Savior.

That we may not be unworthy of such divine aid, however, we must not fail on our part to live up to what is required of us in order to reach our goal as it is set forth here.  Who is there, indeed, who will not recognize how solid our own virtue must be, how constant and sincere our zeal, how unalterable our patience, and how upright and inspiring our own lives must be.  How can we promote the spiritual good of others if we ourselves do not possess these precious qualities ?  This then is what God calls us to, and what the Institute is committed to.

But how will all this be brought about if not by our own having a very high respect, reverence and love for the Rule, and in living faithfully according to what it asks of us.  Yes, this is the most effective way to become authentic Adorers of the divine Blood and true daughters of this Institute, so as to draw down divine blessings on ourselves and on our work, and so as to be able to cooperate effectively in the salvation of others.  This is why all those who, by God's goodness, have been called to go forth with us under the banner of the divine blood, are reminded to carry the Rule deep within their hearts.  Though it does not oblige us under pain of even venial sin, it is nevertheless the expression of God's will for us, and the way along which the Lord wants to draw us to himself and make us his instruments for others' salvation.

(Translation made, Rome, 1979)

34

## DECREE OF PRAISE

The Superior of the Institute Of the Sisters Adorers of the Most Precious Blood of Our Lord Jesus Christ has most humbly addressed His Holiness, the Supreme Pontiff, Pope Pius IX, that he might deign to approve and confirm with Apostolic Authority the aforementioned Institute, already for several years into various cities, and its Constitutions.

Considering this request and having taken cognizance of the state of the aforesaid Institute from the testimonial letters of the Bishops in whose dioceses are located houses founded by it, and having learned from these letters with how much industry and zeal the Sisters attend to the Christian and secular education of poor girls, His Holiness has ordered that the same Institute, with its scope, be made the object of fullest praise and recommendation, so that the religious belonging to it, spurred on by this public testimony of the Apostolic See, perfect eagerly from day to day in direct dependence of their respective Ordinaries, this truly Christian work.

As to the other part of the request, His Holiness has decided that it shall be provided for at some time more opportune.

Rome, from the Secretariate of the Sacred Congregation of Bishops and Regulars, May 30, 1855.

L.S.

G. Card. De Genga, Prefect

A. Gaggiotti, Substitute

**Index**

- **Chapter I, OUR VOCATION IN THE CHURCH**
- **Chapter II, OUR LIFE IN APOSTOLIC COMMUNITY**
- **Chapter III, FOLLOWING CHRIST IN VOWED COMMITMENT**
- **Chapter IV, OUR SHARING IN THE PASCHAL MYSTERY**
- **Chapter V, OUR LIFE IN ADORATION**
- **Chapter VI, OUR LIFE IN MISSION AND MINISTRY**
- **Chapter VII, AUTHORITY AND SOCIAL STRUCTURES**
- **Chapter VIII, VITALITY OF OUR CONGREGATION**
- **PREFACE OF THE 1857 CONSTITUTION**
- **DECREE OF PRAISE**

# EXHIBIT B

# ADORERS OF THE BLOOD OF CHRIST

## *Land Ethic*

Whereas, we Adorers of the Blood of Christ believe
creation is a revelation of God, we proclaim that:

**As Adorers,** we honor the sacredness of all creation; we cultivate a
mystical consciousness that connects us to the Holy in all of life.

**As women,** we celebrate the rhythms of creation; with Mother Earth we live
the Paschal Mystery of life, death and new life and, with others,
preserve and nurture creation.

**As students of Earth**, we listen intently to Earth's wisdom; we respect
our interconnectedness and oneness with creation
and learn what Earth needs to support life.

**As prophets,** we reverence Earth as a sanctuary where all life is protected;
we strive to establish justice and right relationships
so that all creation might thrive.

**As leaders,** we know our choices impact our interdependent Earth community;
we initiate broad-based participation to make decisions
focused on our common good.

**As advocates of Earth**, we choose simple lifestyles that avoid excessive or
harmful use of natural resources; we work in solidarity with all creation
for a healthy and sustainable lifestyle.

**As companions with creation**, we enjoy and share its bounty gently and
reverently; we seek collaborators to help implement land use policies
and practices that are in harmony with our bioregions and ecosystems.

**As co-creators,** we participate in God's dream for Earth; we offer new visions
and vistas that expand consciousness and encourage creative expression.

**As ASC community,** we treasure land as a gift of beauty and sustenance;
we see it as a legacy for future generations.

# EXHIBIT C

ENCYCLICAL LETTER
*LAUDATO SI'*
OF THE HOLY FATHER FRANCIS
ON CARE FOR OUR COMMON HOME

1.      *"LAUDATO SI', mi' Signore"* – *"Praise be to you, my Lord".*  In the words of this beautiful canticle, Saint Francis of Assisi reminds us that our common home is like a sister with whom we share our life and a beautiful mother who opens her arms to embrace us.  "Praise be to you, my Lord, through our Sister, Mother Earth, who sustains and governs us, and who produces various fruit with coloured flowers and herbs".[1]

2.      This sister now cries out to us because of the harm we have inflicted on her by our irresponsible use and abuse of the goods with which God has endowed her.  We have come to see ourselves as her lords and masters, entitled to plunder her at will.  The violence present in our hearts, wounded by sin, is also reflected in the symptoms of sickness evident in the soil, in the water, in the air and in all forms of life.  This is why the earth herself, burdened and laid waste, is among the most abandoned and maltreated of our poor; she "groans in travail" (*Rom* 8:22).  We have forgotten that we ourselves are dust of the earth (cf. *Gen* 2:7); our very bodies are made up of her elements, we breathe her air and we receive life and refreshment from her waters.

*Nothing in this world is indifferent to us*

3.      More than fifty years ago, with the world teetering on the brink of nuclear crisis, Pope Saint John XXIII wrote an Encyclical which not only rejected war but offered a proposal for peace.  He addressed his message *Pacem in Terris* to the "Catholic world" and indeed "to all men and women of good will".  Now, faced as we are with global environmental deterioration, I wish to address every person living on this planet.  In my Apostolic Exhortation *Evangelii Gaudium*, I wrote to all the members of the Church with the aim of encouraging ongoing missionary renewal.  In this Encyclical, I would like to enter into dialogue with all people about our common home.

---

[1] *Canticle of the Creatures*, in *Francis of Assisi: Early Documents*, vol. 1, New York-London-Manila, 1999, 113-114.

4.      In 1971, eight years after *Pacem in Terris*, Blessed Pope Paul VI referred to the ecological concern as "a tragic consequence" of unchecked human activity: "Due to an ill-considered exploitation of nature, humanity runs the risk of destroying it and becoming in turn a victim of this degradation".[2] He spoke in similar terms to the Food and Agriculture Organization of the United Nations about the potential for an "ecological catastrophe under the effective explosion of industrial civilization", and stressed "the urgent need for a radical change in the conduct of humanity", inasmuch as "the most extraordinary scientific advances, the most amazing technical ablities, the most astonishing economic growth, unless they are accompanied by authentic social and moral progress, will definitively turn against man".[3]

5.      Saint John Paul II became increasingly concerned about this issue.  In his first Encyclical he warned that human beings frequently seem "to see no other meaning in their natural environment than what serves for immediate use and consumption".[4]  Subsequently, he would call for a global ecological *conversion*.[5]  At the same time, he noted that little effort had been made to "safeguard the moral conditions for an authentic *human ecology*".[6]  The destruction of the human environment is extremely serious, not only because God has entrusted the world to us men and women, but because human life is itself a gift which must be defended from various forms of debasement.  Every effort to protect and improve our world entails profound changes in "lifestyles, models of production and consumption, and the established structures of power which today govern societies".[7]  Authentic human development has a moral character.  It presumes full respect for the human person, but it must also be concerned for the world around us and "take into account the nature of each being and of its mutual connection in an ordered system".[8]  Accordingly, our human ability to transform reality must proceed in line with God's original gift of all that is.[9]

---

[2] Apostolic Letter *Octogesima Adveniens* (14 May 1971), 21: AAS 63 (1971), 416-417.
[3] *Address to FAO on the 25th Anniversary of its Institution* (16 November 1970), 4: AAS 62 (1970), 833.
[4] Encyclical Letter *Redemptor Hominis* (4 March 1979), 15: AAS 71 (1979), 287.
[5] Cf. *Catechesis* (17 January 2001), 4: *Insegnamenti* 41/1 (2001), 179.
[6] Encyclical Letter *Centesimus Annus* (1 May 1991), 38: AAS 83 (1991), 841.
[7] Ibid., 58: AAS 83 (1991), p. 863.
[8] JOHN PAUL II, Encyclical Letter *Sollicitudo Rei Socialis* (30 December 1987), 34: AAS 80 (1988), 559.
[9] Cf. ID., Encyclical Letter *Centesimus Annus* (1 May 1991), 37: AAS 83 (1991), 840.

6.      My predecessor Benedict XVI likewise proposed "eliminating the structural causes of the dysfunctions of the world economy and correcting models of growth which have proved incapable of ensuring respect for the environment".[10]  He observed that the world cannot be analyzed by isolating only one of its aspects, since "the book of nature is one and indivisible", and includes the environment, life, sexuality, the family, social relations and so forth.  It follows that "the deterioration of nature is closely connected to the culture which shapes human coexistence".[11]  Pope Benedict asked us to recognize that the natural environment has been gravely damaged by our irresponsible behaviour.  The social environment has also suffered damage.  Both are ultimately due to the same evil: the notion that there are no indisputable truths to guide our lives and hence human freedom is limitless.  We have forgotten that "man is not only a freedom which he creates for himself.  Man does not create himself.  He is spirit and will, but also nature".[12]  With paternal concern, Benedict urged us to realize that creation is harmed "where we ourselves have the final word, where everything is simply our property and we use it for ourselves alone.  The misuse of creation begins when we no longer recognize any higher instance than ourselves, when we see nothing else but ourselves".[13]

*United by the same concern*

7.      These statements of the Popes echo the reflections of numerous scientists, philosophers, theologians and civic groups, all of which have enriched the Church's thinking on these questions.  Outside the Catholic Church, other Churches and Christian communities – and other religions as well – have expressed deep concern and offered valuable reflections on issues which all of us find disturbing.  To give just one striking example, I would mention the statements made by the beloved Ecumenical Patriarch Bartholomew, with whom we share the hope of full ecclesial communion.

8.      Patriarch Bartholomew has spoken in particular of the need for each of us to repent of the ways we have harmed the planet, for "inasmuch as we all generate small ecological damage", we are called to acknowledge "our contribution, smaller or greater, to the disfigurement and destruction of

---

[10] *Address to the Diplomatic Corps Accredited to the Holy See* (8 January 2007): AAS 99 (2007), 73.
[11] Encyclical Letter *Caritas in Veritate* (29 June 2009), 51:  AAS 101 (2009), 687.
[12] *Address to the Bundestag*, Berlin (22 September 2011): AAS 103 (2011), 664.
[13] *Address to the Clergy of the Diocese of Bolzano-Bressanone* (6 August 2008): AAS 100 (2008), 634.

creation".[14]   He has repeatedly stated this firmly and persuasively, challenging us to acknowledge our sins against creation: "For human beings… to destroy the biological diversity of God's creation; for human beings to degrade the integrity of the earth by causing changes in its climate, by stripping the earth of its natural forests or destroying its wetlands; for human beings to contaminate the earth's waters, its land, its air, and its life – these are sins".[15]   For "to commit a crime against the natural world is a sin against ourselves and a sin against God".[16]

9.      At the same time, Bartholomew has drawn attention to the ethical and spiritual roots of environmental problems, which require that we look for solutions not only in technology but in a change of humanity; otherwise we would be dealing merely with symptoms.   He asks us to replace consumption with sacrifice, greed with generosity, wastefulness with a spirit of sharing, an asceticism which "entails learning to give, and not simply to give up.   It is a way of loving, of moving gradually away from what I want to what God's world needs.   It is liberation from fear, greed and compulsion".[17] As Christians, we are also called "to accept the world as a sacrament of communion, as a way of sharing with God and our neighbours on a global scale.   It is our humble conviction that the divine and the human meet in the slightest detail in the seamless garment of God's creation, in the last speck of dust of our planet".[18]

*Saint Francis of Assisi*

10.     I do not want to write this Encyclical without turning to that attractive and compelling figure, whose name I took as my guide and inspiration when I was elected as Bishop of Rome.   I believe that Saint Francis is the example par excellence of care for the vulnerable and of an integral ecology lived out joyfully and authentically.   He is the patron saint of all who study and work in the area of ecology, and he is also much loved by non-Christians.   He was particularly concerned for God's creation and for the poor and outcast.   He loved, and was deeply loved for his joy, his generous self-giving, his openheartedness.   He was a mystic and a pilgrim who lived in simplicity and in wonderful harmony

---

[14] *Message for the Day of Prayer for the Protection of Creation* (1 September 2012).
[15] *Address in Santa Barbara, California* (8 November 1997); cf. JOHN CHRYSSAVGIS, *On Earth as in Heaven: Ecological Vision and Initiatives of Ecumenical Patriarch Bartholomew*, Bronx, New York, 2012.
[16] Ibid.
[17] *Lecture at the Monastery of Utstein*, Norway (23 June 2003).
[18] *"Global Responsibility and Ecological Sustainability",* Closing Remarks, Halki Summit I, Istanbul (20 June 2012).

with God, with others, with nature and with himself.  He shows us just how inseparable is the bond between concern for nature, justice for the poor, commitment to society, and interior peace.

11.     Francis helps us to see that an integral ecology calls for openness to categories which transcend the language of mathematics and biology, and take us to the heart of what it is to be human.  Just as happens when we fall in love with someone, whenever he would gaze at the sun, the moon or the smallest of animals, he burst into song, drawing all other creatures into his praise.  He communed with all creation, even preaching to the flowers, inviting them "to praise the Lord, just as if they were endowed with reason".[19]  His response to the world around him was so much more than intellectual appreciation or economic calculus, for to him each and every creature was a sister united to him by bonds of affection.  That is why he felt called to care for all that exists.  His disciple Saint Bonaventure tells us that, "from a reflection on the primary source of all things, filled with even more abundant piety, he would call creatures, no matter how small, by the name of 'brother' or 'sister'".[20]  Such a conviction cannot be written off as naïve romanticism, for it affects the choices which determine our behaviour.  If we approach nature and the environment without this openness to awe and wonder, if we no longer speak the language of fraternity and beauty in our relationship with the world, our attitude will be that of  masters, consumers, ruthless exploiters, unable to set limits on their immediate needs. By contrast, if we feel intimately united with all that exists, then sobriety and care will well up spontaneously.   The poverty and austerity of Saint Francis were no mere veneer of asceticism, but something much more radical: a refusal to turn reality into an object simply to be used and controlled.

12.     What is more, Saint Francis, faithful to Scripture, invites us to see nature as a magnificent book in which God speaks to us and grants us a glimpse of his infinite beauty and goodness.  "Through the greatness and the beauty of creatures one comes to know by analogy their maker" (*Wis* 13:5); indeed, "his eternal power and divinity have been made known through his works since the creation of the world" (*Rom* 1:20).   For this reason, Francis asked that part of the friary garden always be left untouched, so that wild flowers and herbs could grow there, and those who saw them could raise their

---

[19] THOMAS OF CELANO, *The Life of Saint Francis*, I, 29, 81: in *Francis of Assisi: Early Documents*, vol. 1, New York-London-Manila, 1999, 251.
[20] *The Major Legend of Saint Francis*, VIII, 6, in *Francis of Assisi: Early Documents*, vol. 2, New York-London-Manila, 2000, 590.

minds to God, the creator of such beauty.[21]  Rather than a problem to be solved, the world is a joyful

mystery to be contemplated with gladness and praise.

---

[21] Cf. THOMAS OF CELANO, *The Remembrance of the Desire of a Soul*, II, 124, 165, in *Francis of Assisi: Early Documents*, vol. 2, New York-London-Manila, 2000, 354.

*My appeal*

13.     The urgent challenge to protect our common home includes a concern to bring the whole human family together to seek a sustainable and integral development, for we know that things can change. The Creator does not abandon us; he never forsakes his loving plan or repents of having created us. Humanity still has the ability to work together in building our common home.  Here I want to recognize, encourage and thank all those striving in countless ways to guarantee the protection of the home which we share.  Particular appreciation is owed to those who tirelessly seek to resolve the tragic effects of environmental degradation on the lives of the world's poorest.   Young people demand change.  They wonder how anyone can claim to be building a better future without thinking of the environmental crisis and the sufferings of the excluded.

14.     I urgently appeal, then, for a new dialogue about how we are shaping the future of our planet. We need a conversation which includes everyone, since the environmental challenge we are undergoing, and its human roots, concern and affect us all.  The worldwide ecological movement has already made considerable progress and led to the establishment of numerous organizations committed to raising awareness of these challenges.  Regrettably, many efforts to seek concrete solutions to the environmental crisis have proved ineffective, not only because of powerful opposition but also because of a more general lack of interest.  Obstructionist attitudes, even on the part of believers, can range from denial of the problem to indifference, nonchalant resignation or blind confidence in technical solutions.  We require a new and universal solidarity.  As the Bishops of Southern Africa have stated: "Everyone's talents and involvement are needed to redress the damage caused by human abuse of God's creation". [22]   All of us can cooperate as instruments of God for the care of creation, each acccording to his or her own culture, experience, involvements and talents.

15.     It is my hope that this Encyclical Letter, which is now added to the body of the Church's social teaching, can help us to acknowledge the appeal, immensity and urgency of the challenge we face.  I will begin by briefly reviewing several aspects of the present ecological crisis, with the aim of drawing on the results the best scientific research avaiable today, letting them touch us deeply and provide a

---

[22] SOUTHERN AFRICAN CATHOLIC BISHOPS' CONFERENCE, *Pastoral Statement on the Environmental Crisis* (5 September 1999).

concrete foundation for the ethical and spiritual itinerary that follows.  I will then consider some principles drawn from the Judaeo-Christian tradition which can render our commitment to the environment more coherent.  I will then attempt to get to the roots of the present situation, so as to consider not only its symptoms but also its deepest causes.  This will help to provide an approach to ecology which respects our unique place as human beings in this world and our relationship to our surroundings.  In light of this reflection, I will advance some broader proposals for dialogue and action which would involve each of us individually no less than international policy.  Finally, convinced as I am that change is impossible without motivation and a process of education, I will offer some  inspired guidelines for human development to be found in the treasure of Christian spiritual experience.

16.    Although each chapter will have its own subject and specific approach, it will also take up and re-examine important questions already dealt with.  This is particularly the case with a number of themes which will reappear as the Encyclical unfolds.  As examples, I would point to the intimate relationship between the poor and the fragility of the planet, the conviction that everything in the world is connected, the critique of new paradigms and forms of power derived from technology, the call to seek other ways of understanding the economy and progress, the value proper to each creature, the human meaning of ecology, the need for forthright and honest debate, the serious responsibility of international and local policies, the throwaway culture and the proposal of a new lifestyle.  These questions will not be closed and left behind, but reframed and enriched again and again.

CHAPTER ONE

WHAT IS HAPPENING TO OUR COMMON HOME

17.     Theological or philosophical reflections on the situation of humanity and the world can sound tiresome and abstract, unless they are grounded in a fresh analysis of our present situation, which is in many ways unprecedented in the history of humanity.  So, before considering how faith brings new incentives and requirements with regard to the world of which we are a part, I will briefly turn to what is happening to our common home.

18.     The continued acceleration of changes affecting humanity and the planet is coupled today with a more intensified pace of life and work which might be called "rapidification".  Although change is part of the working of complex systems, the speed with which human activity has developed contrasts with the naturally slow pace of biological evolution.  Moreover, the goals of this rapid and constant change are not necessarily geared to the common good or to integral and sustainable human development.  Change is something desirable, yet it becomes a source of concern when it causes harm to the world and to the quality of life of much of humanity.

19.     Following a period of irrational confidence in progress and human abilities, some sectors of society are now adopting a more critical approach.  We see growing sensitivity to the environment and the need to protect nature, along with a growing concern, both genuine and distressing, for what is happening to our planet. Let us review, however cursorily, those questions which are troubling us today and which we can no longer sweep under the carpet.  Our goal is not to amass information or to satisfy curiosity, but rather to become painfully aware, to dare to turn what is happening to the world into our own personal suffering and thus to discover what each of us can do about it.

I.      POLLUTION AND CLIMATE CHANGE

*Pollution, refuse and the culture of waste*

20.     Some forms of pollution are part of people's daily experience.  Exposure to atmospheric pollutants produces a broad spectrum of health hazards, especially for the poor, and causes millions of

premature deaths.  People take sick, for example, from breathing high levels of smoke from fuels used in cooking or heating.  There is also pollution that affects everyone, caused by transport, industrial fumes, substances which contribute to the acidification of soil and water, fertilizers, insecticides, fungicides, herbicides and agrotoxins in general.  Technology, which, linked to business interests, is presented as the only way of solving these problems, in fact proves incapable of seeing the mysterious network of relations between things and so sometimes solves one problem only to create others.

21.     Account must also be taken of the pollution produced by residue, including dangerous waste present in different areas.  Each year hundreds of millions of tons of waste are generated, much of it non-biodegradable, highly toxic and radioactive, from homes and businesses, from construction and demolition sites, from clinical, electronic and industrial sources.  The earth, our home, is beginning to look more and more like an immense pile of filth.  In many parts of the planet, the elderly lament that once beautiful landscapes are now covered with trash.  Industrial waste and chemical products utilized in cities and agricultural areas can lead to bioaccumulation in the organisms of the local population, even when levels of toxins in those places are low.  Frequently no measures are taken until after people's health has been been irreversibly affected.

22.     These problems are closely linked to a throwaway culture which affects the excluded just as it quickly reduces things to rubbish.  To cite one example, most of the paper we produce is thrown away and not recycled.  It is hard for us to accept that the way natural ecosystems work is exemplary: plants synthesize nutrients which feed herbivores; these in turn become food for carnivores, which produce significant quantities of organic waste which give rise to new generations of plants.  But our industrial system, at the end of its cycle of production and consumption, has not developed the capacity to absorb and reuse waste and by-products.  We have not yet managed to adopt a circular model of production capable of preserving resources for present and future generations, while limiting as much as possible the use of nonrenewable resources, moderating their consumption, maximizing their efficient use, reusing and recycling them.  A serious consideration of this issue would be one way of counteracting the throwaway culture which affects the entire planet, but it must be said that only limited progress has been made in this regard.

*Climate as a common good*

23.     The climate is a common good, belonging to all and meant for all.  At the global level, it is a complex system linked to many of the essential conditions for human life.  A very solid scientific consensus indicates that we are presently witnessing a disturbing warming of the climatic system.  In recent decades this warming has been accompanied by a constant rise in the sea level and, it would appear, by an increase of extreme weather events, even if a scientifically determinable cause cannot be assigned to each particular phenomenon.  Humanity is called to recognize the need for changes of lifestyle, production and consumption, in order to combat this warming or at least the human causes which produce or aggravate it.  It is true that there are other factors (e.g., volcanic activity, variations in the earth's orbit and axis, the solar cycle), yet a number of scientific studies indicate that most global warming in recent decades is due to the great concentration of greenhouse gases (carbon dioxide, methane, nitrogen oxides and others) released mainly as a result of human activity.  Concentrated in the atmosphere, these gases do not allow the warmth of the sun's rays reflected on the earth to be dispersed in space.  The problem is aggravated by a model of development based on the intensive use of fossil fuels, which is at the heart of the worldwide energy system.  Another determining factor has been an increase in changed uses of the soil, principally deforestation for agricultural purposes.

24.     Warming has effects on the carbon cycle.  It creates a vicious circle which aggravates the situation even more, affecting the availability of essential resources like drinking water, energy and agricultural production in warmer regions, and leading to the extinction of part of the planet's biodiversity.  The melting in the polar ice caps and in high altitude plains can lead to the dangerous release of methane gas, while the decomposition of frozen organic material can further increase the emission of carbon dioxide.  Things are made worse by the loss of tropical forests which would otherwise help to mitigate climate change.  Carbon dioxide pollution increases the acidification of the oceans and compromises the marine food chain.  If present trends continue, this century may well witness extraordinary climate change and an unprecedented destruction of ecosystems, with serious consequences for all of us.  A rise in the sea level, for example, can create extremely serious situations, if we consider that a quarter of the world's population lives on the coast or nearby, and that the majority of our megacities are situated in coastal areas.

25.     Climate change is a global problem with serious implications, environmental, social, economic, political and for the distribution of goods; it represents one of the principal challenges facing humanity in our day.  Its worst impact will probably be felt by developing countries in coming decades.  Many of

the poor live in areas particularly affected by phenomena related to warming, and their means of subsistence are largely dependent on natural reserves and ecosystemic services such as agriculture, fishing and forestry.  They have no other financial activities or resources which can enable them to adapt to climate change or to face natural disasters, and their access to social services and protection is very limited.  For example, changes in climate, to which animals and plants cannot adapt, lead them to migrate; this in turn affects the livelihood of the poor, who are then forced to leave their homes, with great uncertainty for their future and that of their children.  There has been a tragic rise in the number of migrants seeking to flee from the growing poverty caused by environmental degradation.  They are not recognized by international conventions as refugees; they bear the loss of the lives they have left behind, without enjoying any legal protection whatsoever.  Sadly, there is widespread indifference to such suffering, which is even now taking place throughout our world.  Our lack of response to these tragedies involving our brothers and sisters points to the loss of that sense of responsibility for our fellow men and women upon which all civil society is founded.

26.    Many of those who possess more resources and economic or political power seem mostly to be concerned with masking the problems or concealing their symptoms, simply making efforts to reduce some of the negative impacts of climate change.  However, many of these symptoms indicate that those effects will continue to worsen if we continue with current models of production and consumption.  There is an urgent need to develop policies so that, in the next few years, the emission of of carbon dioxide and other highly polluting gases can be drastically reduced, for example, substituting for fossil fuels and developing sources of renewable energy.  Worldwide there is minimal access to clean and renewable energy.  There is still a need to develop adequate storage technologies.  Some countries have made considerable progress, although they are far from reaching a significant proportion.  Investments have also been made in means of production and transportation which consume less energy and require fewer raw materials, as well as in methods of building and renovating buildings which improve their energy efficiency. But these good practices are still far from widespread.

II.    THE ISSUE OF WATER

27.    Other indicators of the present situation have to do with the depletion of natural resources.  We all know that it is not possible to sustain the present level of consumption in the developed countries

and the wealthier sectors of society, where the habit of wasting and discarding has reached unprecedented levels. The exploitation of the planet has already exceeded acceptable limits and we still have not solved the problem of poverty.

28.     Fresh drinking water is an issue of primary importance, since it is indispensable for human life and for supporting terrestrial and aquatic ecosystems. Sources of fresh water are necessary for health care, agriculture and industry. Water supplies used to be relatively constant, but now in many places demand exceeds the sustainable supply, with serious consequences in the short and long term. Large cities dependent on significant supplies of water have experienced periods of shortage, and at critical moments these have not always been administered with sufficient oversight and impartiality. Water poverty especially affects Africa where large sectors of the population have no access to safe drinking water or experience droughts which impede agricultural production. Some countries have areas rich in water while others endure serious scarcity.

29.     One particularly serious problem is the quality of water available to the poor. Every day, unsafe water results in many deaths and the spread of water-related diseases, including those caused by microorganisms and chemical substances. Dysentery and cholera, linked to inadequate hygiene and water supplies, are a significant cause of suffering and of infant mortality. Underground water sources in many places are threatened by the pollution produced in certain mining, farming and industrial activities, especially in countries lacking adequate regulation or controls. It is not only a question of industrial waste. Detergents and chemical products, commonly used in many places of the world, continue to pour into our rivers, lakes and seas.

30.     Even as the quality of available water is constantly diminishing, in some places there is a growing tendency, despite its scarcity, to privatize this resource, turning it into a commodity subject to the laws of the market. Yet *access to safe drinkable water is a basic and universal human right, since it is essential to human survival of and, as such, is a condition for the exercise of other human rights*. Our world has a grave social debt towards the poor who lack access to drinking water, because *they are denied the right to a life consistent with their inalienable dignity*. This debt can be partly paid by an increase in funding to provide clean water and sanitary services among the poor. But water continues to be wasted, not only in the developed world but also in those developing countries which possess it in

abundance.  This shows that the problem of water is partly an educational and cultural issue, since there is little awareness of the seriousness of such behaviour within a context of great inequality.

31.     Greater scarcity of water will lead to an increase in the cost of food and the various products which depend on its use.  Some studies warn that an acute water shortage may occur within a few decades unless urgent action is taken.  The environmental repercussions could affect billions of people; it is also conceivable that the control of water by big multinational businesses may become a major source of conflict in this century.[23]

III.     LOSS OF BIODIVERSITY

32.     The earth's resources are also being plundered because of short-sighted approaches to the economy, commerce and production.  The loss of forests and woodlands entails the loss of species which could represent extremely important resources in the future, not only for food but also for curing disease and other uses.  Different species contain genes which could be key resources in years ahead for meeting human needs and regulating environmental problems.

33.     But it is not enough to think of different species merely as potential "resources" to be exploited, while overlooking the fact that they have value in themselves.  Each year sees the disappearance of thousands of plant and animal species which we will never know, which our children will never see, because they have been lost for ever.  The great majority become extinct for reasons related to human activity.  Because of us, thousands of species will no longer give glory to God by their very existence, nor convey their message to us. .  We have no such right.

34.     It may well disturb us to learn of the extinction of mammals or birds, since they are more visible.  But the good functioning of ecosystems also requires fungi, algae, worms, insects, reptiles and an innumerable variety of microorganisms.  Some less numerous species, albeit generally unseen, nonetheless play a critical role in maintaining the equilibrium of a particular place.  Human beings must intervene when a geosystem reaches a critical state.  But nowadays, such intervention in nature has become more and more frequent.  As a consequencce, serious problems arise, leading to further

---

[23] Cf. *Greeting to the Staff of FAO* (20 November 2014): AAS 106 (2014), 985.

interventions;  human activity becomes ubiquitous, with all the risks which this entails.  Often a vicious circle results, as human intervention to resolve a problem further aggravates the situation.  For example, many birds and insects which disappear due to synthetic agrotoxins are helpful for agriculture: their disappearance will have to be compensated for by yet other techniques which may well prove harmful.  We must be grateful for the praiseworthy efforts being made by scientists and engineers dedicated to finding solutions to man-made problems.  But a sober look at our world shows that the degree of human intervention, often in the service of business interests and consumerism, is actually making our earth less rich and beautiful, ever more limited and grey, even as technological advances and consumer goods continue to abound limitlessly.  We seem to think that we can substitute an irreplaceable and irretrievable beauty with something which we have created ourselves.

35.     In assessing the environmental impact of any project, concern is usually shown for its effects on soil, water and air, yet few careful studies are made of its impact on biodiversity, as if the loss of species or animals and plant groups were of little importance.  Highways, new plantations, the fencing-off of certain areas, the damming of water sources and similar developments crowd out natural habitats and, at times, breaking them up in such a way that animal populations can no longer migrate or roam freely, so that some species face extinction.  Alternatives exist which at least lessen the impact of these projects, like the creation of biological corridors, but few countries demonstrate such concern and foresight.  Frequently, when certain species are exploited commercially, little attention is paid to studying their reproductive patterns  to prevent their depletion and the consequent imbalance of the ecosystem.

36.     Caring for ecosystems demands farsightedness, since no one looking for quick and easy profit is truly interested in their preservation.  But the cost of the damage caused by such selfish lack of concern is much greater than any economic benefits to be obtained.  Where certain species are destroyed or seriously harmed, the values involved are incalculable.  We can be silent witness to grave injustices if we think that we can obtain significant benefits by making the rest of humanity, present and future, pay the extremely high costs of environmental deterioration.

37.     Some countries have made significant progress in establishing sanctuaries on land and in the oceans where any human intervention which might modify their features or alter their original structures is prohibited.  In the protection of biodiversity, specialists insist on the need for particular

attention to be shown for areas richer both in the number of species and in endemic, rare or less protected species.  Certain places need greater protection because of their immense importance for the global ecosystem, or because they represent important water reserves and thus safeguard other forms of life.

38.     Let us mention, for example, those richly biodiverse lungs of our planet which are the Amazon and the Congo basins, or the great aquifers and glaciers.  We know how important these are for the entire earth and for the future of humanity.  The ecosystems of tropical forests possess an enormously complex biodiversity which is almost impossible to appreciate fully, yet when these forests are burned down or levelled for purposes of cultivation, within the space of a few years countless species are lost and the areas frequently become arid wastelands.  A delicate balance has to be maintained when speaking about these places, for we cannot overlook the huge global economic interests which, under the guise of protecting them, can undermine the sovereignty of individual nations.  In fact, there are "proposals to internationalize the Amazon, which only serve the economic interests of transnational corporations".[24]  We cannot fail to praise the commitment of international agencies and civil society organizations which draw public attention to these issues and offer critical cooperation, employing legitimate means of pressure, to ensure that each government carries out its proper and inalienable responsibility to preserve its country's environment and natural resources, without capitulating to spurious local or international interests.

39.     The replacement of virgin forest with plantations of trees, usually monocultures, is rarely adequately analyzed.  Yet this can seriously compromise a biodiversity which the new species being introduced does not accommodate.  Similarly, wetlands converted into cultivated land lose the enormous biodiversity which they formerly hosted.  In some coastal areas the disappearance of ecosystems sustained by mangrove swamps is a source of serious concern.

40.     Oceans not only contain the bulk of our planet's water supply, but also most of the immense variety of living creatures, many of them still unknown to us and threatened for various reasons.  What is more, marine life in rivers, lakes, seas and oceans, which feeds a great part of the world's population,

---

[24] FIFTH GENERAL CONFERENCE OF THE LATIN AMERICAN AND CARIBBEAN BISHOPS, *Aparecida Document* (29 June 2007), 86.

is affected by uncontrolled fishing, leading to a drastic depletion of certain species.  Selective forms of fishing which discard much of what they collect continue unabated.  Particularly threatened are marine organisms which we tend to overlook, like some forms of plankton; they represent a significant element in the ocean food chain, and species used for our food ultimately depend on them.

41.    In tropical and subtropical seas, we find coral reefs comparable to the great forests on dry land, for they shelter approximately a million species, including fish, crabs, molluscs, sponges, algae and so forth.   Many of the world's coral reefs are already barren or in a state of constant decline.  "Who turned the wonderworld of the seas into underwater cemeteries bereft of colour and life?"[25]   This phenomenon is due largely to pollution which reaches the sea as the result of deforestation, agricultural monocultures, industrial waste and destructive fishing methods, especially those using cyanide and dynamite.  It is aggravated by the rise in temperature of the oceans.  All this helps us to see that every intervention in nature can have consequences which are not immediately evident, and that certain ways of exploiting resources prove costly in terms of degradation which ultimately reaches the ocean bed itself.

42.    Greater investment needs to be made in research aimed at understanding more fully the functioning of ecosystems and adequately analyzing the different variables associated with any significant modification of the environment.   Because all creatures are connected, each must be cherished with love and respect, for all of us, as living creatures, are dependent on one another.  Each area is responsible for the care of this family.  This will require undertaking a careful inventory of the species which it hosts, with a view to developing programmes and strategies of protection with particular concern for safeguarding species heading towards extinction.

IV.    DECLINE IN THE QUALITY OF HUMAN LIFE AND THE BREAKDOWN OF SOCIETY

43.    Human beings too are creatures of this world, enjoying a right to life and happiness, and possessed of unique dignity.  So we cannot fail to consider the effects of environmental deterioration, current models of development and the throwaway culture on people's lives.

---

[25] CATHOLIC BISHOPS' CONFERENCE OF THE PHILIPPINES, Pastoral Letter *What is Happening to our Beautiful Land?* (29 January 1988).

44.     Nowadays, for example, we are conscious of the disproportionate and unruly growth of many cities, which have become unhealthy to live in, not only because of pollution caused by toxic emissions but also as a result of urban chaos, poor transportation, and visual pollution and noise.  Many cities are huge, inefficient structures, excessively wasteful of energy and water.  Neighbourhoods, even those recently built, are congested, chaotic and lacking in sufficient green space.  We were not meant to be inundated by cement, asphalt, glass and metal and deprived of physical contact with nature.

45.     In some places, rural and urban alike, the privatization of certain spaces has restricted people's access to places of particular beauty.  In others, "ecological" neighbourhoods have been created which are closed to outsiders in order to ensure an artificial tranquility.  Frequently, we find beautiful and carefully manicured green spaces in so-called "safer" areas of cities, but not in the more hidden areas where the disposable of society live.

46.     The social dimensions of global change include the effects of technological innovations on employment, social exclusion, an inequitable distribution and consumption of energy and other services, social breakdown, increased violence and a rise in new forms of social aggression, drug trafficking, growing drug use by young people, and the loss of identity.  These are signs that the growth of the past two centuries has not always led to an integral development and an improvement in the quality of life.  Some of these signs are also symptomatic of real social decline, the silent rupture of the bonds of integration and social cohesion.

47.     Furthermore, when media and the digital world become omnipresent, their influence can stop people from learning how to live wisely, to think deeply and to love generously.  In this context, the great sages of the past run the risk of going unheard amid the noise and distractions of an information overload.  Efforts need to be made to help these media become sources of new cultural progress for humanity and not a threat to our deepest riches.  True wisdom, as the fruit of self-examination, dialogue and generous encounter between persons, is not acquired by a mere accumulation of data which eventually leads to overload and confusion, a sort of mental pollution.  Real relationships with others, with all the challenges they entail, now tend to be replaced by a type of internet communication which enables us to choose or eliminate relationships at whim, thus giving rise to a new type of contrived emotion which has more to do with devices and displays than with other people and with nature.

Today's media do enable us to communicate and to share our knowledge and affections.  Yet at times they also shield us from direct contact with the pain, the fears and the joys of others and the complexity of their personal experiences.  For this reason, we should be concerned that, alongside the exciting possibilities offered by these media, a deep and melancholic dissatisfaction with interpersonal relations, or a harmful sense of isolation, can also arise.

## V.    GLOBAL INEQUALITY

48.    The human environment and the natural environment deteriorate together; we cannot adequately combat environmental degradation unless we attend to causes related to human and social degradation.  In fact, the deterioration of the environment and of society affect the most vulnerable people on the planet: "Both everyday experience and scientific research show that the gravest effects of all attacks on the environment are suffered by those who are most poor".[26]  For example, the depletion of fishing reserves especially hurts small fishing communities without the means to replace those resources; water pollution particularly affects the poor who cannot buy bottled water; and rises in the sea level mainly affect impoverished coastal populations who have no other place to go.  The impact of present imbalances is also seen in the premature death of many of the poor, in conflicts sparked by the shortage of resources, and in any number of other problems which are insufficiently represented on global agendas.[27]

49.    It needs to be said that, general speaking, there is little in the way of clear awareness of problems which particularly affect the excluded.  Yet they are the majority of the planet's population, billions of persons.  These days, they are mentioned in international political and economic discussions, but one often has the impression that their problems are brought up as an afterthought, a question which gets added almost out of duty or in a tangential way, if not treated merely as collateral damage.  Indeed, when all is said and done, they frequently remain at the bottom of the pile.  This is due partly to the fact that many professionals, opinion makers, communications media and centres of power are far removed from the poor, located in affluent urban areas, with little direct contact with their problems.  They live

---

[26] BOLIVIAN BISHOPS' CONFERENCE, Pastoral Letter on the Environment and Human Development in Bolivia *El universo, don de Dios para la vida* (23 March 2012), 17.

[27] Cf. GERMAN BISHOPS' CONFERENCE, Commission for Social Issues, *Der Klimawandel: Brennpunkt globaler, intergenerationeller und ökologischer Gerechtigkeit* (September 2006), 28-30.

and reason from the comfortable position of a high level of development and a quality of life well beyond the reach of the majority of the world's population.  This lack of physical contact and encounter, encouraged at times by the disintegration of our cities, can lead to a numbing of conscience and to tendentious analyses which neglect parts of reality.  At times this attitude exists side by side with a "green" rhetoric.  Today, however, we have to realize that a true ecological approach *always* becomes a social approach; it must integrate questions of justice in debates on the environment, so as to hear *both the cry of the earth and the cry of the poor*.

50.     Instead of resolving the problems of the poor and thinking of how the world can be different, some can only propose a reduction in the birth rate.  At times, developing countries face forms of international pressure which make economic assistance contingent on certain policies of "reproductive health".  Yet "while it is true that an unequal distribution of the population and of available resources creates obstacles to development and a sustainable use of the environment, it must nonetheless be recognized that demographic growth is fully compatible with an integral and shared development".[28] To blame population growth instead of an extreme and selective consumerism on the part of some, is one way of refusing to face the issues.  It is an attempt to legitimize the present model of distribution, where a minority believes that it has the right to consume in a way which can never be universalized, since the planet could not even contain the waste products of such consumption.  Besides, we know that approximately a third of all food produced is discarded, and "whenever food is thrown out it is as if were stolen from the table of the poor".[29]   Still, attention needs to be paid to imbalances in population density, on both national and global levels, since a rise in consumption would lead to complex regional situations, as a result of the interplay between problems linked to environmental pollution, transport, waste treatment, loss of resources, quality of life and so forth.

51.     Ineqity  affects not only individuals but entire countries; it compels us to consider contemplate an ethics of international relations.  A true "ecological debt" exists, particularly between the global north and south, connected with commercial imbalances with effects on the environment, and the disproportionate use of natural resources by certain countries over long periods of time.  The export of raw materials to satisfy markets in the industrialized north has caused harm locally, as for example in

---

[28] PONTIFICAL COUNCIL FOR JUSTICE AND PEACE, *Compendium of the Social Doctrine of the Church*, 483.
[29] *Catechesis* (5 June 2013): *Insegnamenti* 1/1 (2013), 280.

mercury pollution in gold mining or sulphur dioxide pollution in copper mining. There is a particular need to calculate the use of environmental space throughout the world for depositing gas residues which have been accumulating for two centuries and have created a situation which currently affects all the countries of the world. The warming caused by huge consumption on the part of some rich countries has repercussions on the poorest areas of the world, especially Africa, where a rise in temperature, together with drought, has proved devastating for farming. There is also the damage caused by the export to developing countries of solid waste and toxic liquids, and by the pollution produced by companies which operate in less developed countries in ways they could never do at home, in the countries in which they raise their capital: "We note that often the businesses which operate this way are multinationals. They do here what they would never do in developed countries or the so-called first world. Generally, after ceasing their activity and withdrawing, they leave behind great human and environmental liabilities such as unemployment, abandoned towns, the depletion of natural reserves, deforestation, the impoverishment of agriculture and local stock breeding, open pits, riven hills, polluted rivers and a handful of social works which are no longer sustainable".[30]

52.      The foreign debt of the poor countries has become a way of controlling them, yet this is not the case where the ecological debt is concerned. In different ways, developing countries, where the most important reserves of the biosphere are found, continue to fuel the development of the richer countries at the cost of their own present and future. The land of the southern poor is rich and mostly unpolluted, yet access to ownership of goods and resources for meeting vital needs is inhibited by a system of commercial relations and ownership which is structurally perverse. The developed countries ought to help pay this debt by significantly limiting their consumption of nonrenewable energy and by assisting poorer countries to support policies and programmes of sustainable development. The poorest areas and countries are less capable of adopting new models for reducing environmental impact because they lack the wherewithal to develop the necessary processes and to cover their costs. We must maintain with clarity an awareness that, regarding climate change, there are *differentiated responsibilities*. As the United States Bishops have said, greater attention must be given to "the needs of the poor, the weak and the vulnerable, in a debate often dominated by more powerful interests".[31] We need to strengthen

---

[30] BISHOPS OF THE PATAGONIA-COMAHUE REGION (ARGENTINA), *Christmas Message* (December 2009), 2.
[31] UNITED STATES CONFERENCE OF CATHOLIC BISHOPS, *Global Climate Change: A Plea for Dialogue, Prudence and the Common Good* (15 June 2001).

the conviction that we are one single human family.   There are no frontiers or barriers, political or social, behind which we can hide, still less is there room for the globalization of indifference.

## VI.    WEAK RESPONSES

53.    These situations have caused sister earth, along with all the abandoned of our world, to cry out, pleading that we take another course.   Never have we so hurt and mistreated our common home as we have in the last two hundred years.   Yet we are called to be instruments of God our Father, so that our planet might be what he desired when he created it and correspond with his plan for peace, beauty and fullness.   The problem is that we still lack the culture needed to confront this crisis.   We lack leadership capable of striking out on new paths and meeting the needs of the present with concern for all and without prejudice toward coming generations.   The establishment of a legal framework which can set clear boundaries and ensure the protection of ecosystems has become indispensable, before the new power structures based on the techno-economic paradigm overwhelm not only our politics but freedom and justice as well.

54.    It is remarkable how weak international political responses have been.   The failure of global summits on the environment make plain that our politics are subject to technology and finance.   There are too many special interests, and economic interests easily end up trumping the common good and manipulating information so that their own plans will not be affected.   The *Aparecida Document* urges that "the interests of economic groups that irrationally demolish sources of life not prevail in dealing with natural resources".[32]   The alliance between the economy and technology ends up sidelining anything unrelated to its immediate interests.   Consequently the most one can expect is superficial rhetoric, sporadic acts of philanthropy and perfunctory expressions of concern for the environment, whereas any genuine attempt by groups within society to introduce change is viewed as a nuisance based on romantic illusions or as an obstacle to be circumvented.

55.    Some countries are gradually making significant progress, developing more effective controls and working to combat corruption.   People may well have a growing ecological sensitivity but it has

---

[32] FIFTH GENERAL CONFERENCE OF THE LATIN AMERICAN AND CARIBBEAN BISHOPS, *Aparecida Document* (29 June 2007), 471.

not succeeded in changing their harmful habits of consumption which, rather than decreasing, appear to be growing all the more. A simple example is the increasing use and power of air-conditioning. The markets, which immediately benefit from sales, stimulate ever greater demand. An outsider looking at our world would be amazed at such behaviour, which at times appears self-destructive.

56.    In the meantime, economic powers continue to justify the current global system, where priority tends to be given to speculation and the pursuit of financial gain, which fail to take the context into account, let alone the effects on human dignity and the natural environment. Here we see how environmental deterioration and human and ethical degradation are closely linked. Many people will deny doing anything wrong because distractions constantly dull our consciousness of just how limited and finite our world really is. As a result, "whatever is fragile, like the environment, is defenceless before the interests of a deified market, which become the only rule".[33]

57.    It is foreseeable that, once certain resources have been depleted, the scene will be set for new wars, albeit under the guise of noble claims. War always does grave harm to the environment and to the cultural riches of peoples, risks which are magnified when nuclear power and biological weapons are borne in mind. "Despite the international agreements which prohibit chemical, bacteriological and biological warfare, the fact is that laboratory research continues to develop new offensive weapons capable of altering the balance of nature".[34]  Politics must pay greater attention to foreseeing new conflicts and addressing the causes which can lead to them. But powerful financial interests prove most resistant to this effort, and political planning tends to lack breadth of vision. What would induce anyone, at this stage, to hold on to power only to be remembered for their inability to to take action when it was urgent and necessary to do so?

58.    There are positive examples, in some countries, of environmental improvement: rivers, polluted for decades, have been cleaned up; native woodlands have been restored; landscapes have been beautified thanks to environmental renewal projects; beautiful buildings have been erected; advances have been made in the proudction of nonpolluting energy, or in the improvement of public transportation. These achievements do not solve global problems, but they do show that men and

---

[33] Apostolic Exhortation *Evangelii Gaudium* (24 November 2013), 56: AAS 105 (2013), 1043.
[34] JOHN PAUL II, *Message for the 1990 World Day of Peace*, 12: AAS 82 (1990), 154.

women are still capable of intervening positively.   For all our limitations, gestures of generosity, solidarity and care cannot but well up within us, since we were made for love.

59.    At the same time we can note the rise of a false or superficial ecology which bolsters complacency and a cheerful wrecklessness.   As often happens in periods of deep crisis which require bold decisions, we are tempted to think that what is happening is not entirely clear.   Superficially, apart from a few obvious signs of pollution and deterioration, things do not look that serious, and the planet could continue as it is for some time.   Such evasiveness serves as a licence to carrying on with our present lifestyles and models of production and consumption.   This is the way human beings contrive to feed their self-destructive vices: trying not to see them, striving not to acknowledge them, delaying the important decisions, and pretending that nothing will happen.

VII.    A VARIETY OF OPINIONS

60.    Finally, we need to acknowledge that different approaches and lines of thought have emerged regarding this situation and its possible solutions.  At one extreme, we find those who doggedly uphold the myth of progress and tell us that ecological problems will solve themselves simply with the simple application of new technology and without any need for ethical considerations or deep change.  At the other extreme are those who view men and women and all their interventions as no more than a threat, jeopardizing the global ecosystem, and consequently the presence of human beings on the planet should be reduced and all forms of intervention prohibited.  Viable future scenarios will have to be generated, between these extremes, since there is no one path to a solution.  This makes a variety of proposals possible, all capable of entering into dialogue with a view to developing comprehensive solutions.

61.    On many concrete questions, the Church has no reason to offer a definitive opinion; she knows that honest debate must be encouraged among experts, while respecting divergent views.  But we need only take a frank look at the facts to see that our common home is falling into serious disrepair.  Hope would have us recognize that there is always a way out, that we can always redirect our steps, that we can always do something to solve our problems.  Still, we can see signs that things are now reaching a breaking point, due to the rapid pace of change and degradation; these are evident in large-scale natural disasters as well as social and even financial crises, for the world's problems cannot be analyzed or explained in isolation.  There are regions now at high risk and, aside from all doomsday predictions, the present world system is certainly unsustainable from a number of points of view, for we have stopped thinking about the goals of human activity.  "If we scan the regions of our planet, we immediately see that humanity has disappointed God's expectations".[35]

---

[35] ID., *Catechesis* (17 January 2001), 3: *Insegnamenti* 24/1 (2001), 178.

CHAPTER TWO

THE GOSPEL OF CREATION

62.     Why should this document, addressed to all people of good will, include a chapter dealing with the convictions of believers?  I am well aware that in the areas of politics and philosophy there are those who firmly reject the idea of a Creator, or consider it irrelevant, and consequently dismiss as irrational the rich contribution which the religions can make towards an integral ecology and the full development of humanity.  Others view religions simply as a subculture to be tolerated.  Nonetheless, science and religion, with their distinctive approaches to understanding reality, can enter into an intense dialogue fruitful for both.

I.     THE LIGHT OFFERED BY FAITH

63.     Given the complexity of the ecological crisis and its multiple causes, we need to realize that the solutions will not emerge out of just one way of interpreting and transforming reality.  Respect must also be shown for the various cultural riches of different peoples, their art and poetry, their interior life and spirituality.  If we are truly concerned to develop an ecology capable of remedying the damage we have done, no branch of the sciences and no form of wisdom can be left out, and that includes the religious and the idiom proper to it.  The Catholic Church is open to dialogue with philosophical thought; this has enabled her to produce various syntheses between faith and reason. The development of the Church's social teaching represents such a synthesis with regard to social issues, which is called to be enriched by taking up new challenges.

64.     What is more, although this Encyclical welcomes dialogue with everyone so that, together, we can seek paths of liberation, I would like from the outset to show how faith convictions can offer Christians and some other believers as well, ample motivation to care for nature and for the most vulnerable of their brothers and sisters.  If the simple fact of being human moves people to care for the environment of which they are a part, Christians in their turn "realize that their responsibility within creation, and their duty towards nature and the Creator, are an essential part of their faith".[36]  It is good

---

[36] JOHN PAUL II, *Message for the 1990 World Day of Peace*, 15: AAS 82 (1990), 156.

for humanity and the world at large when we believers better recognize the ecological commtmentss which stem from our convictions.

## II.   THE GOSPEL OF CREATION

65.   Without rehearsing the entire theology of creation, we can ask what the great biblical narratives say about the relationship of human beings with the world.  In the first creation account in the book of Genesis, God's plan includes creating humanity.  After the creation of humanind,"God saw everything that he had made, and behold it was *very good*" (*Gen* 1:31).  The Bible teaches that every man and woman is created out of love and made in God's image and likeness (cf. *Gen* 1:26).  This shows us the immense dignity of each person, "who is not just something, but someone. He is capable of self-knowledge, of self-possession and of freely giving himself and entering into communion with other persons".[37]  Saint John Paul II stated that the special love of the Creator for each human being "confers upon him or her an infinite dignity".[38]  Those who are committed to defending human dignity can find in the Christian faith the deepest reasons for this commitment.  How wonderful is the certainty that each human life is not adrift in the midst of hopeless chaos, in a world ruled by pure chance or endlessly recurring cycles!  The Creator can say to each one of us: "Before I formed you in the womb, I knew you" (*Jer* 1:5).  We were conceived in the heart of God, and for this reason "each of us is the result of a thought of God.  Each of us is willed, each of us is loved, each of us is necessary".[39]

66.   The creation accounts in the book of Genesis contain, in their own symbolic and narrative language, profound teachings about human existence and its historical reality.  They suggest that human life is grounded in three fundamental and closely intertwined relationships: with God, with our neighbour and with the earth itself.  According to the Bible, these three vital relationships have been broken, both outwardly and within us.  This rupture is sin.  The harmony between the Creator, humanity and creation as a whole was disrupted by our presuming to take the place of God and refusing to acknowledge our creaturely limitations.  This in turn distorted our mandate to "have dominion" over the earth (cf. *Gen* 1:28), to "till it and keep it" (*Gen* 2:15).  As a result, the originally harmonious relationship between human beings and nature became conflictual (cf. *Gen* 3:17-19).  It is significant

---

[37] *Catechism of the Catholic Church*, 357.
[38] *Angelus* in Osnabrück (Germany) with the disabled, 16 November 1980: *Insegnamenti* 3/2 (1980), 1232.
[39] BENEDICT XVI, *Homily for the Solemn Inauguration of the Petrine Ministry* (24 April 2005): AAS 97 (2005), 711.

that the harmony which Saint Francis of Assisi experienced with all creatures was seen as a healing of that rupture. Saint Bonaventure held that, through universal reconciliation with every creature, Saint Francis in some way returned to the state of original innocence.[40] This is a far cry from our situation today, where sin is manifest in all its destructive power in wars, the various forms of violence and abuse, the abandonment of the most vulnerable, and attacks on nature.

67.     We are not God. The earth was here before us and it has been given to us. This allows us to respond to the charge that Judaeo-Christian thinking, on the basis of the Genesis account which grants man "dominion" over the earth (cf. *Gen* 1:28), has encouraged the unbridled exploitation of nature by painting man as domineering and destructive by nature. This is not a correct interpretation of the Bible as understood by the Church. Although it is true that we Christians have at times incorrectly interpreted the Scriptures, nowadays we must forcefully reject the notion that our being created in God's image and given dominion over the earth justifies absolute domination over other creatures. The biblical texts are to be read in their context, with an appropriate hermeneutic, recognizing that they tell us to "till and keep" the garden of the world (cf. *Gen* 2:15). "Tilling" refers to cultivating, ploughing or working, while "keeping" means caring, protecting, overseeing and preserving. This implies a relationship of mutual responsibility between human beings and nature. Each community can take from the bounty of the earth whatever it needs for subsistence, but it also has the duty to protect the earth and to ensure its fruitfulness for coming generations. "The earth is the Lord's" (*Ps* 24:1); to him belongs "the earth with all that is within it" (*Dt* 10:14). Thus God rejects every claim to absolute ownership: "The land shall not be sold in perpetuity, for the land is mine; for you are strangers and sojourners with me" (*Lev* 25:23).

68.     This responsibility for God's earth means that human beings, endowed with intelligence, must respect the laws of nature and the delicate equilibria existing between the creatures of this world, for "he commanded and they were created; and he established them for ever and ever; he fixed their bounds and he set a law which cannot pass away" (*Ps* 148:5b-6). The laws found in the Bible dwell on relationships, not only between individuals but also with other living beings. "You shall not see your brother's donkey or his ox fallen down by the way and withhold your help… If you chance to come

---

[40] Cf. BONAVENTURE, *The Major Legend of Saint Francis*, VIII, 1, in *Francis of Assisi: Early Documents*, vol. 2, New York-London-Manila, 2000, 586.

upon a bird's nest in any tree or on the ground, with young ones or eggs and the mother sitting upon the young or upon the eggs; you shall not take the mother with the young" (*Dt* 22:4, 6).  Along these same lines, rest on the seventh day is meant not only for human beings, but also so "that your ox and your donkey may have rest" (*Ex* 23:12).  Clearly, the Bible has no place for a tyrannical anthropocentrism unconcerned for other creatures.

69.     Together with our obligation to use the earth's goods responsibly, we are called to recognize that other living beings have a value of their own in God's eyes: "by their mere existence they bless him and give him glory",[41] and indeed, "the Lord rejoices in all his works" (*Ps* 104:31).  By virtue of our unique dignity and our gift of intelligence, we are called to respect creation and its inherent laws, for "the Lord by wisdom founded the earth" (*Prov* 3:19).  In our time, the Church does not simply state that other creatures are completely subordinated to the good of human beings, as if they have no worth in themselves and can be treated as we wish.  The German bishops have taught that, where other creatures are concerned, "we can speak of the priority of *being* over that of *being useful*".[42]   The Catechism clearly and forcefully criticizes a distorted anthropocentrism: "Each creature possesses its own particular goodness and perfection… Each of the various creatures, willed in its own being, reflects in its own way a ray of God's  infinite wisdom and goodness.  Man must therefore respect the particular goodness of every creature, to avoid any disordered use of things".[43]

70.     In the story of Cain and Abel, we see how envy led Cain to commit the ultimate injustice against his brother.  This in turn ruptured the relationship between Cain and God, and between Cain and the earth from which he was banished.  This is seen clearly in the dramatic exchange between God and Cain.  God asks: "Where is Abel your brother?"  Cain answers that he does not know, and God persists: "What have you done?  The voice of your brother's blood is crying to me from the ground.  And now you are cursed from the ground" (*Gen* 4:9-11).  Disregard for the duty to cultivate and maintain a proper relationship with my neighbour, for whose care and custody I am responsible, ruins my relationship with my own self, with others, with God and with the earth.  When all these relationships are neglected, when justice no longer dwells in the land, the Bible tells us that life itself is

---

[41] *Catechism of the Catholic Church*, 2416.
[42] GERMAN BISHOPS' CONFERENCE, *Zukunft der Schöpfung – Zukunft der Menschheit.  Einklärung der Deutschen Bischofskonferenz zu Fragen der Umwelt und der Energieversorgung*, (1980), II, 2.
[43] *Catechism of the Catholic Church*, 339.

endangered.  We see this in the story of Noah, where God threatens to do away with humanity because of its constant failure to fulfil the requirements of justice and peace: "I have determined to make an end of all flesh; for the earth is filled with violence through them" (*Gen* 6:13).  These ancient stories, full of symbolism, bear witness to a conviction which we today share, that everything is interconnected, and that genuine care for our own lives and our relationships with nature is inseparable from fraternity, justice and faithfulness to others.

71.      Although "the wickedness of man was great in the earth" (*Gen* 6:5) and the Lord "was sorry that he had made man on the earth" (*Gen* 6:6), nonetheless, through Noah, who remained innocent and just, God decided to open a path of salvation.  In this way he gave humanity the chance of a new beginning.  All it takes is one good person to restore hope!  The biblical tradition clearly shows that this renewal entails recovering and respecting the rhythms inscribed in nature by the hand of the Creator. We see this, for example, in the law of the Sabbath.  On the seventh day, God rested from all his work. He commanded Israel to set aside each seventh day as a day of rest, a *Sabbath*, (cf. *Gen* 2:2-3; *Ex* 16:23; 20:10).  Similarly, every seven years, a sabbatical year was set aside for Israel, a complete rest for the land (cf. *Lev* 25:1-4), when sowing was forbidden and one reaped only what was necessary to live on and to feed one's household (cf. *Lev* 25:4-6).  Finally, after seven weeks of years which is to say forty-nine years, the Jubilee was celebrated as a year of general forgiveness and "liberty throughout the land for all its inhabitants" (cf. *Lev* 25:10).  This law came about as an attempt to ensure balance and fairness in their relationships with others and with the land on which they lived and worked.  At the same time, it was an acknowledgment that the gift of the earth with its fruits belongs to everyone. Those who tilled and kept the land were obliged to share its fruits, especially with the poor, with widows, orphans and foreigners in their midst: "When you reap the harvest of your land, you shall not reap your field to its very border, neither shall you gather the gleanings after the harvest.  And you shall not strip your vineyard bare, neither shall you gather the fallen grapes of your vineyard; you shall leave them for the poor and for the sojourner" (*Lev* 19:9-10).

72.      The Psalms frequently exhort us to praise God the Creator, "who spread out the earth on the waters, for his steadfast love endures for ever" (*Ps* 136:6).  They also invite other creatures to join us in this praise: "Praise him, sun and moon, praise him, all you shining stars!  Praise him, you highest heavens, and you waters above the heavens!  Let them praise the name of the Lord, for he commanded

and they were created" (*Ps* 148:3-5).  We do not only exist by God's mighty power; we also live with him and beside him.  This is why we adore him.

73.     The writings of the prophets invite us to find renewed strength at times of trial by contemplating the all-powerful God who created the universe.  Yet God's infinite power does not lead us to flee his fatherly tenderness, because in him affection and strength conjoin.  Indeed, all sound spirituality entails both welcoming divine love and adoration, confident in the Lord because of his infinite power.  In the Bible, the God who liberates and saves is the same God who created the universe, and these two divine ways of acting are intimately and inseparably connected: "Ah Lord God! It is you who made the heavens and the earth by your great power and by your outstretched arm!  Nothing is too hard for you… You brought your people Israel out of the land of Egypt with signs and wonders" (*Jer* 32:17, 21).  "The Lord is the everlasting God, the creator of the ends of the earth.  He does not faint or grow weary; his understanding is unsearchable.  He gives power to the faint, and strengthens the powerless" (*Is* 40:28b-29).

74.     The experience of the Babylonian captivity provoked a spiritual crisis which led to deeper faith in God. Now his creative omnipotence was given pride of place in order to exhort the people to regain their hope in the midst of their wretched predicament.  Centuries later, in another age of trial and persecution, when the Roman Empire was seeking to impose absolute dominion, the faithful would once again find consolation and hope in a growing trust in the all-powerful God: "Great and wonderful are your deeds, O Lord God the almighty!  Just and true are your ways!" (*Rev* 15:3).  The God who created the universe out of nothing can also intervene in this world and overcome every form of evil.  Injustice is not invincible.

75.     A spirituality which forgets God as all-powerful and Creator is not acceptable.  That is how we end up worshipping earthly powers, or ourselves usurping the place of God, even to the point of claiming an unlimited right to trample his creation underfoot.  The best way to put men and women in their place, putting an end to their claim to absolute dominion over the earth, is once again to put forward the figure of a Father, who creates and who alone owns the world.  Otherwise, human beings will always try to impose their own laws and interests on reality.

III.     THE MYSTERY OF THE UNIVERSE

76.     In the Judaeo-Christian tradition, the word "creation" has a broader meaning than "nature", for it has to do with God's loving plan in which every creature has its own value and significance.  Nature is usually seen as a system which can be studied, understood and controlled, whereas creation can only be understood as a gift from the outstretched hand of Father of all, and as a reality illuminated by a love which calls us together into universal communion.

77.     "By the word of the Lord the heavens were made" (*Ps* 33:6).  This tells us that the world came about as the result of a decision, not from chaos or chance, and this exalts it all the more.  The word which creates expresses a free choice.   The universe did not emerge as the result of arbitrary omnipotence, a show of force or a desire for self-assertion.  Creation is of the order of love.  God's love is the fundamental moving force in all created things: "For you love all things that exist, and detest none of the things that you have made; for you would not have made anything if you had hated it" (*Wis* 11:24).  Every creature is thus the object of the Father's tenderness, who gives it its place in the world.  Even the fleeting life of the least of beings is the object of his love, and in its few seconds of existence, God enfolds it with his affection.  Saint Basil the Great described the Creator as "goodness without measure",[44] while Dante Alighieri spoke of "the love which moves the sun and stars".[45]  Consequently, we can ascend from created things "to the greatness of God and to his loving mercy".[46]

78.     At the same time, Judaeo-Christian thought demythologized nature.  While continuing to admire its grandeur and immensity, it no longer saw nature as divine.  In doing so, it emphasizes all the more our human responsibility for nature.  This rediscovery of nature can never be at the cost of the freedom and responsibility of human beings who, as part of the world, have the duty to cultivate their abilities in order to protect it and develop its potential.  If we acknowledge the value and the fragility of nature and, at the same time, our God-given abilities, we can finally leave behind the modern myth of unlimited material progress.  A fragile world, entrusted by God to human care, challenges us to devise intelligent ways of directing, developing and limiting our power.

---

[44] *Hom. in Hexaemeron*, I, 2, 10: PG 29, 9.
[45] *The Divine Comedy, Paradiso*, Canto XXXIII, 145.
[46] BENEDICT XVI, *Catechesis* (9 November 2005), 3: *Insegnamenti* 1 (2005), 768.

79.     In this universe, shaped by open and intercommunicating systems, we can discern countless forms of relationship and participation.  This leads us to think of the whole as open to God's transcendence, within which it develops.  Faith allows us to interpret the meaning and the mysterious beauty of what is unfolding.  We are free to apply our intelligence towards things evolving positively, or towards adding new ills, new causes of suffering and real setbacks.  This is what makes for the excitement and drama of human history, in which freedom, growth, salvation and love can blossom, or lead towards decadence and mutual destruction.  The work of the Church seeks not only to remind everyone of the duty to care for nature, but at the same time "she must above all protect mankind from self-destruction".[47]

80.     Yet God, who wishes to work with us and who counts on our cooperation, can also bring good out of the evil we have done.  "The Holy Spirit can be said to possess an infinite creativity, proper to the divine mind, which knows how to loosen the knots of human affairs, including the most complex and inscrutable".[48]  Creating a world in need of development, God in some way sought to limit himself in such a way that many of the things we think of as evils, dangers or sources of suffering, are in reality part of the pains of childbirth which he uses to draw us into the act of cooperation with the Creator.[49]  God is intimately present to each being, without impinging on the autonomy of his creature, and this gives rise to the rightful autonomy of earthly affairs.[50]  His divine presence, which ensures the subsistence and growth of each being, "continues the work of creation".[51]  The Spirit of God has filled the universe with possibilities and therefore, from the very heart of things, something new can always emerge: "Nature is nothing other than a certain kind of art, namely God's art, impressed upon things, whereby those things are moved to a determinate end.  It is as if a shipbuilder were able to give to timbers the wherewithal to move themselves to take the form of a ship".[52]

81.     Human beings, even if we postulate a process of evolution, also possess a uniqueness which cannot be fully explained by the evolution of other open systems.  Each of us has his or her own

---

[47] ID., Encyclical Letter *Caritas in Veritate* (29 June 2009), 51: AAS 101 (2009), 687.

[48] JOHN PAUL II, *Catechesis* (24 April 1991), 6: *Insegnamenti* 14 (1991), 856.

[49] The Catechism explains that God wished to create a world which is "journeying towards its ultimate perfection", and that this implies the presence of imperfection and physical evil; cf. *Catechism of the Catholic Church*, 310.

[50] Cf. SECOND VATICAN ECUMENICAL COUNCIL, Pastoral Constitution on the Church in the Modern World *Gaudium et Spes*, 36.

[51] THOMAS AQUINAS, *Summa Theologiae*, I, q. 104, art. 1 ad 4.

[52] ID., *In octo libros Physicorum Aristotelis expositio*, Lib. II, lectio 14.

personal identity and is capable of entering into dialogue with others and with God himself.  Our capacity to reason, to develop arguments, to be inventive, to interpret reality and to create art, along with other not yet discovered capacities, are signs of a uniqueness which transcends the spheres of physics and biology.  The sheer novelty involved in the emergence of a personal being within a material universe presupposes a direct action of God and a particular call to life and to relationship on the part of a "Thou" who addresses himself to another "thou".  The biblical accounts of creation invite us to see each human being as a subject who can never be reduced to the status of an object.

82.    Yet it would also be mistaken to view other living beings as mere objects subjected to arbitrary human domination.  When nature is viewed solely as a source of profit and gain, this has serious consequences for society.  This vision of "might is right" has egendered immense inequalities, injustices and acts of violence against the majority of humanity, since resources end up in the hands of the first comer or the most powerful: the winner takes all.  Completely at odds with this model is the ideal of harmony, justice, fraternity and peace as proposed by Jesus.  As he said of the powers of his own age: "You know that the rulers of the Gentiles lord it over them, and their great men exercise authority over them.  It shall not be so among you; but whoever would be great among you must be your servant" (*Mt* 20:25-26).

83.    The ultimate destiny of the universe is in the fullness of God, which has already been attained by the risen Christ, the measure of the maturity of all things.[53]  Here we can add yet another argument for rejecting every tyrannical and irresponsible domination of human beings over other creatures.  The ultimate purpose of other creatures is not to be found in us. Rather, all creatures are moving forward, with us and through us, towards a common  point of arrival, which is God, in that transcendent fullness where the risen Christ embraces and illumines all things.  Human beings, endowed with intelligence and love, and drawn by the fullness of Christ, are called to lead all creatures back to their Creator.

IV.    THE MESSAGE OF EACH CREATURE IN THE HARMONY OF CREATION

---

[53] Against this horizon we can set the contribution of Fr. Teilhard de Chardin; cf. PAUL VI, *Address in a Chemical and Pharmaceutical Plant* (24 February 1966): *Insegnamenti* 4 (1966), 992-993; JOHN PAUL II, *Letter to the Reverend George Coyne* (1 June 1988): *Insegnamenti* 11/2 (1988), 1715; BENEDICT XVI, *Homily for the Celebration of Vespers in Aosta* (24 July 2009): *Insegnamenti* 5/2 (2009), 60.

84.     Our insistence that each human being is an image of God should not make us overlook the fact that each creature has its own purpose.  None is superfluous.  The entire material universe speaks of God's love, his boundless affection for us.  Soil, water, mountains – everything is, as it were, a caress of God.  The history of our friendship with God is always linked to particular places which take on an intensely personal meaning; we all remember places, and revisiting those memories does us much good.  Anyone who has grown up in the hills or used to sit by the spring to drink, or played outdoors in the neighbourhood square – going back to these places is a chance to recover something of their true selves.

85.     God has written a precious book, "whose letters are the multitude of created things present in the universe".[54]   The Canadian bishops rightly pointed out that no creature is excluded from this manifestation of God: "From panoramic vistas to the tiniest living form, nature is a constant source of wonder and awe.  It is also a continuing revelation of the divine".[55]   The bishops of Japan, for their part, made a thought-provoking observation: "To sense each creature singing the hymn of its existence is to live joyfully in God's love and hope".[56]  This contemplation of creation allows us to discover in each thing a teaching which God wishes to hand on to us, since "for the believer, to contemplate creation is to hear a message, to listen to a paradoxical and silent voice".[57]  We can say that "alongside revelation properly so-called, contained in sacred Scripture, there is a divine manifestation in the blaze of the sun and the fall of night".[58]  Paying attention to this manifestation, we learn to see ourselves in relation to all other creatures: "I express myself in expressing the world; in my effort to decipher the sacredness of the world, I explore my own".[59]

86.     The universe as a whole, in all its manifold relationships, shows forth the inexhaustible riches of God.  Saint Thomas Aquinas wisely noted that multiplicity and variety "come from the intention of the first agent" who willed that "what was wanting to one in the representation of the divine goodness

---

[54] JOHN PAUL II, *Catechesis* (30 January 2002),6: *Insegnamenti* 25/1 (2002), 140.
[55] CANADIAN CONFERENCE OF CATHOLIC BISHOPS, SOCIAL AFFAIRS COMMISSION, Pastoral Letter *You Love All that Exists… All Things are Yours, God, Lover of Life"* (4 October 2003), 1.
[56] CATHOLIC BISHOPS' CONFERENCE OF JAPAN, *Reverence for Life.  A Message for the Twenty-First Century* (1 January 2000), 89.
[57] JOHN PAUL II, *Catechesis* (26 January 2000), 5: *Insegnamenti* 23/1 (2000), 123.
[58] ID., *Catechesis* (2 August 2000), 3: *Insegnamenti* 23/2 (2000), 112.
[59] PAUL RICOEUR, *Philosophie de la volonté, t. II: Finitude et culpabilité*, Paris, 2009, 216.

might be supplied by another",[60] inasmuch as God's goodness "could not be represented fittingly by any one creature".[61]  Hence we need to grasp the variety of things in their multiple relationships.[62]  We better understand the importance and meaning of each creature if we contemplate it within the entirety of God's plan.  As the Catechism teaches: "God wills the interdependence of creatures.  The sun and the moon, the cedar and the little flower, the eagle and the sparrow: the spectacle of their countless diversities and inequalities tells us that no creature is self-sufficient.   Creatures exist only in dependence on each other, to complete each other, in the service of each other".[63]

87.    When we can see God reflected in all that exists, our hearts are moved to praise the Lord for all his creatures and to worship him in union with them.  This sentiment finds magnificent expression in the hymn of Saint Francis of Assisi:

> Praised be you, my Lord, with all your creatures,
>     especially Sir Brother Sun,
>     who is the day and through whom you give us light.
> And he is beautiful and radiant with great splendour;
>     and bears a likeness of you, Most High.
> Praised be you, my Lord, through Sister Moon and the stars,
>      in heaven you formed them clear and precious and beautiful.
> Praised be you, my Lord, through Brother Wind,
>     and through the air, cloudy and serene, and every kind of weather
>     through whom you give sustenance to your creatures
> Praised be you, my Lord, through Sister Water,
>     who is very useful and humble and precious and chaste.
> Praised be you, my Lord, through Brother Fire,
>     through whom you light the night,
>     and he is beautiful and playful and robust and strong".[64]

---

[60] *Summa Theologiae*, I, q. 47, art. 1.
[61] Ibid.
[62] Cf. ibid., art. 2, ad 1; art. 3.
[63] *Catechism of the Catholic Church*, 340.
[64] *Canticle of the Creatures*, in *Francis of Assisi: Early Documents*, New York-London-Manila, 1999, 113-114.

88.     The bishops of Brazil have pointed out that nature as a whole not only manifests God but is also a locus of his presence.  The Spirit of life dwells in every living creature and calls us to enter into relationship with him.[65]  Discovering this presence leads us to cultivate the "ecological virtues".[66]  This is not to forget that there is an infinite distance between God and the things of this world, which do not possess his fullness.  Otherwise, we would not be doing the creatures themselves any good either, for we would be failing to acknowledge their right and proper place.  We would end up unduly demanding of them something which they, in their smallness, cannot give us.

V.     UNIVERSAL COMMUNION

89.     The created things of this world are not free of ownership: "For they are yours, O Lord, who love the living" (*Wis* 11:26).  This is the basis of our conviction that, as part of the universe, called into being by one Father, all of us are linked by unseen bonds and together form a kind of universal family, a sublime communion which fills us with a sacred, affectionate and humble respect.  Here I would reiterate that "God has joined us so closely to the world around us that we can feel the desertification of the soil almost as a physical ailment, and the extinction of a species as a painful disfigurement".[67]

90.     This is not to put all living beings on the same level nor to deprive human beings of their unique worth and the tremendous responsibility it entails.  Nor does it imply a divinization of the earth which would prevent us from working on it and protecting it in its fragility.  Such notions would end up creating new imbalances which would deflect us from the reality which challenges us.[68]  At times we see an obsession with denying any preeminence to the human person; more zeal is shown in protecting other species than in defending the dignity which all human beings share in equal measure.  Certainly, we should be concerned lest other living beings be treated irresponsibly.  But we should be particularly indignant at the enormous inequalities in our midst, whereby we continue to tolerate some considering themselves more worthy than others.  We fail to see that some are mired in desperate and degrading poverty, with no way out, while others have not the faintest idea of what to do with what they possess, vainly showing off their supposed superiority and leaving behind them so much waste which, if it were

---

[65] Cf. NATIONAL CONFERENCE OF THE BISHOPS OF BRAZIL, *A Igreja e a questão ecológica,* 1992, 53-54.
[66] Ibid., 61.
[67] Apostolic Exhortation *Evangelii Gaudium* (24 November 2013), 215: AAS 105 (2013), 1109.
[68] Cf. BENEDICT XVI, Encyclical Letter *Caritas in Veritate* (29 June 2009), 14: AAS 101 (2009), 650.

the case everywhere, would destroy the planet.  In practice, we continue to tolerate that some consider themselves more human than others, as if they had been born with greater rights.

91.     A sense of deep communion with the rest of nature cannot be real if our hearts lack tenderness, compassion and concern for our fellow human beings.  It is clearly inconsistent to combat trafficking in endangered species while remaining completely indifferent to human trafficking, unconcerned about the poor, or undertaking to destroy another human being deemed unwanted.  This compromises the very meaning of our struggle for the sake of the environment.  It is no coincidence that, in the canticle in which Saint Francis praises God for his creatures, he goes on to say: "Praised be you my Lord, through those who give pardon for your love".  Everything is connected.  Concern for the environment thus needs to be joined to a sincere love for our fellow human beings and a unwavering commitment to resolving the problems of society.

92.     Moreover, when our hearts are authentically open to universal communion, this sense of fraternity excludes nothing and no one.  It follows that our indifference or cruelty towards fellow creatures of this world sooner or later affects the treatment we mete out to other human beings.  We only have one heart, and the same wretchedness which leads us to mistreat an animal will not be long in showing itself in our relationships with other people.  Every act of cruelty towards any creature is "contrary to human dignity".[69]  We can hardly consider ourselves to be fully loving if we disregard any aspect of reality: "Peace, justice and the preservation of creation are three absolutely interconnected themes, which cannot be separated and treated individually without once again falling into reductionism".[70]  Everything is related, and we human beings are united as brothers and sisters on a wonderful pilgrimage, woven together by the love God has for each of his creatures and which also unites us in fond affection with brother sun, sister moon, brother river and mother earth.

VI.     THE COMMON DESTINATION OF GOODS

93.     Whether believers or not, we today are agreed that the earth is essentially a shared inheritance, whose fruits are meant to benefit everyone.  For believers, this becomes a question of fidelity to the

---

[69] *Catechism of the Catholic Church*, 2418.
[70] CONFERENCE OF DOMINICAN BISHOPS, Pastoral Letter *Sobre la relación del hombre con la naturaleza* (21 January 1987).

Creator, since God created the world for everyone.  Hence every ecological approach needs to incorporate a social perspective which takes into account the fundamental rights of the poor and the underprivileged.  The principle of the subordination of private property to the universal destination of goods, and thus the right of everyone to their use, is a golden rule of social conduct and "the first principle of the whole ethical and social order".[71]   The Christian tradition has never recognized the right to private property as absolute or inviolable, and has stressed the social purpose of all forms of private property.  Saint John Paul II forcefully reaffirmed this teaching, stating that "God gave the earth to the whole human race for the sustenance of all its members, *without excluding or favouring anyone*".[72]  These words are hard-hitting.  He noted that "a type of development which did not respect and promote human rights – personal and social, economic and political, including the rights of nations and of peoples – would not be really worthy of man".[73]  He clearly explained that "the Church does indeed defend the legitimate right to private property, but she also teaches no less clearly that there is always a social mortgage on all private property, in order that goods may serve the general purpose that God gave them".[74]  Consequently, he maintained, "it is not in accord with God's plan that this gift be used in such a way that its benefits favour only a few".[75]  This calls into serious question the unjust habits of a part of humanity.[76]

94.     The rich and the poor have equal dignity, for "the Lord is the maker of them all" (*Prov* 22:2).  "He himself made both small and great" (*Wis* 6:7), and "he makes his sun rise on the evil and on the good" (*Mt* 5:45).  This has practical consequences, such as those pointed out by the Bishops of Paraguay: "Every campesino has a natural right to possess a reasonable allotment of land where he can establish his home, work for subsistence of his family and a secure life.  This right must be guaranteed so that its exercise is not illusory but real.  That means that apart from the ownership of property, rural people must have access to means of technical education, credit, insurance, and markets".[77]

95.     The natural environment is a collective good, the patrimony of all humanity and the responsibility of everyone.  If we make something our own, it is only to administer it for the good of

---

[71] JOHN PAUL II, Encyclical Letter *Laborem Exercens* (14 September 1981), 19: AAS 73 (1981), 626.
[72] Encyclical Letter *Centesimus Annus* (1 May 1991), 31: AAS 83 (1991), 831.
[73] Encyclical Letter *Sollicitudo Rei Socialis* (30 December 1987), 33: AAS 80 (1988), 557.
[74] *Address to Indigenous and Rural People,* Cuilapán, Mexico (29 January 1979), 6: AAS 71 (1979), 209.
[75] *Homily at Mass for Farmers,* Recife, Brazil (7 July 1980): AAS 72 (1980): AAS 72 (1980), 926.
[76] Cf. *Message for the 1990 World Day of Peace*, 8: AAS 82 (1990), 152.
[77] PARAGUAYAN BISHOPS' CONFERENCE, Pastoral Letter *El campesino paraguayo y la tierra* (12 June 1983), 2, 4, d.

all.  If we do not, we burden our consciences with the weight of having denied the existence of others.
That is why the New Zealand bishops asked what the commandment "Thou shalt not kill" means when
"twenty per cent of the world's population consumes resources at a rate that robs the poor nations and
future generations of what they need to survive".[78]

VII.   THE GAZE OF JESUS

96.     Jesus took up the biblical faith in God the Creator, emphasizing a fundamental truth: God is
Father (cf. *Mt* 11:25).  In talking with his disciples, Jesus would invite them to recognize the paternal
relationship God has with all his creatures.  With moving tenderness he would remind them that each
one of them is important in God's eyes: "Are not five sparrows sold for two pennies?  And not one of
them is forgotten before God" (*Lk* 12:6).  "Look at the birds of the air: they neither sow nor reap nor
gather into barns, and yet your heavenly Father feeds them" (*Mt* 6:26).

97.     The Lord was able to invite others to be attentive to the beauty that there is in the world because
he himself was in constant touch with nature, lending it an attention full of fondness and and wonder.
As he made his way throughout the land, he often stopped to contemplate the beauty sown by his
Father, and invited his disciples to perceive a divine message in things: "Lift up your eyes and see how
the fields are already white for harvest" (*Jn* 4:35).  "The kingdom of God is like a grain of mustard
seed which a man took and sowed in his field; it is the smallest of all seeds, but once it has grown, it is
the greatest of plants" (*Mt* 13:31-32).

98.     Jesus lived in full harmony with creation, and others were amazed: "What sort of man is this,
that even the winds and the sea obey him?" (*Mt* 8:27).  His appearance was not that of an ascetic, set
apart from the world, or of an enemy to the pleasant things of life.  Of himself he said: "The Son of
Man came eating and drinking and they say, 'Look, a glutton and a drunkard!'" (*Mt* 11:19).  He was far
removed from those philosophies which despised the body, matter and the things of the world.  Such
unhealthy dualisms, nonetheless, left a mark on certain Christian thinkers in the course of history and
disfigured the Gospel.  Jesus worked with his hands, in daily contact with the matter created by God, to
which he gave form by his craftsmanship.  It is striking that most of his life was dedicated to this task

---

[78] NEW ZEALAND CATHOLIC BISHOPS CONFERENCE, Statement on Environmental Issues (1 September 2006).

in a simple life which awakened no admiration at all: "Is not this the carpenter, the son of Mary?" (*Mk* 6:3).  In this way he sanctified human labour and endowed it with a special significance for our development.  As Saint John Paul II taught, "by enduring the toil of work in union with Christ crucified for us, man in a way collaborates with the Son of God for the redemption of humanity".[79]

99.     In the Christian understanding of the world, the destiny of all creation is bound up with the mystery of Christ, present from the beginning: "All things have been created though him and for him" (*Col* 1:16).[80]  The prologue of Gospel of John (1:1-18) reveals Christ's creative work as the Divine Word (*Logos*).  But then, unexpectedly, the prologue goes on to say that this same Word "became flesh" (*Jn* 1:14).  One Person of the Trinity  entered into the created cosmos, throwing in his lot with it, even to the cross.  From the beginning of the world, but particularly through the incarnation, the mystery of Christ is at work in a hidden manner in the natural world as a whole without thereby impinging on its autonomy.

100.    The New Testament does not only tell us of the earthly Jesus and his tangible and loving relationship with the world.  It also shows him risen and glorious, present throughout creation by his universal Lordship: "For in him all the fullness of God was pleased to dwell, and through him to reconcile to himself all things, whether on earth or in heaven, making peace by the blood of his cross" (*Col* 1:19-20).  This leads us to direct our gaze to the end of time, when the Son will deliver all things to the Father, so that "God may be everything to everyone" (*1 Cor* 15:28).  In this way the creatures of this world no longer appear to us under merely natural guise because the risen One is mysteriously holding them to himself and directing them towards fullness as their end.  The very flowers of the field and the birds which his human eyes contemplated and admired are now imbued with his radiant presence.

---

[79] Encyclical Letter *Laborem Exercens* (14 September 1981), 27: AAS 73 (1981), 645.
[80] Hence Saint Justin could speak of "seeds of the Word" in the world; cf. *II Apologia* 8, 1-2; 13, 3-6: PG 6, 457-458, 467.

CHAPTER THREE

THE HUMAN ROOTS OF THE ECOLOGICAL CRISIS

101.     It would hardly be helpful to describe symptoms without acknowledging the human origins of the ecological crisis.  A certain way of understanding human life and activity has gone awry to the serious detriment of the world around us.  Should we not pause and consider this?  At this stage, I propose that we focus on the dominant technocratic paradigm and the place of human beings and of human action in the world.

I.     TECHNOLOGY: CREATIVITY AND POWER

102.     Humanity has entered a new era in which our technical prowess has brought us to a crossroads.  We are the beneficiaries of two centuries of enormous waves of change: steam engines, railways, the telegraph, electricity, automobiles, aeroplanes, chemical industries, modern medicine, information technology and, more recently, the digital revolution, robotics, biotechnologies and nanotechnologies.  It is right to rejoice over these advances and to be excited by the immense possibilities which they continue to open up before us, for "science and technology are wonderful products of a God-given human creativity".[81]   The modification of nature for useful purposes has distinguished the human family from the beginning; technology itself "expresses the inner tension that impels man gradually to overcome material limitations".[82]   Technology has remedied countless evils which used to harm and limit human beings.  How can we not feel gratitude and appreciation for this progress, especially in the fields of medicine, engineering and communications?  How could we not acknowledge the work of many scientists and engineers who have provided alternatives to make development sustainable?

103.     Technoscience, when well directed, can produce important means of improving the quality of human life, from useful domestic applicances to great transportation systems, bridges, buildings and public spaces.  They can also produce art and enable men and women immersed in the material world to "leap" into the world of beauty.  Who can deny the beauty of an aircraft or a skyscraper?  Valuable

---

[81] JOHN PAUL II, *Address to Scientists and Representatives of the United Nations University,* Hiroshima (25 February 1981), 3: AAS 73 (1981), 422.
[82] BENEDICT XVI, Encyclical Letter *Caritas in Veritate* (29 June 2009), 69: AAS 101 (2009), 702.

works of art and music now make use of new technologies. So, in the beauty intended by the one who uses new technical instruments and in the contemplation of such beauty, a quantum leap occurs, resulting in a fulfilment which is uniquely human.

104.    Yet it must also be recognized that nuclear energy, biotechnology, information technology, knowledge of our DNA, and so many other abilities which we have acquired, have given us tremendous power. More precisely, they have given those with the knowledge, and especially the economic resources to use them, an impressive dominance over the whole of humanity and the entire world. Never has humanity had such power over itself, yet nothing ensures that it will be used wisely, particularly when we consider how it is currently being used. We need but think of the nuclear bombs dropped in the middle of the twentieth century, or the array of technology which Nazism, Communism and other totalitarian regimes have employed to kill millions of people, to say nothing of the increasingly deadly arsenal of weapons available for modern warfare. In whose hands does all this power lie, or will it eventually end up? It is extremely risky for a small part of humanity to have it.

105.    There is a tendency to believe that every increase in power means "an increase of 'progress' itself", an advance in "security, usefulness, welfare and vigour; …an  assimilation of new values into the stream of culture",[83] as if reality, goodness and truth automatically flow from technological and economic power as such. The fact is that "contemporary man has not been trained to use power well",[84] because our immense technological development has not been accompanied by a development in human responsibility, values and conscience. Each age tends to have only a meagre awareness of its own limitations. It is possible that we do not grasp the gravity of the challenges now before us. "The risk is growing day by day that man will not use his power as he should"; in effect, "power is never considered in terms of the responsibility of choice which is inherent in freedom" since its "only norms are taken from alleged necessity, from either utility or security".[85]    But human beings are not completely autonomous. Our freedom fades when it is handed over to the blind forces of the unconscious, of immediate needs, of self-interest, and of violence. In this sense, we stand naked and exposed in the face of our ever-increasing power, lacking the wherewithal to control it. We have

---

[83] ROMANO GUARDINI, *Das Ende der Neuzeit*, ninth ed., Würzburg, 1965, 87 (English: *The End of the Modern World*, Wilmington, 1998, 82).
[84] Ibid.
[85] Ibid., 87-88 (*The End of the Modern World,* 83).

certain superficial mechanisms, but we cannot claim to have a sound ethics, a culture and spirituality genuinely capable of setting limits and teaching clear-minded self-restraint.

## II.    THE GLOBALIZATION OF THE TECHNOCRATIC PARADIGM

106.    The basic problem goes even deeper: it is the way that humanity has taken up technology and its development *according to an undifferentiated and one-dimensional paradigm*.  This paradigm exalts the concept of a subject who, using logical and rational procedures, progressively approaches and gains control over an external object.  This subject makes every effort to establish the scientific and experimental method, which in itself is already a technique of possession, mastery and transformation. It is as if the subject were to find itself in the presence of something formless completely open to manipulation.  Men and women have constantly intervened in nature, but for a long time this meant being in tune with and respecting the possibilities offered by the things themselves.  It was a matter of receiving what nature itself allowed, as if from its own hand.  Now, by contrast, we are the ones to lay our hands on things, attempting to extract everything possible from them while frequently ignoring or forgetting the reality in front of us.  Human beings and material objects no longer extend a friendly hand to one another; the relationship has become confrontational.  This has made it easy to accept the idea of infinite or unlimited growth, which proves so attractive to economists, financiers and experts in technology.  It is based on the lie that there is an infinite supply of the earth's goods, and this leads to the planet having every last drop and more squeezed out of it. It is the false notion that "an infinite quantity of energy and resources are available, that it is possible to renew them quickly, and that the negative effects of the exploitation of the natural order can be easily absorbed".[86]

107.    It can be said that many problems of today's world stem from the tendency, at times unconscious, to make the method and aims of science and technology an epistemological paradigm in which shapes the lives of individuals and the workings of society.  The effects of imposing this model on reality as a whole, human and social, are seen in the degradation of the environment, but this is just one sign of a reductionism which affects every aspect of human and social life.  We have to accept that tecological products are not neutral, for they create a framework which ends up conditioning lifestyles and shaping social possibililties along the lines dictated by the interests of certain powerful groups. Decisions which may seem purely instrumental are in reality decisions about the kind of society we want to build.

---

[86] PONTIFICAL COUNCIL FOR JUSTICE AND PEACE, *Compendium of the Social Doctrine of the Church*, 462.

108.    The idea of promoting a different cultural paradigm and employing technology as a mere instrument is nowadays inconceivable. The technological paradigm has become so dominant that it would be difficult to do without its resources and even more difficult to utilize them without being dominated by their internal logic.  It has become countercultural to choose a lifestyle whose goals are even partly independent of technology, of its costs and its power to globalize and make us all the same. Technology tends to absorb everything into its ironclad logic, and those who are surrounded with technology "know full well that it moves forward in the final analysis neither for profit nor for the well-being of the human race", that "in the most radical sense of the term power is its motive – a lordship over all".[87]   As a result, "man seizes hold of the naked elements of both nature and human nature".[88] Our capacity to decide, a more genuine freedom and the space for each one's alternative creativity are diminished.

109.    The technocratic paradigm also tends to dominate economics and political life.  The economy accepts every advance in technology with a view to profit, without concern for its potential negative impact on human beings.  Finance overwhelms the real economy.  The lessons of the global financial crisis have not been assimilated, and we are learning all too slowly the lessons of environmental deterioration.    Some circles maintain that current economics and technology will solve all environmental problems, and argue, in popular and non-technical terms, that the problems of global hunger and poverty will be resolved simply by market growth.  They are less concerned with certain economic theories which today scarcely anybody dares defend, than with their actual operation in the functioning of the economy.  They may not affirm such theories with words, but nonetheless support them with their deeds by showing no interest in more balanced levels of production, a better distribution of wealth, concern for the environment and the rights of future generations.   Their behaviour shows that for them maximizing profits is enough.  Yet by itself the market cannot guarantee integral human development and social inclusion.[89]   At the same time, we have "a sort of 'superdevelopment' of a wasteful and consumerist kind which forms an unacceptable contrast with the ongoing situations of dehumanizing deprivation",[90] while we are all too slow in developing economic institutions and social initiatives which can give the poor regular access to basic resources.  We fail to

---

[87] ROMANO GUARDINI, *Das Ende der Neuzeit*, 63-64 (*The End of the Modern World*, 56).
[88] Ibid., 64 (*The End of the Modern World*, 56)
[89] Cf. BENEDICT XVI, Encyclical Letter *Caritas in Veritate* (29 June 2009), 35: AAS 101 (2009), 671.
[90] Ibid., 22: p. 657.

see the deepest roots of our present failures, which have to do with the direction, goals, meaning and social implications of technological and economic growth.

110.    The specialization which belongs to technology makes it difficult to see the larger picture.  The fragmentation of knowledge proves helpful for concrete applications, but it leads to a gradual loss of appreciation for the whole, for the relationships between things, and for the broader horizon, which then becomes irrelevant.  This very fact makes it hard to find adequate ways of solving the more complex problems of today's world, particularly those regarding the environment and the poor; these problems cannot be dealt with from a single perspective or from a single set of interests.  A science which would offer solutions to the great issues would necessarily have to take into account the data generated by other fields of knowledge, including philosophy and social ethics.  But this is a difficult habit to acquire today.  Nor are there genuine ethical horizons to which one can appeal.  Life gradually becomes a surrender to situations conditioned by technology, itself viewed as the principal key to the meaning of existence.  In the concrete situation confronting us, there are a number of symptoms which point to what is wrong, such as environmental degradation, anxiety, a loss of the sense of life and of living together.  Once more we see that "realities are more important than ideas".[91]

111.    Ecological culture cannot be reduced to a series of urgent and partial responses to the immediate problems of pollution, environmental decay and the depletion of natural resources.  There needs to be a distinctive way of looking at things, a way of thinking, policies, an educational programme, a lifestyle and a spirituality which together generate resistance to the assault of the technocratic paradigm.  Otherwise, even the best ecological initiatives can find themselves caught up in the same globalized logic.  To seek only a technical remedy to each environmental problem which comes up is to separate what is in reality interconnected and to mask the true and deepest problems of the global system.

112.    Yet we can once more broaden our vision.  We have the freedom needed to limit and direct technology; we can put it at the service of another type of progress, one which is healthier, more human, more social, more integral.  Liberation from the dominant technocratic paradigm does actually happen sometimes, for example, when cooperatives of small producers adopt less polluting means of production, and opt for a non-consumerist model of life, recreation and community.  Or when technology is directed primarily to resolving people's concrete problems, enthusiastically helping them live with more dignity and less suffering.  Or indeed when the desire to create and contemplate beauty

---

[91] Apostolic Exhortation *Evangelii Gaudium* (24 November 2013), 231: AAS 105 (2013), 1114.

manages to overcome reductionism through a salvation of sorts which occurs in beauty and in those who behold it.  An authentic humanity, calling for a new synthesis, seems to dwell in the midst of our technological culture, almost unnoticed, entering like a mist from beneath a closed door. Will the promise last, in spite of everything, with all that is authentic rising up in stubborn resistance?

113.   There is also the fact that people no longer seem to believe in a happy future; they no longer have blind trust in a better tomorrow based on the present state of the world and our technical abilities. There is a growing awareness that scientific and technological progress cannot be equated with the progress of humanity and history, a growing sense that the way to a better future lies elsewhere.  This is not to reject the possibilities which technology continues to offer us.  Humanity has changed profoundly, and the accumulation of constant novelties exalts a sense of fleetingness which which drags us to the surface, only in one direction.   It becomes difficult to pause and recover depth in life. If architecture reflects the spirit of an age, our megastructures and drab apartment blocks express the spirit of globalized technology, where a constant flood of new products coexists with a tedious monotony.  Let us refuse to resign ourselves to this, and continue to wonder about the purpose and meaning of everything.  Otherwise we would simply legitimate the present situation and need new forms of escapism to help us put up with the emptiness.

114.   All of this shows the urgent need for us to move forward in a bold cultural revolution.  Science and technology are not neutral; from the beginning to the end of a process, various intentions and possibilities are in play and can take on various shapes.  Nobody is suggesting a return to the Stone Age, but we do need to slow down and look at reality in a different way, to appropriate the positive and sustainable progress which has been made, but also to recover the values and the great goals swept away by our unrestrained delusions of grandeur.

III.    THE CRISIS AND EFFECTS OF MODERN ANTHROPOCENTRISM

115.   Modern anthropocentrism paradoxically ended up prizing technical thought over reality, since "the techological mind sees nature as an insensate order, as a cold body of facts, as a mere 'given', as an object of utility, as raw material to be hammered into useful shape; it views the cosmos similarly as

a mere 'space' into which objects can be thrown with complete indifference".[92]  The intrinsic dignity of the world is thus compromised.  When human beings fail to find their true place in the world, they misunderstand themselves and end up acting against themselves: "Not only has God given the earth to man, who must use it with respect for the original good purpose for which it was given, but, man too is God's gift to man.  He must therefore respect the natural and moral structure with which he has been endowed".[93]

116.    Modernity has been marked by an excessive anthropocentrism which today, under another guise, continues to stand in the way of shared understanding and of any effort to strengthen social bonds.  The time has come to pay renewed attention to reality and the limits it imposes; these in turn are the condition for a more sound and fruitful development of individuals and society.  An inadequate presentation of Christian anthropology gave rise to a wrong understanding of the relationship between human beings and the world.  Often, what was handed on was a Promethean vision of mastery over the world, which gave the impression that the protection of nature was something only the faint-hearted cared about.  Instead, our "dominion" over the universe should be understood more properly in the sense of responsible stewardship.[94]

117.    Neglecting to monitor the harm done to nature and the environmental impact of our decisions is only the most striking sign of a disregard for the message contained in the structures of nature itself.  When we fail to acknowledge as part of reality the worth of a poor person, a human embryo, a person with disabilities – to offer just a few examples – it becomes difficult to hear the cry of nature itself.  Everything is connected.  Once the human being declares independence from reality and behaves with absolute dominion, the very foundations of our life begin to crumble, for "instead of carrying out his role as a cooperator with God in the work of creation, man sets himself up in place of God and thus ends up provoking a rebellion on the part of nature".[95]

118.    This situation has led to a constant schizophrenia, in which a technocracy which sees no intrinsic value in lesser beings coexists with the other extreme, which sees no special value in human

---

[92] ROMANO GUARDINI, *Das Ende der Neuzeit*, 63 (*The End of the Modern World*, 55).
[93] JOHN PAUL II, Encyclical Letter *Centesimus Annus* (1 May 1991), 38: AAS 83 (1991), 841.
[94] Cf. *Love for Creation. An Asian Response to the Ecological Crisis*, Declaration of the Colloquium sponsored by the Federation of Asian Bishops Conferences (Tagatay, 31 January-5 February 1993), 3.3.2.
[95] JOHN PAUL II, Encyclical Letter *Centesimus Annus* (1 May 1991), 37: AAS 83 (1991), 840.

beings.  But one cannot prescind from humanity.  There can be no renewal of our relationship with nature without a renewal of humanity itself.  There can be no ecology without an adequate anthropology.  When the human person is considered as simply one being among others, the product of chance or physical determinism, "our overall sense of responsibility wanes".[96]  A misguided anthropocentrism need not necessarily yield to "biocentrism", for that would entail adding yet another imbalance, which would not only fail to solve present problems but would add new ones.  Human beings cannot be expected to feel responsibility for the world unless, at the same time, their unique abilities of knowledge, will, freedom and responsibility are recognized and esteemed.

119.   Nor must the critique of a misguided anthropocentrism underestimate the importance of interpersonal relations.  If the present ecological crisis is one small sign of the ethical, cultural and spiritual crisis of modernity, we cannot presume to heal our relationship with nature and the environment without healing all fundamental human relationships.  Christian thought sees human beings as possessing a particular dignity above other creatures; it thus inculcates esteem for each person and respect for others.  Our openness to others, each of whom is a "thou" capable of knowing, loving and entering into dialogue, remains the source of our nobility as human persons.  A correct relationship with the created world demands that we not weaken this social dimension of openness to others, and much less the transcendent dimension of our openness to the "Thou" of God.  Our relationship with the environment can never be isolated from our relationship with others and with God.  Otherwise, it would be nothing more than romantic individualism dressed up in ecological garb, locking us into a stifling immanence.

120.   Since everything is interrelated, concern for the protection of nature is also incompatible with the justification of abortion.  How can we really teach the importance of concern for other vulnerable beings, however annoying or inconvenient they may be, if we fail to protect a human embryo, even when its presence is uncomfortable and creates difficulties?  "If personal and social sensitivity towards the acceptance of the new life is lost, then other forms of acceptance that are valuable for society also wither away".[97]

---

[96] BENEDICT XVI, *Message for the 2010 World Day of Peace*, 2: AAS 102 (2010), 41.
[97] ID., Encyclical Letter *Caritas in Veritate* (29 June 2009), 28: AAS 101 (2009), 663.

121.    We need to develop a new synthesis capable of overcoming the false arguments of recent centuries.  Christianity, in fidelity to its own identity and the rich deposit of truth which it has received from Jesus Christ, continues to reflect on these issues in fruitful dialogue with changing historical situations. In doing so, it reveals its eternal newness.[98]

*Practical relativism*

122.    A misguided anthropocentrism gives place to a misguided way of life.  In the Apostolic Exhortation *Evangelii Gaudium,* I noted that the practical relativism typical of our age is "even more dangerous than doctrinal relativism".[99]  When human beings set themselves at the centre, they give absolute priority to immediate convenience and all else becomes relative.  Hence we should not be surprised to find, in conjunction with the omnipresent technocratic paradigm and the cult of unlimited human power, the rise of a relativism which sees everything as irrelevant unless it serves one's own immediate interests.  There is a logic in all this whereby different attitudes can feed on one another, leading to environmental degradation and social decay.

123.    The culture of relativism is the same disorder which drives one person to take advantage of another, to treat others as mere objects, imposing forced labour on them or enslaving them to pay their debts.  The same kind of thinking leads to the sexual exploitation of children and abandonment of the elderly who no longer serve our interests.  It is also the mindset of those who say: Let us allow the invisible forces of the market to regulate the economy, and consider their impact on society and nature as collateral damage.  In the absence of objective truths or sound principles other than the satisfaction of our own desires and immediate needs, what limits can be placed on human trafficking, organized crime, the drug trade, commerce in blood diamonds and the fur of endangered species?  Is it not the same relativistic logic which justifies buying the organs of the poor for resale or use in experimentation, or eliminating children because they are not what their parents wanted?  This same "use and throw away" logic generates so much waste, because of the disordered desire to consume more than what is really necessary.  We should not think that political efforts or the force of law will be sufficient to prevent actions which affect the environment because, when the culture itself is corrupt

---

[98] Cf. VINCENT OF LERINS, *Commonitorium Primum*, ch. 23: PL 50, 688: "Ut annis scilicet consolidetur, dilatetur tempore, sublimetur aetate".
[99] No. 80: AAS 105 (2013), 1053.

and objective truth and universally valid principles are no longer upheld, laws can only be seen as arbitrary impositions or obstacles to be avoided.

*The need to protect employment*

124.    Any approach to an integral ecology, which by definition does not exclude human beings, needs to take account of the value of labour, as Saint John Paul II wisely noted in his encyclical *Laborem Exercens*.  According to the biblical account of creation, God placed man and woman in the garden he had created (cf. *Gen* 2:15) not only to preserve it ("keep") but also to make it fruitful ("till"). Labourers and craftsmen thus "maintain the fabric of the world" (*Sir* 38:34).  Developing the created world in a prudent way is the best way of caring for it, for this means that we ourselves become the instrument used by God to bring out the potential which he himself inscribed in things: "The Lord created medicines out of the earth, and the sensible will not despise them" (*Sir* 38:4).

125.    If we reflect on the proper relationship between human beings and the world around us, we see the need for a correct understanding of work because if we talk about the relationship between human beings and things, the question arises of the meaning and purpose of human action upon reality.  This has to do not only with manual or agricultural labour but with any activity involving a modification of existing reality, from producing a social report to the design of a technological development. Underlying every form of work is a concept of the relationship which we can or must have with what is other than ourselves.  Together with the awe-filled contemplation of creation which we find in Saint Francis of Assisi, the Christian spiritual tradition has also developed a rich and balanced understanding of the meaning of work, as, for example, in the life of Blessed Charles de Foucauld and his disciples.

126.    We can also look to the great tradition of monasticism.  Originally, it was a kind of flight from the world, an escape from the decadence of the cities.  The monks sought the desert, convinced that it was the best place for encountering the presence of God.  Later, Saint Benedict of Norcia proposed that his monks live in community, combining prayer and spiritual reading with manual labour (*"ora et labora"*).  Seeing manual labour as spiritually meaningful proved revolutionary.  Personal growth and sanctification came to be sought in the interplay of recollection and work.  This way of experiencing work makes us more protective and respectful of the environment; it imbues our relationship to the world with a healthy sobriety.

127.   We are convinced that "man is the source, the focus and the aim of all economic and social life".[100]   Nonetheless, once our human capacity for contemplation and reverence is impaired, it becomes easy for the meaning of work to be misunderstood.[101]   We need to remember that men and women have "the capacity to improve their lot, to further their moral growth and to develop their spiritual endowments".[102]   Work should be the setting for this rich personal growth, where many aspects of life enter into play: creativity, planning for the future, developing our talents, living out our values, relating to others, giving glory to God.  It follows that, in the reality of today's global society, it is essential that "we continue to prioritize the goal of access to steady employment for everyone",[103] no matter the limited interests of business and dubious economic reasoning.

128.   We were created with a vocation to work.  The goal should not be that technological progress increasingly replace human work, for this would be detrimental to humanity.  Work is a necessity, part of the meaning of life on this earth, a path to growth, human development and personal fulfilment.  Helping the poor financially must always be a provisional solution in the face of pressing needs.  The broader objective should always be to allow them a dignified life through work.  Yet the orientation of the economy has favoured a kind of technological progress in which the costs of production are reduced by laying off workers and replacing them with machines.  This is yet another way in which we can end up working against ourselves.  The loss of jobs also has a negative impact on the economy "through the progressive erosion of social capital: the network of relationships of trust, dependability, and respect for rules, all of which are indispensable for any form of civil coexistence".[104]   In a word, "human costs always include economic costs, and economic dysfunctions always involve human costs".[105]   To stop investing in people, in order to gain greater short-term financial gain, is bad business for society.

129.   In order to continue providing employment, it is imperative to promote an economy which favours productive diversity and business creativity.  For example, there is a great variety of small-

---

[100] SECOND VATICAN ECUMENICAL COUNCIL, Pastoral Constitution on the Church in the Modern World *Gaudium et Spes*, 63.
[101] Cf. JOHN PAUL II, Encyclical Letter *Centesimus Annus* (1 May 1991), 37: AAS 83 (1991), 840.
[102] PAUL VI, Encyclical Letter *Populorum Progressio* (26 March 1967), 34: AAS 59 (1967), 274.
[103] BENEDICT XVI, Encyclical Letter *Caritas in Veritate* (29 June 2009), 32: AAS 101 (2009), 666.
[104] Ibid.
[105] Ibid.

scale food production systems which feed the greater part of the world's peoples, using a modest amount of land and producing less waste, be it in small agricultural parcels, in orchards and gardens, hunting and wild harvesting or local fishing.  Economies of scale, especially in the agricultural sector, end up forcing smallholders to sell their lands or to abandon their traditional crops.  Attempts by the latter to move to other, more diversified, means of production prove fruitless because of the difficulty of linkage with regional and global markets, or because the infrastructure for sales and transport is geared to larger businesses.  Civil authorities have the right and duty to adopt clear and firm measures in support of small producers and differentiated production.  To ensure an economic freedom from which all can effectively benefit, restraints occasionally have to be imposed on those possessing greater resources and financial power.  To claim economic freedom while real conditions bar many people from real access to it, and while possibilities for employment continue to shrink, is to practise a doublespeak which brings politics into disrepute.  Business is a noble vocation, directed to producing wealth and improving our world.  It can be a fruitful source of prosperity for the areas in which it operates, especially if it sees the creation of jobs as an essential part of its service to the common good.

*New biological technologies*

130.    In the philosophical and theological vision of creation which I have presented, it is clear that the human person, endowed with reason and knowledge, is not an external factor to be excluded.  While human intervention on plants and animals is permissible when it pertains to the necessities of human life, the *Catechism of the Catholic Church* teaches that experimentation on animals is morally acceptable *only* "if it remains within reasonable limits [and] contributes to caring for or saving human lives".[106]  The *Catechism* firmly states that human power has limits and that "it is contrary to human dignity to cause animals to suffer or die needlessly".[107]  All such use and experimentation "requires a religious respect for the integrity of creation".[108]

131.    Here I would recall the balanced position taken by Saint John Paul II, who stressed the benefits of scientific and technological progress as evidence of "the nobility of the human vocation to participate responsibly in God's creative action", while also noting that "we cannot interfere in one area

---

[106] *Catechism of the Catholic Church*, 2417.
[107] Ibid., 2418.
[108] Ibid., 2415.

of the ecosystem without paying due attention to the consequences of such interference in other areas".[109]   He made it clear that the Church values the benefits which result "from the study and applications of molecular biology, supplemented by other disciplines such as genetics, and its technological application in agriculture and industry".[110]   But he also pointed out that this should not lead to an "indiscriminate genetic manipulation"[111] which would ignore the negative effects of such interventions.  Human creativity cannot be suppressed. If an artist cannot be stopped from using his or her creativity, neither should those who possess particular gifts for the advancement of science and technology be prevented from using their God-given talents for the service of others.   We need constantly to rethink the goals, effects, overall context and ethical limits of this human activity which is a form of power involving considerable risks.

132.    This, then, is the correct framework for any reflection on human intervention on plants and animals, which at present includes genetic manipulation by biotechnology for the sake of exploiting the potential present in material reality.   The respect owed by faith to reason calls for close attention to what the biological sciences, through research uninfluenced by economic interests, can teach us about biological structures, their possibilities and their mutations. Any legitimate intervention will act on nature only in order "to favour its development in its own line, that of creation, as intended by God".[112]

133.    It is difficult to make a general judgement about genetic modification (GM), whether vegetable or animal, medical or agricultural, since these vary greatly among themselves and call for specific considerations.   The risks involved are not always due to the techniques used, but rather to their improper or excessive application.   Genetic mutations, in fact, have often been, and continue to be, caused by nature itself.  Nor are mutations caused by human intervention a modern  phenomenon.  The domestication of animals, the crossbreeding of species and other older and universally accepted practices can be mentioned as examples.   We need but recall that scientific developments in GM cereals began with the observation of natural bacteria which spontaneously modified plant genomes.  In nature, however, this process is slow and cannot be compared to the fast pace induced by contemporary technological advances, even when the latter build upon several centuries of scientific progress.

---

[109] *Message for the 1990 World Day of Peace*, 6: AAS 82 (1990), 150.
[110] *Address to the Pontifical Academy of Sciences* (3 October 1981), 3: *Insegnamenti* 4/2 (1981), 333.
[111] *Message for the 1990 World Day of Peace*, 7: AAS 82 (1990), 151.
[112] JOHN PAUL II, *Address to the 35th General Assembly of the World Medical Association* (29 October 1983), 6: AAS 76 (1984), 394.

134.   Although no conclusive proof exists that GM cereals may be harmful to human beings, and in some regions their use has brought about economic growth which has helped to resolve problems, there remain a number of significant difficulties which should not be underestimated.   In many places, following the introduction of these crops, productive land is concentrated in the hands of a few owners due to "the progressive disappearance of small producers, who, as a consequence of the loss of the exploited lands, are obliged to withdraw from direct production".[113]   The most vulnerable of these become temporary labourers, and many rural workers end up moving to poverty-stricken urban areas. The expansion of these crops has the effect of destroying the complex network of ecosystems, diminishing the diversity of production and affecting regional economies, now and in the future.   In various countries, we see an expansion of oligopolies for the production of cereals and other products needed for their cultivation.  Dependency would be aggravated were the production of infertile seeds to be contemplated, which would have the effect of forcing farmers to purchase them from larger producers.

135.   Certainly, these issues require constant attention and a concern for their ethical implications.  A broad, responsible scientific and social debate needs to take place, one capable of considering all the available information and of calling things by their name.   It sometimes happens that complete information is not put on the table; a selection is made on the basis of particular interests, be they politico-economic or ideological.   This makes it difficult to reach a balanced and prudent judgement on different questions, which takes into account all the pertinent variables.   Discussions are needed in which all those directly or indirectly affected (farmers, consumers, civil authorities, scientists, seed producers, people living near fumigated fields, and others) can make known their problems and concerns, and have access to adequate and reliable information in order to make decisions aimed at the common good, present and future.   This is a complex environmental issue; it calls for a comprehensive approach which would require, at the very least, greater efforts to finance various lines of independent, interdisciplinary research capable of shedding new light on the problem.

136.   On the other hand, it is troubling that, when certain ecological movements defend the integrity of the environment, rightly demanding that certain limits be imposed on scientific research, they

---

[113] EPISCOPAL COMMISSION FOR PASTORAL CONCERNS IN ARGENTINA, *Una tierra para todos* (June 2005), 19.

sometimes fail to apply those same principles to human life. There is a tendency to justify transgressing all boundaries when experimentation is carried out on living human embryos. We forget that the inalienable worth of a human person transcends his or her degree of development. When technology disregards the great ethical principles, it ends up considering any practice whatsoever as licit. As we have seen in this chapter, a technology severed from ethics will not easily be able, by itself, to limit its own power.

CHAPTER FOUR

INTEGRAL ECOLOGY

137.    Since everything is closely interrelated, and today's problems call for a vision capable of taking into account every aspect of the global crisis, I suggest that we now consider some elements of an *integral ecology*, one which clearly respects its human and social dimensions.

I.    ENVIRONMENTAL, ECONOMIC AND SOCIAL ECOLOGY

138.    Ecology studies the relationship between living organisms and the environment in which they develop.  This necessarily entails reflection and debate about the conditions required for the life and survival of society, and the honesty needed to question certain models of development, production and consumption.  It cannot be emphasized enough how everything is interconnected.  Time and space are not independent of one another, and not even atoms or subatomic particles can be considered in isolation.  Just as the different aspects of the planet – physical, chemical and biological – are interrelated, so too living species are part of a network which we will never fully explore and understand.  A good part of our genetic code is shared by many living beings.  It follows that the fragmentation of knowledge and the isolation of bits of information can actually become a form of ignorance, unless they are integrated into a broader vision of reality.

139.    When we speak of the "environment", what we really mean is a relationship existing between nature and the society which lives in it.  Nature cannot be regarded as something separate from ourselves or as a mere setting in which we live.  We are part of nature, included in it and thus in constant interaction with it.  Getting to the reasons why a given area is polluted requires a study of the workings of society, its economy, its behaviour patterns, the ways it grasps reality, and so forth.  Given the scale of change, it is no longer possible to find a specific, discrete answer for each part of the problem.  It is essential to seek comprehensive solutions which consider the interactions within natural systems themselves and with social systems.  We are not faced with two separate crises, one environmental and the other social, but rather one complex crisis which is both social and environmental.  Strategies for a solution demand an integrated approach to combating poverty, restoring dignity to the underprivileged, and at the same time protecting nature.

140.    Due to the number and variety of factors to be taken into account when determining the environmental impact of a concrete undertaking, it is essential to give researchers their due role, to facilitate their interaction, and to ensure broad academic freedom.  Ongoing research should also give us a better understanding of how different creatures relate with one another in making up the larger units which today we term "ecosystems".  We take the latter into account not only to determine how best to use them, but also because they have an intrinsic value independent of their usefulness.  Each organism, as a creature of God, is good and admirable in itself; the same is true of the harmonious ensemble of organisms existing in a determined space and functioning as a system.  Although we are often not aware of it, we depend on these larger systems for our own existence.  We need only recall how ecosystems interact in dispersing carbon dioxide, purifying water, controlling illnesses and epidemics, forming soil, breaking down waste, and in many other ways which we overlook or simply do not know about.  Once they become conscious of this, many people realize that we live and act on the basis of a reality which has previously been given to us, which precedes our existence and our abilities.  So, when we speak of "sustainable use", consideration must always be given to each ecosystem's regenerative ability in its different areas and aspects.

141.    Economic growth, for its part, tends to produce predictable reactions and a certain standardization with the aim of simplifying procedures and reducing costs.  This suggests the need for an "economic ecology" capable of appealing to a broader vision of reality.  The protection of the environment is in fact "an integral part of the development process and cannot be considered in isolation from it".[114]  We urgently need a humanism capable of bringing together the different fields of knowledge, including economics, in the service of a more integral and integrating vision.  Today, the analysis of environmental problems cannot be separated from the analysis of human, family, work-related and urban contexts, and of how individuals relate to themselves, which leads in turn to how they relate to others and to the environment.  There is an interrelation between ecosystems and between the various spheres of social interaction, demonstrating yet again that "the whole is greater than the part".[115]

---

[114] *Rio Declaration on Environment and Development* (14 June 1992), Principle 4.
[115] Apostolic Exhortation *Evangelii Gaudium* (24 November 2013), 237: AAS 105 (2013), 1116.

142.   If everything is related, then the health of a society's institutions affects the environment and the quality of human life.   "Every violation of solidarity and civic friendship harms the environment".[116]   In this sense, social ecology is necessarily institutional, and gradually extends to the whole of society, from the primary social group, the family, to the wider local, national and international communities.   Within each social stratum, and between them, institutions develop to regulate human relationships.   Anything which weakens those institutions has negative consequences, such as injustice, violence and loss of freedom.   A number of countries have a relatively low level of institutional effectiveness, which results in greater problems for their people while benefiting those who profit from this situation.   Whether in the administration of the state, the various levels of civil society, or relationships between individuals themselves, lack of respect for the law is becoming more common.   Laws may be well framed yet remain a dead letter.   Can we hope, then, that in such cases, legislation and regulations dealing with the environment will really prove effective?   We know, for example, that countries which have clear legislation about the protection of forests continue to keep silent as they watch laws repeatedly being broken.   Moreover, what takes place in any one area can have a direct or indirect influence on other areas.   Thus, for example, drug use in affluent societies creates a continual and growing demand for products imported from poorer regions, where behaviour is corrupted, lives are destroyed, and the environment continues to deteriorate.

II.   CULTURAL ECOLOGY

143.   Together with the patrimony of nature, there is also an historic, artistic and cultural patrimony which is likewise under threat.   This patrimony is a part of the shared identity of each place and a foundation upon which to build a habitable city.   It is not a matter of tearing down and building new cities, supposedly more respectful of the environment yet not always more attractive to live in.   Rather, there is a need to incorporate the history, culture and architecture of each place, thus preserving its original identity.   Ecology, then, also involves protecting the cultural treasures of humanity in the broadest sense.   More specifically, it calls for greater attention to local cultures when studying environmental problems, favouring a dialogue between scientific-technical language and the language of the people.   Culture is more than what we have inherited from the past; it is also, and above all, a

---

[116] BENEDICT XVI, Encyclical Letter *Caritas in Veritate* (29 June 2009), 51: AAS 101 (2009), 687.

living, dynamic and participatory present reality, which cannot be excluded as we rethink the relationship between human beings and the environment.

144.    A consumerist vision of human beings, encouraged by the mechanisms of today's globalized economy, has a levelling effect on cultures, diminishing an immense variety which is the heritage of all humanity.  Attempts to resolve all problems through uniform regulations or technical interventions can lead to overlooking the complexities of local problems which demand the active participation of all members of the community.  New processes taking shape cannot always fit into frameworks imported from outside; they need to be based in the local culture itself.  As the world and life are dynamic realities, so our care for the world must also be flexible and dynamic.  Merely technical solutions run the risk of addressing symptoms and not the more serious underlying problems.  There is a need to respect the rights of peoples and cultures, and to appreciate that the development of a social group presupposes an historical process which takes place within a cultural context and demands the constant and active involvement of local people *from within their proper culture*.  Nor can the notion of the quality of life be imposed from outside, for quality of life must be understood within the world of symbols and customs proper to each human group.

145.    Many intensive forms of environmental exploitation and degradation not only exhaust the resources which provide local communities with their livelihood, but also undo the social structures which, for a long time, shaped cultural identity and their sense of the meaning of life and community.  The disappearance of a culture can be just as serious, or even more serious, than the disappearance of a species of plant or animal.  The imposition of a dominant lifestyle linked to a single form of production can be just as harmful as the altering of ecosystems.

146.    In this sense, it is essential to show particular concern for indigenous communities and their cultural traditions.  They are not merely one minority among others, but should be the principal dialogue partners, especially when large projects affecting their lands are proposed.  For them, land is not a commodity but rather a gift from God and from their ancestors who rest there, a sacred space with which they need to interact if they are to maintain their identity and values. When they remain on their land, they themselves care for it best.  Nevertheless, in various parts of the world, pressure is being put on them to abandon their homelands to make room for agricultural or mining projects which are undertaken without regard for the natural and cultural degradation.

III.    ECOLOGY OF DAILY LIFE

147.    Authentic development includes efforts to bring about an integral improvement in the quality of human life, and this entails considering the setting in which people live their lives.  These settings influence the way we think, feel and act.  In our rooms, our homes, our workplaces and neighbourhoods, we use our environment as a way of expressing our identity.  We make every effort to adapt to our environment, but when it is disorderly, chaotic or saturated with noise and ugliness, such over-stimulation makes it difficut to find ourselves happy and in harmony.

148.    An admirable creativity and generosity is shown by persons and groups who respond to environmental limitations by alleviating the adverse effects of their surroundings and learning to live productively amid disorder and uncertainty.   In some places, where the façades of buildings are derelict, people show great care for the interior of their homes, or find contentment in the kindness and friendliness of their neighbours.   A wholesome social life can light up a seemingly undesirable environment.   At times a commendable human ecology is practised by the poor despite numerous hardships.  The feeling of asphixiation brought on by densely populated residential areas is countered if close and cordial relationships develop, if communities are created, if the limitations of the environment are compensated for in the interior of each person who feels held within a network of solidarity and belonging.  In this way, any place can turn from being a hell on earth into the setting for a dignified life.

149.    The extreme poverty experienced in areas lacking harmony, open spaces or potential for integration, can lead to incidents of brutality and to exploitation by criminal organizations.  In the unstable neighbourhoods of the mega-cities, the daily experience of overcrowding and social anonymity can create a sense of uprootedness which spawns antisocial behaviour and violence.  Nonetheless, I wish to insist that love always proves more powerful.  Many people in these conditions are able to weave bonds of belonging and togetherness which convert overcrowing into an experience of community in which the walls of the ego are torn down and the barriers of selfishness overcome.

This experience of a communitarian salvation often generates creative ideas for the improvement of a building or a neighbourhood.[117]

150.    Given the interrelationship between living space and human behaviour, those who design buildings, neighbourhoods, public spaces and cities, ought to draw on the various disciplines which help us to understand people's thought processes, symbolic language and ways of acting.  It is not enough to seek the beauty of design. More precious still is the service we offer to a greater beauty: people's quality of life, their adaptation to the environment, encounter and mutual assistance.  Here too, we see how important it is that urban planning always take into consideration the views of those who will live in these areas.

151.    There is also a need to protect those common areas, visual landmarks and urban landscapes which increase our sense of belonging, of rootedness, of "feeling at home" within a city which includes us and brings us together.  It is important that the different areas of a city be well integrated and that those who live there have a sense of the whole, rather than being confined to one neighbourhood and failing to see the larger city as space which they share with others.  Interventions which affect the urban or rural landscape should take into account how various elements combine to form a whole which is perceived by its inhabitants as a coherent and meaningful framework for their lives.  Others will then no longer be seen as strangers, but as part of a "we" which all of us are working to create.  For this same reason, in both urban and rural settings, it is helpful to set aside some places which can be preserved more or less intact and unchanged.

152.    Lack of housing is a grave problem in many parts of the world, both in rural zones and in large cities, since state budgets usually cover only a small part of the demand.  Not only the poor, but many other members of society as well, find it difficult to own a home.  Having a home has much to do with a sense of personal dignity and the growth of families.  This is a major issue for human ecology.  In some places, where makeshift shanty towns have sprung up, this will mean developing those neighbourhoods rather than razing them or displacing them.  When the poor live in unsanitary slums or

---

[117] Some authors have emphasized the values frequently found, for example, in the *villas*, *chabolas* or *favelas* of Latin America: cf. JUAN CARLOS SCANNONE, S.J., "La irrupción del pobre y la lógica de la gratuidad", in JUAN CARLOS SCANNONE and MARCELO PERINE (eds.), *Irrupción del pobre y quehacer filosófico. Hacia una nueva racionalidad,* Buenos Aires, 1993, 225-230.

in dangerous tenements, "in cases where it is necessary to relocate them, in order not to heap suffering upon suffering, adequate information needs to be given beforehand, with choices of decent housing offered, and the people directly involved must be part of the process".[118]  At the same time, creativity should be shown in integrating ramshackle neighbourhoods into a welcoming city: "How beautiful those cities which overcome paralyzing mistrust, integrate those who are different and make this very integration a new factor of development! How attractive are those cities which, even in their architectural design, are full of spaces which connect, relate and favour the recognition of others!"[119]

153.    The quality of life in cities has much to do with systems of transport, which are often a source of much suffering for those who use them.  Many cars, used by one or more people, circulate in cities, causing traffic congestion, raising the level of pollution, and consuming enormous quantities of non-renewable energy.  This, then, makes it necessary to build more roads and parking areas which spoil the urban landscape.  Many specialists agree on the need to give priority to public transportation.  Yet some measures needed will not prove easily acceptable to society unless substantial improvements are made in the systems themselves, which in many cities force people to put up with undignified conditions due to crowding, inconvenience, infrequent service and lack of safety.

154.    Respect for our dignity as human beings often jars with the chaotic realities of city life.  Yet this should not make us overlook the abandonment and neglect also experienced by some rural populations which lack access to essential services and where some workers are reduced to conditions of servitude, without rights or even the hope of a more dignified life.

155.    Human ecology also implies another profound reality: the relationship between human life and the moral law, which is inscribed in our nature and is necessary for the creation of a more dignified environment.  Pope Benedict XVI spoke of an "ecology of man", based on the fact that "man too has a nature that he must respect and that he cannot manipulate at will".[120]  It is enough to recognize that our body itself establishes us in a direct relationship with the environment and with other living beings. The acceptance of our bodies as God's gift is vital for welcoming and accepting the entire world as a gift from the Father and our common home, whereas thinking that we enjoy absolute power over our

---

[118] PONTIFICAL COUNCIL FOR JUSTICE AND PEACE, *Compendium of the Social Doctrine of the Church*, 482.
[119] Apostolic Exhortation *Evangelii Gaudium* (24 November 2013), 210: AAS 105 (2013), 1107.
[120] *Address to the German Bundestag*, Berlin (22 September 2011): AAS 103 (2011), 668.

own bodies turns, often subtly, into thinking that we enjoy absolute power over creation. Learning to accept our body, to care for it and to respect its fullest meaning, is an essential element of any genuine human ecology. Also, valuing one's own body in its femininity or masculinity is necessary if I am going to be able to recognize myself in an encounter with someone who is different. In this way we can joyfully accept the specific gifts of another man or woman, the work of God the creator, and find mutual enrichment. It is not a healthy attitude which would seek "to cancel out sexual difference because it no longer knows how to confront it".[121]

## IV.    THE PRINCIPLE OF THE COMMON GOOD

156.    Human ecology is inseparable from the notion of the common good, a central and unifying principle of social ethics. The common good is "the sum of those conditions of social life which allow social groups and their individual members relatively thorough and ready access to their own fulfilment".[122]

157.    Underlying the principle of the common good is respect for the human person as such, endowed with basic and inalienable rights ordered to his or her integral development. It has also to do with the overall welfare of society and the development of a variety of intermediate groups, in application of the principle of subsidiarity. Outstanding among those groups is the family, as the basic cell of society. Finally, the common good calls for social peace, the stability and security provided by a certain order which cannot be achieved without particular concern for distributive justice; whenever this is violated, violence always ensues. Society as a whole, and the state in particular, are obliged to defend and promote the common good.

158.    In the present state of global society, where injustices abound and growing numbers of people are deprived of basic human rights and considered expendable, the principle of the common good immediately becomes, logically and inevitably, a summons to solidarity and a preferential option for the poorest of our brothers and sisters. This option entails recognizing the implications of the universal destination of the world's goods, but, as I mentioned in the Apostolic Exhortation *Evangelii*

---

[121] *Catechesis* (15 April 2015): *L'Osservatore Romano*, 16 April 2015, p. 8.
[122] SECOND VATICAN ECUMENICAL COUNCIL, Pastoral Constitution on the Church in the Modern World *Gaudium et Spes*, 26.

*Gaudium*,[123] it demands before all else an appreciation of the immense dignity of the poor in the light of our deepest convictions as believers.  We need only look around us to see that, today, this option is in fact an ethical imperative essential for effectively attaining the common good.

---

[123] Cf. Nos. 186-201: AAS 105 (2013), 1098-1105.

V.    JUSTICE BETWEEN THE GENERATIONS

159.    The notion of the common good also extends to future generations.  The global economic crises have clearly demonstrated the baneful effects of disregard for our common destiny, which perforce includes those who come after us.  We can no longer speak of sustainable development apart from intergenerational solidarity. Once we start to think about the kind of world we are leaving to future generations, we look at things differently; we realize that the world is a gift which we have freely received and must share with others.  Since the world has been given to us, we can no longer view reality in a purely utilitarian way, in which efficiency and productivity are entirely geared to our individual benefit.  Intergenerational solidarity is not optional, but rather a basic question of justice, since the world we have received also belongs to those who will follow us.  The Portuguese bishops have called upon us to acknowledge this obligation of justice: "The environment is part of a logic of receptivity.  It is on loan to each generation, which must then hand it on to the next".[124]  An integral ecology is marked by this broader vision.

160.    What kind of world do we want to leave to those who come after us, to children who are now growing up?  This question does not have to do with the environment alone and in isolation; the issue cannot be approached piecemeal.  When we ask ourselves what kind of world we want to leave behind, we think in the first place of its general direction, its meaning and its values.  Unless we struggle with these deeper issues, I do not believe that our concern for ecology will produce significant results.  But if those issues are courageously faced, we are led inexorably to ask other pointed questions:  What is the purpose of our life in this world?  Why are we here?  What is the goal of our work and all our efforts?  What need does the earth have of us?  It is no longer enough, then, simply to state that we should be concerned for future generations.  We need to see that what is at stake is our own dignity.  Leaving an inhabitable planet to future generations is, first and foremost, up to us.  The issue is one which dramatically affects us, for it has to do with the ultimate meaning of our earthly sojourn.

161.    Doomsday predictions can no longer be met with irony or disdain.  We may well be leaving to coming generations debris, desolation and filth.  The pace of consumption, waste and environmental

---

[124]  PORTUGUESE BISHOPS' CONFERENCE, Pastoral Letter *Responsabilidade solidária pelo bem comum* (15 September 2003), 20.

change has so stretched the planet's capacity that our contemporary lifestyle, unsustainable as it is, can only precipitate catastrophes, such as those which even now periodically occur in different areas of the world.  The effects of the present imbalance can only be reduced by our decisive action, here and now.  We need to reflect on our accountability before those who will have to endure their dire consequences.

162.    Our difficulty in taking this challenge seriously has much to do with an ethical and cultural decline which has accompanied the deterioration of the environment.  Men and women of our postmodern world run the risk of rampant individualism, and many problems of society are connected with today's self-centred culture of instant gratification.  We see this in the crisis of family and social ties and the difficulties of recognizing the other.  Parents can be prone to impulsive and wasteful consumption, which then affects their children who find it increasingly difficult to acquire a home of their own and to build a family.  Furthermore, our inability to think seriously about future generations is linked to our inability to broaden the scope of our present interests and to think about those who remain excluded from development.  Let us not only keep the poor of the future in mind, but also consider today's poor, whose life on this earth is brief and who cannot keep on waiting.  Hence, "in addition to a fairer sense of intergenerational solidarity there is also an urgent moral need for a renewed sense of intragenerational solidarity".[125]

---

[125] BENEDICT XVI, *Message for the 2010 World Day of Peace*, 8: AAS 102 (2010), 45.

CHAPTER FIVE

LINES OF APPROACH AND ACTION

163.    So far I have attempted to take stock of our present situation, pointing to the cracks in the planet that we inhabit as well as to the profoundly human causes of environmental degradation.  Although the contemplation of this reality in itself has already shown the need for a change of direction and other courses of action, now we shall try to outline the major paths of dialogue which help us to escape the spiral of self-destruction which currently engulfs us.

I.    DIALOGUE ON THE ENVIRONMENT IN THE INTERNATIONAL COMMUNITY

164.    Beginning in the middle of the last century and overcoming many difficulties, there has been a growing conviction that our planet is a homeland and that humanity is one people living in a common home.  An interdependent world not only makes us more conscious of the negative effects of certain lifestyles and models of production and consumption which affect us all; more importantly, it motivates us to ensure that solutions are proposed from a global perspective, and not simply to defend the interests of a few countries.  Interdependence obliges us to think of *one world with a common plan*. Yet the same ingenuity which has brought about enormous technological progress has so far proved incapable of finding effective ways of dealing with grave environmental and social problems worldwide.  A global consensus is essential for confronting the deeper problems, which cannot be resolved by unilateral actions on the part of individual countries.  Such a consensus could lead, for example, to planning a sustainable and diversified agriculture, developing renewable and less polluting forms of energy, encouraging a more efficient use of energy, promoting a better management of marine and forest resources, and ensuring universal access to drinking water.

165.    We know that technology based on the use of highly polluting fossil fuels – especially coal, but also oil and, to a lesser degree, gas – needs to be progressively and replaced without delay.  Until greater progress is made in developing widely accessible sources of renewable energy, it is legitimate to choose the lesser of two evils or to find short-term solutions.  But the international community has still not reached adequate agreements about the responsibility for paying the costs of this energy transition.  In recent decades, environmental issues have given rise to considerable public debate and

have elicited a variety of committed and generous civic responses.  Politics and business have been slow to react in a way commensurate with the urgency of the challenges facing our world.  Although the post-industrial period may well be remembered as one of the most irresponsible in history, nonetheless there is reason to hope that humanity at the dawn of the twenty-first century will be remembered for having generously shouldered its grave responsibilities.

166.    Worldwide, the ecological movement has made significant advances, thanks also to the efforts of many organizations of civil society.  It is impossible here to mention them all, or to review the history of their contributions.  But thanks to their efforts, environmental questions have increasingly found a place on public agendas and encouraged more farsighted approaches.  This notwithstanding, recent World Summits on the environment have failed to live up to expectations because, due to lack of political will, they were unable to reach truly meaningful and effective global agreements on the environment.

167.    The 1992 Earth Summit in Rio de Janeiro is worth mentioning.  It proclaimed that "human beings are at the centre of concerns for sustainable development".[126]   Echoing the 1972 Stockholm Declaration, it enshrined international cooperation to care for the ecosystem of the entire earth, the obligation of those who cause pollution to assume its costs, and the duty to assess the environmental impact of given projects and works.  It set the goal of limiting greenhouse gas concentration in the atmosphere in an effort to reverse the trend of global warming.  It also drew up an agenda with an action plan and a convention on biodiversity, and stated principles regarding forests.  Although the summit was a real step forward, and prophetic for its time, its accords have been poorly implemented, due to the lack of suitable mechanisms for oversight, periodic review and penalties in case of non-compliance.  The principles which it proclaimed still await an efficient and flexible means of practical implementation.

168.    Among positive experiences in this regard, we might mention, for example, the Basel Convention on hazardous wastes, with its system of reporting, standards and controls.  There is also the binding Convention on international trade in endangered species of wild fauna and flora, which includes on-site visits for verifying effective compliance.  Thanks to the Vienna Convention for the

---

[126] *Rio Declaration on the Environment and Development* (14 June 1992), Principle 1.

protection of the ozone layer and its implementation through the Montreal Protocol and amendments, the problem of reducing that layer seems to have entered a phase of resolution.

169.    As far as the protection of biodiversity and issues related to desertification are concerned, progress has been far less significant.  With regard to climate change, the advances have been regrettably few.  Reducing greenhouse gases requires honesty, courage and responsibility, above all on the part of those countries which are more powerful and pollute the most.  The Conference of the United Nations on Sustainable Development, "Rio+20" (Rio de Janeiro 2012), issued a wide-ranging but ineffectual outcome document.  International negotiations cannot make significant progress due to positions taken by countries which place their national interests above the global common good.  Those who will have to suffer the consequences of what we are trying to hide will not forget this failure of conscience and responsibility.  Even as this Encyclical was being prepared, the debate was intensifying. We believers cannot fail to ask God for a positive outcome to the present discussions, so that future generations will not have to suffer the effects of our ill-advised delays.

170.    Some strategies for lowering pollutant gas emissions call for the internationalization of environmental costs, which would entail imposing on countries with fewer resources burdensome commitments to reducing emissions comparable to those of the more industrialized countries. Imposing such measures penalizes those countries most in need of development.  A further injustice is perpetrated under the guise of protecting the environment.  As usual, the poor end up paying the price. Furthermore, since the effects of climate change will be felt for much time to come, even if stringent measures are taken now, some countries with scarce resources will require assistance in adapting to the effects already produced, which affect their economies.  In this regard, there is a need for common and differentiated responsibilities.  As the bishops of Bolivia have stated, "the countries which have benefited from a high degree of industrialization, at the cost of enormous emissions of greenhouse gases, have a greater responsibility for providing a solution to the problems they have caused".[127]

171.    The strategy of buying and selling "carbon credits" can lead to a new form of speculation which would not help reduce the emission of polluting gases worldwide.  This system seems to provide a

---

[127] BOLIVIAN BISHOPS' CONFERENCE, Pastoral Letter on the Environment and Human Development in Bolivia *El universo, don de Dios para la vida* (March 2012), 86.

quick and easy solution, under the guise of a certain commitment to the environment, but in no way does it allow for the radical change which present circumstances require. Rather, it may simply become an expedient which permits maintaining the excessive consumption of some countries and sectors.

172.    For poor countries, the priorities must be eliminating extreme poverty and promoting the social development of their people. At the same time, they need to acknowledge the scandalous level of consumption in some privileged sectors of their population and to combat corruption more effectively. They are likewise bound to develop less polluting forms of energy production, but to do so they require the help of countries which have experienced great growth at the cost of the ongoing pollution of the planet.  Taking advantage of abundant solar energy will require the establishment of mechanisms and subsidies which allow developing countries access to technology transfer, technical assistance and financial resources, but in a way which respects their concrete situations, since "the compatibility of [infrastructures] with the context for which they have been designed is not always adequately assessed".[128]  The costs of this would be comparatively low, given the risks of climate change.  In any event, these are primarily ethical decisions, rooted in solidarity between all peoples.

173.    Enforceable international agreements are urgently needed, since local authorities are not always capable of effective intervention.   Relations between states must be respectful of each other's sovereignty, but must also lay down mutually agreed means of averting regional disasters which would eventually affect everyone.  Global regulatory norms are needed to impose obligations and prevent unacceptable actions, for example, when powerful companies dump contaminated waste or offshore polluting industries in other countires.

174.    Let us also mention the system of governance of the oceans.  International and regional conventions do exist, but fragmentation and the lack of strict mechanisms of regulation, control and penalization end up undermining these efforts.  The growing problem of marine waste and the protection of the open seas represent particular challenges.  What is needed, in effect, is an agreement on systems of governance for the whole range of so-called "global commons".

---

[128] PONTIFICAL COUNCIL FOR JUSTICE AND PEACE, *Energy, Justice and Peace,* IV, 1, Vatican City (2014), 53.

175.    The same mindset which stands in the way of making radical decisions to reverse the trend of global warming also stands in the way of achieving the goal of eliminating poverty.   A more responsible overall approach is needed to deal with both problems: the reduction of pollution and the development of poorer countries and regions.   The twenty-first century, while maintaining systems of governance inherited from the past, is witnessing a weakening of the power of nation states, chiefly because the economic and financial sectors, being transnational, tends to prevail over the political. Given this situation, it is essential to devise stronger and more efficiently organized international institutions, with functionaries who are appointed fairly by agreement among national governments, and empowered to impose sanctions.   As Benedict XVI has affirmed in continuity with the social teaching of the Church: "To manage the global economy; to revive economies hit by the crisis; to avoid any deterioration of the present crisis and the greater imbalances that would result; to bring about integral and timely disarmament, food security and peace; to guarantee the protection of the environment and to regulate migration: for all this, there is urgent need of a true world political authority, as my predecessor Blessed John XXIII indicated some years ago".[129] Diplomacy also takes on new importance in the work of developing international strategies which can anticipate serious problems affecting us all.

II.     DIALOGUE FOR NEW NATIONAL AND LOCAL POLICIES

176.    There are not just winners and losers among countries, but within poorer countries themselves. Hence different responsibilities need to be identified.   Questions related to the environment and economic development can no longer be approached only from the standpoint of differences between countries; they also call for greater attention to policies on the national and local levels.

177.    Given the real potential for a misuse of human abilities, individual states can no longer ignore their responsibility for planning, coordination, oversight and enforcement within their respective borders.   How can a society plan and protect its future amid constantly developing technological innovations?  One authoritative source of oversight and coordination is the law, which lays down rules for admissible conduct in the light of the common good.   The limits which a healthy, mature and sovereign society must impose are those related to foresight and security, regulatory norms, timely

---

[129] BENEDICT XVI, Encyclical Letter *Caritas in Veritate* (29 June 2009), 67: AAS 101 (2009).

enforcement, the elimination of corruption, effective responses to undesired side-effects of production processes, and appropriate intervention where potential or uncertain risks are involved.  There is a growing jurisprudence dealing with the reduction of pollution by business activities.  But political and institutional frameworks do not exist simply to avoid bad practice, but also to promote best practice, to stimulate creativity in seeking new solutions and to encourage individual or group initiatives.

178.    A politics concerned with immediate results, supported by a consumerist sectors of the population, is driven to produce short-term growth.  In response to electoral interests, governments are reluctant to upset the public with measures which could affect the level of consumption or create risks for foreign investment.   The myopia of power politics delays the inclusion of a farsighted environmental agenda within the overall agenda of governments.  Thus we forget that "time is greater than space",[130] that we are always more effective when we generate processes rather than holding on to positions of power.  True statecraft is manifest when, in difficult times, we uphold high principles and think of the long-term common good.  Political powers do not find it easy to assume this duty in the work of nation-building.

179.    In some places, cooperatives have developed to exploit renewable sources of energy which ensure local self-sufficiency and even the sale of surplus energy.  This simple example shows that, while the existing world order proves powerless to assume its responsibilities, local individuals and groups can make a real difference.  They are able to instil a greater sense of responsibility, a strong sense of community, a readiness to protect others, a spirit of creativity and a deep love for the land. They are also concerned about what they will eventually leave to their children and grandchildren. These values are deeply rooted in indigenous peoples.  Because the enforcement of laws is at times inadequate due to corruption, public pressure has to be exerted in order to bring about decisive political action.  Society, through non-governmental organizations and intermediate groups, must put pressure on governments to develop more rigorous regulations, procedures and controls.  Unless citizens control political power, national, regional and municipal, it will not be possible to control damage to the environment.  Local legislation can be more effective, too, if agreements exist between neighbouring communities to support the same environmental policies.

---

[130] Apostolic Exhortation *Evangelii Gaudium* (24 November 2013), 222: AAS 105 (2013), 1111.

180.   There are no uniform recipes, because each country or region has its own problems and limitations.  It is also true that political realism may call for transitional measures and technologies, so long as these are accompanied by the gradual framing and acceptance of binding commitments.  At the same time, on the national and local levels, much still needs to be done, such as promoting ways of conserving energy.  This would include favouring forms of industrial production with maximum energy efficiency and diminished use of raw materials, removing from the market products which are less energy efficient or more polluting, improving transport systems, and encouraging the construction and repair of buildings aimed at reducing their energy consumption and levels of pollution.  Political activity on the local level could also be directed to modifying consumption, developing an economy of waste disposal and recycling, protecting certain species and planning a diversified agriculture and the rotation of crops.  Agriculture in poorer regions can be improved through investment in rural infrastructures, a better organization of local or national markets, systems of irrigation, and the development of techniques of sustainable agriculture.  New forms of cooperation and community organization can be encouraged in order to defend the interests of small producers and preserve local ecosystems from destruction.  Truly, much can be done!

181.   Here, continuity is essential, because policies related to climate change and environmental protection cannot be altered with every change of government.  Results take time and demand immediate outlays which may not produce tangible effects within any one government's term.  That is why, in the absence of pressure from the public and from civic institutions, political authorities will always be reluctant to intervene, all the more when urgent needs must be met.  To take up these responsibilities and the costs they entail, politicians will inevitably clash with the mindset of short-term gain and results which dominates present-day economics and politics.  But if they are courageous, they will attest to their God-given dignity and leave behind a testimony of selfless responsibility.  A healthy politics, capable of reforming and coordinating institutions, promoting best practices and overcoming undue pressure and bureaucratic inertia, is sorely needed.  It should be added, though, that even the best mechanisms can break down when there are no worthy goals and values, or a genuine and profound humanism to serve as the basis of a noble and generous society.

III.   DIALOGUE AND TRANSPARENCY IN DECISION-MAKING

182.    An assessment of the environmental impact of business ventures and projects demands transparent political processes involving a free exchange of views.  On the other hand, the forms of corruption which conceal the actual environmental impact of a given project in exchange for favours usually produce specious agreements which fail to inform adequately and to allow for full debate.

183.    Environmental impact assessment should not come after the drawing up of a business proposition or the proposal of a particular policy, plan or programme.  It should be part of the process from the beginning, and be carried out in a way which is interdisciplinary, transparent and free of all economic or political pressure.  It should be linked to a study of working conditions and possible effects on people's physical and mental health, on the local economy and on public safety.  Economic returns can thus be forecast more realistically, taking into account potential scenarios and the eventual need for further investment to correct possible undesired effects.  A consensus should always be reached between the different stakeholders, who can offer a variety of approaches, solutions and alternatives.  The local population should have a special place at the table; they are concerned about their own future and that of their children, and can consider goals transcending immediate economic interest.  We need to stop thinking in terms of "interventions" to save the environment in favour of policies developed and debated by all interested parties.  The participation of the latter also entails being fully informed about such projects and their different risks and possibilities; this includes not just preliminary decisions but also various follow-up activities and continued monitoring.  Honesty and truth are needed in scientific and political discussions; these should not be limited to the issue of whether or not a particular project is permitted by law.

184.    In the face of possible risks to the environment which may affect the common good now and in the future, decisions must be made "based on a comparison of the risks and benefits foreseen for the various possible alternatives".[131]  This is especially the case when a project may lead to a greater use of natural resources, higher levels of emission or discharge, an increase of refuse, or significant changes to the landscape, the habitats of protected species or public spaces.  Some projects, if insufficiently studied, can profoundly affect the quality of life of an area due to very different factors such as unforeseen noise pollution, the shrinking of visual horizons, the loss of cultural values, or the effects of

---

[131] PONTIFICAL COUNCIL FOR JUSTICE AND PEACE, *Compendium of the Social Doctrine of the Church*, 469.

nuclear energy use.  The culture of consumerism, which prioritizes short-term gain and private interest, can make it easy to rubber-stamp authorizations or to conceal information.

185.    In any discussion about a proposed venture, a number of questions need to be asked in order to discern whether or not it will contribute to genuine integral development.  What will it accomplish?  Why?  Where?  When?  How?  For whom?  What are the risks?  What are the costs?  Who will pay those costs and how?  In this discernment, some questions must have higher priority.  For example, we know that water is a scarce and indispensable resource and a fundamental right which conditions the exercise of other human rights.  This indisputable fact overrides any other assessment of environmental impact on a region.

186.    The Rio Declaration of 1992 states that "where there are threats of serious or irreversible damage, lack of full scientific certainty shall not be used as a pretext for postponing cost-effective measures"[132] which prevent environmental degradation.  This precautionary principle makes it possible to protect those who are most vulnerable and whose ability to defend their interests and to assemble incontrovertible evidence is limited.  If objective information suggests that serious and irreversible damage may result, a project should be halted or modified, even in the absence of indisputable proof.  Here the burden of proof is effectively reversed, since in such cases objective and conclusive demonstrations will have to be brought forward to demonstrate that the proposed activity will not cause serious harm to the environment or to those who inhabit it.

187.    This does not mean being opposed to any technological innovations which can bring about an improvement in the quality of life.  But it does mean that profit cannot be the sole criterion to be taken into account, and that, when significant new information comes to light, a reassessment must be made, with the involvement of all interested parties.  The outcome may be a decision not to proceed with a given project, to modify it or to consider alternative proposals.

188.    There are certain environmental issues where it is not easy to achieve a broad consensus.  Here I would state once more that the Church does not presume to settle scientific questions or to replace

---

[132] *Rio Declaration on the Environment and Development* (14 June 1992), Principle 15.

politics.  But I am concerned to encourage an honest and open debate, so that particular interests or ideologies will not prejudice the common good.

IV.     POLITICS AND ECONOMY IN DIALOGUE FOR HUMAN FULFILMENT

189.     Politics must not be subject to the economy, nor should the economy be subject to the dictates of an efficiency-driven paradigm of technocracy.  Today, in view of the common good, there is urgent need for politics and economics to enter into a frank dialogue in the service of life, especially human life.  Saving banks at any cost, making the public pay the price, foregoing a firm commitment to reviewing and reforming the entire system, only reaffirms the absolute power of a financial system, a power which has no future and will only give rise to new crises after a slow, costly and only apparent recovery.  The financial crisis of 2007-08 provided an opportunity to develop a new economy, more attentive to ethical principles, and new ways of regulating speculative financial practices and virtual wealth.  But the response to the crisis did not include rethinking the outdated criteria which continue to rule the world.  Production is not always rational, and is usually tied to economic variables which assign a value to products which does not necessarily correspond to their real worth.  This frequently leads to an overproduction of some commodities, with unnecessary impact on the environment and with negative results on regional economies.[133]   The financial bubble also tends to be a productive bubble.  The problem of the real economy is not confronted with vigour, yet it is the real economy which makes possible diversification and improvement in production, helps companies to function well, and enables small and medium businesses to develop and create employment.

190.     Here too, it should always be kept in mind that "environmental protection cannot be assured solely on the basis of financial calculations of costs and benefits.  The environment is one of those goods that cannot be adequately safeguarded or promoted by market forces".[134]   Once more, we need to reject a magical conception of the market, which would suggest that problems can be solved simply by an increase in the profits of companies or individuals.  Is it realistic to hope that those who are obsessed with maximizing profits will stop to reflect on the environmental damage which they will leave behind for future generations?  Where profits alone count, there can be no thinking about the rhythms of

---

[133] Cf. MEXICAN BISHOPS' CONFERENCE, EPISCOPAL COMMISSION FOR PASTORAL AND SOCIAL CONCERNS, *Jesucristo, vida y esperanza de los indígenas e campesinos* (14 January 2008).
[134] PONTIFICAL COUNCIL FOR JUSTICE AND PEACE, *Compendium of the Social Doctrine of the Church*, 470.

nature, its phases of decay and regeneration, or the complexity of ecosystems which may be gravely upset by human intervention.  Moreover, biodiversity is considered at most a deposit of economic resources available for exploitation, with no serious thought for the real value of things, their significance for persons and cultures, or the concerns and needs of the poor.

191.    Whenever these questions are raised, some react by accusing others of irrationally attempting to stand in the way of progress and human development.  But we need to grow in the conviction that a decrease in the pace of production and consumption can at times give rise to another form of progress and development.  Efforts to promote a sustainable use of natural resources are not a waste of money, but rather an investment capable of providing other economic benefits in the medium term.  If we look at the larger picture, we can see that more diversified and innovative forms of production which impact less on the environment can prove very profitable.  It is a matter of openness to different possibilities which do not involve stifling human creativity and its ideals of progress, but rather directing that energy along new channels.

192.    For example, a path of productive development, which is more creative and better directed, could correct the present disparity between excessive technological investment in consumption and insufficient investment in resolving urgent problems facing the human family. It could generate sensible and profitable ways of reusing, revamping and recycling, and it could also improve the energy efficiency of cities.  Productive diversification gives the fullest possibilities to human ingenuity to create and innovate, while at the same time protecting the environment and creating more sources of employment.  Such creativity would be a worthy expression of our most noble human qualities, for we would be striving intelligently, boldly and responsibly to promote a sustainable and equitable development within the context of a broader concept of quality of life.  On the other hand, to find ever new ways of despoiling nature, purely for the sake of new consumer items and quick profit, would be, in human terms, unworthy, superficial and less creative.

193.    In any event, if in some cases sustainable development were to involve new forms of growth, in other cases, given the insatiable and irresponsible growth produced over many decades, we need also to think of containing growth by setting some reasonable limits and even retracing our steps before it is too late.  We know how unsustainable is the behaviour of those who constantly consume and destroy, while others are not yet able to live in a way worthy of their human dignity.  That is why the time has

come to accept decreased growth in some parts of the world, in order to provide resources for other places to experience healthy growth.  Benedict XVI has said that "technologically advanced societies must be prepared to encourage more sober lifestyles, while reducing their energy consumption and improving its efficiency".[135]

194.    For new models of progress to arise, there is a need to change "models of global development";[136] this will entail a responsible reflection on "the meaning of the economy and its goals with an eye to correcting its malfunctions and misapplications".[137]  It is not enough to balance, in the medium term, the protection of nature with financial gain, or the preservation of the environment with progress.  Halfway measures simply delay the inevitable disaster.  Put simply, it is a matter of redefining our notion of progress.  A technological and economic development which does not leave in its wake a better world and an integrally higher quality of life cannot be considered progress. Frequently, in fact, people's quality of life actually diminishes – by the deterioration of the environment, the low quality of food or the depletion of resources – in the midst of economic growth. In this context, talk of sustainable growth usually becomes a way of distracting attention and offering excuses.  It absorbs the language and values of ecology into the categories of finance and technocracy, and the social and environmental responsibility of businesses often gets reduced to a series of marketing and image-enhancing measures.

195.    The principle of the maximization of profits, frequently isolated from other considerations, reflects a misunderstanding of the very nature of the economy.  As long as production is increased, little concern is shown about whether it is at the cost of future resources or the health of the environment; as long as the clearing of a forest increases production, no one calculates the losses entailed in the desertification of the land, the harm done to biodiversity or the increased pollution.  In a word, businesses profit by calculating and paying only a fraction of the costs involved.  Yet only when "the economic and social costs of using up shared environmental resources are recognized with transparency and fully borne by those who incur them, not by other peoples or future generations",[138] can those actions be considered ethical.  Instrumental rationality, which provides a purely static

---

[135] *Message for the 2010 World Day of Peace*, 9: AAS 102 (2010), 46.
[136] Ibid.
[137] Ibid., 5: p. 43.
[138] BENEDICT XVI, Encyclical Letter *Caritas in Veritate* (29 June 2009), 50: AAS 101 (2009), 686.

analysis of realities in the service of present needs, is at work whether resources are allocated by the market or by state central planning.

196.    What happens with politics?  Let us keep in mind the principle of subsidiarity, which grants freedom to develop the capabilities present at every level of society, while also demanding a greater sense of responsibility for the common good from those who wield greater power.  Today, it is the case that some economic sectors exercise more power than states themselves.  But economics without politics cannot be justified, since this would make it impossible to favour other ways of handling the various aspects of the present crisis.  The mindset which leaves no room for sincere concern for the environment is the same mindset which lacks concern for the inclusion of the most vulnerable members of society.  For "the current model, with its emphasis on success and self-reliance, does not appear to favour an investment in efforts to help the slow, the weak or the less talented to find opportunities in life".[139]

197.    What is needed is a politics which is farsighted and capable of a new, integral and interdisciplinary approach to handling the different aspects of the crisis.  Often, politics itself is responsible for the disrepute in which it is held, on account of corruption and the failure to enact sound public policies.  If in a given region the state does not carry out its responsibilities, some business groups can come forward in the guise of benefactors, wield real power, and consider themselves exempt from certain rules, to the point of tolerating different forms of organized crime, human trafficking, the drug trade and violence, all of which then become very difficult to eradicate.  If politics shows itself incapable of breaking a perverse logic, and remains caught up in inconsequential discussions, we will continue to avoid facing the big problems of humanity.  A strategy for real change calls for rethinking processes in their entirety, for it is not enough to include a few superficial ecological considerations while failing to question the logic which underlies present-day culture.  A healthy politics needs to be able to take up this challenge.

198.    Politics and the economy tend to blame each other when it comes to poverty and the environmental degredation.  It is to be hoped that they can acknowledge their own mistakes and find forms of interaction directed to the common good.  While some are only concerned with financial gain,

---

[139] Apostolic Exortation *Evangelii Gaudium* (24 November 2013), 209: AAS 105 (2013), 1107.

and others with holding on to or increasing their power, what we are left with are conflicts or spurious agreements where the last thing either party is concerned about is caring for the environment and protecting those who are most vulnerable.  Here too, we see how true it is that "unity is greater than conflict".[140]

## V.   RELIGIONS IN DIALOGUE WITH SCIENCE

199.   It cannot be maintained that empirical science provides a complete explanation of life, the interplay of all creatures and the whole of reality.  This would be to breech the limits imposed by its own methodology.  If we reason only within the confines of the latter, little room would be left for aesthetic sensibility, poetry, or even reason's ability to grasp the ultimate meaning and purpose of things.[141]   I would add that "religious classics can prove meaningful in every age; they have an enduring power to open new horizons… Is it reasonable and enlightened to dismiss certain writings simply because they arose in the context of religious belief?"[142]  It would be quite simplistic to think that ethical principles present themselves purely in the abstract, detached from any context. Nor does the fact that they may be couched in religious language detract from their value in public debate.  The ethical principles capable of being apprehended by reason can always reappear in different guise and find expression in a variety of languages, including religious language.

200.   Any technical solution which science claims to offer will be powerless to solve the serious problems of our world if humanity loses its compass, if we lose sight of the great motivations which make it possible for us to live in harmony, to make sacrifices and to treat others well.  Believers themselves must constantly feel challenged to live in a way consonant with their faith and not to contradict it by their actions.  They need to be encouraged to be ever open to God's grace and to draw constantly from their deepest convictions about love, justice and peace.  If a mistaken understanding of

---

[140] Ibid., 228: AAS 105 (2013), 1113.
[141] Cf. Encyclical Letter *Lumen Fidei* (29 June 2013), 34: AAS 105 (2013), 577.  "Nor is the light of faith, joined to the truth of love, extraneous to the material world, for love is always lived out in body and spirit; the light of faith is an incarnate light radiating from the luminous life of Jesus.  It also illumines the material world, trusts its inherent order, and knows that it calls us to an ever widening path of harmony and understanding.  The gaze of science thus benefits from faith: faith encourages the scientist to remain constantly open to reality in all its inexhaustible richness.  Faith awakens the critical sense by preventing research from being satisfied with its own formulae and helps it to realize that nature is always greater.  By stimulating wonder before the profound mystery of creation, faith broadens the horizons of reason to shed greater light on the world which discloses itself to scientific investigation".
[142] Apostolic Exhortation *Evangelii Gaudium* (24 November 2013), 256: AAS 105 (2013), 1123.

our own principles has at times led us to justify mistreating nature, to exercise tyranny over creation, to engage in war, injustice and acts of violence, we believers should acknowledge that by so doing we were not faithful to the treasures of wisdom which we have been called to protect and preserve. Cultural limitations in different eras often affected the perception of these ethical and spiritual treasures, yet by constantly returning to their sources, religions will be better equipped to respond to today's needs.

201.    The majority of people living on our planet profess to be believers.  This should spur religions to dialogue among themselves for the sake of protecting nature, defending the poor, and building networks of respect and fraternity.  Dialogue among the various sciences is likewise needed, since each can tend to become enclosed in its own language, while specialization leads to a certain isolation and the absolutization of its own field of knowledge.  This prevents us from confronting environmental problems effectively.  An open and respectful dialogue is also needed between the various ecological movements, among which ideological conflicts are frequently encountered.  The gravity of the ecological crisis demands that we all look to the common good, embarking on a path of dialogue which demands patience, self-discipline and generosity, always keeping in mind that "realities are greater than ideas".[143]

---

[143] Ibid., 231: p. 1114.

CHAPTER SIX

ECOLOGICAL EDUCATION AND SPIRITUALITY

202.    Many things have to change course, but it is we human beings above all who need to change. We lack an awareness of our common origin, of our mutual belonging, and of a future to be shared with everyone.  This awareness can then become the basis for new convictions, attitudes and forms of life.  A great cultural, spiritual and educational challenge stands before us, and it will demand that we set out on the long path of renewal.

I.    TOWARDS A NEW LIFESTYLE

203.    Since the market tends to promote extreme consumerism in an effort to sell its products, people can easily get caught up in a whirlwind of needless buying and spending.  Compulsive consumerism is one example of how the techno-economic paradigm affects individuals.  Romano Guardini had already foreseen this: "The gadgets and technics forced upon him by the patterns of machine production and of abstract planning mass man accepts quite simply; they are the forms of life itself.  To either a greater or lesser degree mass man is convinced that his conformity is both reasonable and just".[144]  That paradigm leads people to believe that they are free as long as they have the supposed freedom to consume.  But those really free are the minority who wield economic and financial power.  Amid this confusion, postmodern humanity has not yet achieved a new self-awareness capable of offering guidance and direction, and this lack of identity is a source of anxiety.  We have too many means and only a few insubstantial ends.

204.    The current global situation engenders a feeling of instability and uncertainty, which in turn becomes "a seedbed for collective selfishness".[145]  When people become self-centred and self-enclosed, their greed increases.  The emptier a person's heart is, the more he or she needs things to buy, own and consume.  It becomes almost impossible to accept the limits imposed by reality.  In this horizon, a genuine sense of the common good also disappears.  As these attitudes become more widespread,

---

[144] ROMANO GUARDINI, *Das Ende der Neuzeit*, 9th edition, Würzburg, 1965, 66-67 (English: *The End of the Modern World*,  Wilmington, 1998, 60).

[145] JOHN PAUL II, *Message for the 1990 World Day of Peace,* 1: AAS 82 (1990), 147.

social norms are respected only to the extent that they do not clash with personal needs.  So our concern cannot be limited merely to the threat of extreme weather events, but must also extend to the catastrophic consequences of social unrest.  Obsession with a consumerist lifestyle, above all when few people are capable of maintaining it, can only lead to violence and mutual destruction.

205.    Yet all is not lost.  Human beings, while capable of the worst, are also capable of rising above themselves, choosing again what is good, and making a new start, despite their mental and social conditioning.  We are able to take an honest look at ourselves, to acknowledge our deep dissatisfaction, and to embark on new paths to authentic freedom.  No system can completely suppress our openness to what is good, true and beautiful, or our God-given ability to respond to his grace at work deep in our hearts.  I appeal to everyone throughout the world not to forget this dignity which is ours.  No one has the right to take it from us.

206.    A change in lifestyle could bring healthy pressure to bear on those who wield political, economic and social power.  This is what consumer movements accomplish by boycotting certain products.  They prove successful in changing the way businesses operate, forcing them to consider their environmental footprint and their patterns of production.  When social pressure affects their earnings, businesses clearly have to find ways to produce differently.  This shows us the great need for a sense of social responsibility on the part of consumers.  "Purchasing is always a moral – and not simply economic – act".[146]  Today, in a word, "the issue of environmental degradation challenges us to examine our lifestyle".[147]

207.    The Earth Charter asked us to leave behind a period of self-destruction and make a new start, but we have not as yet developed a universal awareness needed to achieve this.  Here, I would echo that courageous challenge: "As never before in history, common destiny beckons us to seek a new beginning…  Let ours be a time remembered for the awakening of a new reverence for life, the firm resolve to achieve sustainability, the quickening of the struggle for justice and peace, and the joyful celebration of life".[148]

---

[146] BENEDICT XVI, Encyclical Letter *Caritas in Veritate* (29 June 2009), 66: AAS 101 (2009), 699.
[147] ID., *Message for the 2010 World Day of Peace*, 11: AAS 102 (2010), 48.
[148] *Earth Charter*, The Hague (29 June 2000).

208.    We are always capable of going out of ourselves towards the other.  Unless we do this, other creatures will not be recognized in their true worth; we are unconcerned about caring for things for the sake of others; we fail to set limits on ourselves in order to avoid the suffering of others or the deterioration of our surroundings.  Disinterested concern for others, and the rejection of every form of self-centeredness and self-absorption, are essential if we truly wish to care for our brothers and sisters and for the natural environment.  These attitudes also attune us to the moral imperative of assessing the impact of our every action and personal decision on the world around us.  If we can overcome individualism, we will truly be able to develop an alternative lifestyle and bring about significant changes in society.

II.    EDUCATING   FOR   THE   COVENANT   BETWEEN   HUMANITY   AND   THE ENVIRONMENT

209.    An awareness of the gravity of today's cultural and ecological crisis must be translated into new habits.  Many people know that our current progress and the mere amassing of things and pleasures are not enough to give meaning and joy to the human heart, yet they feel unable to give up what the market sets before them.  In those countries which should be making the greatest changes in consumer habits, young people have a new ecological sensitivity and a generous spirit, and some of them are making admirable efforts to protect the environment.  At the same time, they have grown up in a milieu of extreme consumerism and affluence which makes it difficult to develop other habits.  We are faced with an educational challenge.

210.    Environmental education has broadened its goals.  Whereas in the beginning it was mainly centred on scientific information, consciousness-raising and the prevention of environmental risks, it tends now to include a critique of the "myths" of a modernity grounded in a utilitarian mindset (individualism, unlimited progress, competition, consumerism, the market without rules).  It seeks also to restore the various levels of ecological equilibrium, establishing harmony within ourselves, with others, with nature and other living creatures, and with God.  Environmental education should facilitate making that leap towards the transcendent which gives ecological ethics its deepest meaning.  It needs educators capable of developing an ethics of ecology, and helping people, through effective pedagogy, to grow in solidarity, responsibility and compassionate care.

211.    Yet this education, aimed at creating an "ecological citizenship", is at times limited to providing information, and fails to instil good habits.  The existence of laws and regulations is insufficient in the long run to curb bad conduct, even when effective means of enforcement are present.  If the laws are to bring about significant, long-lasting effects, the majority of the members of society must be adequately motivated to accept them, and personally transformed to respond.  Only by cultivating sound virtues will people be able to make a selfless ecological commitment.  A person who could afford to spend and consume more but regularly uses less heating and wears warmer clothes, shows the kind of convictions and attitudes which help to protect the environment.  There is a nobility in the duty to care for creation through little daily actions, and it is wonderful how education can bring about real changes in lifestyle.  Education in environmental responsibility can encourage ways of acting which directly and significantly affect the world around us, such as avoiding the use of plastic and paper, reducing water consumption, separating refuse, cooking only what can reasonably be consumed, showing care for other living beings, using public transport or car-pooling, planting trees, turning off unnecessary lights, or any number of other practices.  All of these reflect a generous and worthy creativity which brings out the best in human beings.  Reusing something instead of immediately discarding it, when done for the right reasons, can be an act of love which expresses our own dignity.

212.    We must not think that these efforts are not going to change the world.  They benefit society, often unbeknown to us, for they call forth a goodness which, albeit unseen, inevitably tends to spread.  Furthermore, such actions can restore our sense of self-esteem; they can enable us to live more fully and to feel that life on earth is worthwhile.

213.    Ecological education can take place in a variety of settings: at school, in families, in the media, in catechesis and elsewhere.  Good education plants seeds when we are young, and these continue to bear fruit throughout life.  Here, though, I would stress the great importance of the family, which is "the place in which life – the gift of God – can be properly welcomed and protected against the many attacks to which it is exposed, and can develop in accordance with what constitutes authentic human growth.  In the face of the so-called culture of death, the family is the heart of the culture of life".[149]  In the family we first learn how to show love and respect for life; we are taught the proper use of things, order and cleanliness, respect for the local eco-system and care for all creatures.  In the family we

---

[149] JOHN PAUL II, Encyclical Letter *Centesimus Annus* (1 May 1991), 39: AAS 83 (1991), 842.

receive an integral education, which enables us to grow harmoniously in personal maturity. In the family we learn to ask without demanding, to say "thank you" as an expression of genuine gratitude for what we have been given, to control our aggressivity and greed, and to ask forgiveness when we have caused harm. These simple gestures of heartfelt courtesy help to create a culture of shared life and respect for our surroundings.

214.    Political institutions and various other social groups are also entrusted with helping to raise people's awareness. So too is the Church. All Christian communities have an important role to play in ecological education. It is my hope that our seminaries and houses of formation will provide an education in responsible simplicity of life, in grateful contemplation of God's world, and in concern for the needs of the poor and the protection of the environment. Because the stakes are so high, we need institutions empowered to impose penalties for damage inflicted on the environment. But we also need the personal qualities of self-control and willingness to learn from one another.

215.    In this regard, "the relationship between a good aesthetic education and the maintenance of a healthy environment cannot be overlooked".[150]  By learning to see and appreciate beauty, we learn to reject self-interested pragmatism. If someone has not learned to stop and admire something beautiful, we should not be surprised if he or she treats everything as an object to be used and abused without scruple. If we want to bring about deep change, we need to realize that certain mindsets really do influence our behaviour. Our efforts at education will be inadequate and ineffectual unless we strive to promote a new way of thinking about human beings, life, society and our relationship with nature. Otherwise, the paradigm of consumerism will continue to advance, with the help of the media and the highly effective workings of the market.

III.    ECOLOGICAL CONVERSION

216.    The rich heritage of Christian spirituality, the fruit of twenty centuries of personal and communal experience, has a beautiful contribution to make to the renewal of humanity. Here, I would like to offer Christians a few suggestions for an ecological spirituality grounded in the convictions of our faith, since the teachings of the Gospel have direct consequences for our way of thinking, feeling

---

[150] ID., *Message for the 1990 World Day of Peace*, 14: AAS 82 (1990), 155.

and living.  More than in ideas or concepts as such, I am interested in how such a spirituality can motivate us to a more passionate concern for the protection of our world.  A commitment this lofty cannot be sustained by doctrine alone, without a spirituality capable of inspiring us, without an "interior impulse which encourages, motivates, nourishes and gives meaning to our individual and communal activity".[151]  Admittedly, Christians have not always appropriated and developed the spiritual treasures bestowed by God upon the Church, where the life of the spirit is not dissociated from the body or from nature or from worldly realities, but lived in and with them, in communion with all that surrounds us.

217.  "The external deserts in the world are growing, because the internal deserts have become so vast".[152]  For this reason, the ecological crisis is also a summons to profound interior conversion.  It must be said that some committed and prayerful Christians, with the excuse of realism and pragmatism, tend to ridicule expressions of concern for the environment.  Others are passive; they choose not to change their habits and thus become inconsistent.  So what they all need is an "ecological conversion", whereby the effects of their encounter with Jesus Christ become evident in their relationship with the world around them.  Living our vocation to be protectors of God's handiwork is essential to a life of virtue; it is not an optional or a secondary aspect of our Christian experience.

218.  In calling to mind the figure of Saint Francis of Assisi, we come to realize that a healthy relationship with creation is one dimension of overall personal conversion, which entails the recognition of our errors, sins, faults and failures, and leads to heartfelt repentance and desire to change.  The Australian Bishops spoke of the importance of such conversion for achieving reconciliation with creation: "To achieve such reconciliation, we must examine our lives and acknowledge the ways in which we have harmed God's creation through our actions and our failure to act.  We need to experience a conversion, or change of heart".[153]

219.  Nevertheless, self-improvement on the part of individuals will not by itself remedy the extremely complex situation facing our world today.  Isolated individuals can lose their ability and freedom to escape the utilitarian mindset, and end up prey to an unethical consumerism bereft of social

---

[151] Apostolic Exhortation *Evangelii Gaudium* (24 Nov 2013), 261: AAS 105 (2013), 1124.
[152] BENEDICT XVI, *Homily for the Solemn Inauguration of the Petrine Ministry* (24 April 2005): AAS 97 (2005), 710.
[153] AUSTRALIAN CATHOLIC BISHOPS CONFERENCE, *A New Earth – The Environmental Challenge* (2002).

or ecological awareness.  Social problems must be addressed by community networks and not simply by the sum of individual good deeds. This task "will make such tremendous demands of man that he could never achieve it by individual initiative or even by the united effort of men bred in an individualistic way.  The work of dominating the world calls for a union of skills and a unity of achievement that can only grow from quite a different attitude".[154]  The ecological conversion needed to bring about lasting change is also a community conversion.

220.    This conversion calls for a number of attitudes which together foster a spirit of generous care, full of tenderness.  First, it entails gratitude and gratuitousness, a recognition that the world is God's loving gift, and that we are called quietly to imitate his generosity in self-sacrifice and good works: "Do not let your left hand know what your right hand is doing… and your Father who sees in secret will reward you" (cf. *Mt* 6:3-4).  It also entails a loving awareness that we are not disconnected from the rest of creatures, but joined in a splendid universal communion.  As believers, we do not look at the world from without but from within, conscious of the bonds with which the Father has linked us with all beings.  By developing our individual, God-given capacities, an ecological conversion can inspire us to greater creativity and enthusiasm in resolving the world's problems and in offering ourselves to God "as a living sacrifice, holy and acceptable" (*Rom* 12:1).  We do not understand our superiority as a reason for personal glory or irresponsibile dominion, but rather as a different capacity which, in its turn, entails a serious responsibility stemming from our faith.

221.    Various convictions of our faith, developed at the beginning of this Encyclical can help us to enrich the meaning of this conversion.  These include the awareness that each creature reflects something of God and has a message to convey to us, and the security that Christ has taken unto himself this material world and now, risen, is intimately present to each being, surrounding it with his affection and penetrating it with his light.  Then too, there is the recognition that God created the world, writing into it an order and a dynamism that human beings have no right to ignore.  We read in the Gospel that Jesus says of the birds of the air that "not one of them is forgotten before God" (*Lk* 12:6). How then can we possibly mistreat them or cause them harm?  I ask all Christians to recognize and to live fully this dimension of their conversion.  May the power and the light of the grace we have received also be evident in our relationship to other creatures and to the world around us.  In this way,

---

[154] ROMANO GUARDINI, *Das Ende der Neuzeit*, 72  (*The End of the Modern World*¸ 65-66).

we will help nurture that sublime fraternity with all creation which Saint Francis of Assisi so radiantly embodied.

IV.    JOY AND PEACE

222.    Christian spirituality proposes an alternative understanding of the quality of life, and encourages a prophetic and contemplative lifestyle, one capable of deep enjoyment free of the obsession with consumption.  We need to take up an ancient lesson, found in different religious traditions and also in the Bible.  It is the conviction that "less is more".  A constant flood of new consumer goods can baffle the heart and prevent us from cherishing each thing and each moment.  To be serenely present to each reality, however small it may be, opens us to much greater horizons of understanding and personal fulfilment.  Christian spirituality proposes a growth marked by moderation and the capacity to be happy with little.  It is a return to that simplicity which allows us to stop and appreciate the small things, to be grateful for the opportunities which life affords us, to be spiritually detached from from what we possess, and not to succumb to sadness for what we lack.  This implies avoiding the dynamic of dominion and the mere accumulation of pleasures.

223.    Such sobriety, when lived freely and consciously, is liberating.  It is not a lesser life or one lived with less intensity. On the contrary, it is a way of living life to the full.  In reality, those who enjoy more and live better each moment are those who have given up dipping here and there, always on the look-out for what they do not have.  They experience what it means to appreciate each person and each thing, learning familiarity with the simplest things and how to enjoy them.  So they are able to shed unsatisfied needs, reducing their obsessiveness and weariness.  Even living on little, they can live a lot, above all when they cultivate other pleasures and find satisfaction in fraternal encounters, in service, in developing their gifts, in music and art, in contact with nature, in prayer.  Happiness means knowing how to limit some needs which only diminish us, and being open to the many different possibilities which life can offer.

224.    Sobriety and humility did not enjoy high esteem in the last century.  And yet, when there is a general breakdown in the exercise of a certain virtue in personal and social life, it ends up causing a number of imbalances, including environmental ones.  That is why it is no longer enough to speak only of the integrity of ecosystems.  We have to dare to speak of the integrity of human life, of the need to awaken and unify all the great values.  Once we lose our humility, and become enthralled with the possibility of limitless mastery over everything, we inevitably end up harming society and the environment.  It is not easy to promote this kind of healthy humility or happy sobriety when we

consider ourselves autonomous, when we exclude God from our lives or replace him with our own ego, and think that our subjective feelings can define what is right and what is wrong.

225.    On the other hand, no one can cultivate a sober and satisfying life without being at peace with him or herself.  An adequate understanding of spirituality consists in filling out what we mean by peace, which is much more than the absence of war.  Interior peace is closely related to care for ecology and for the common good because, lived out authentically, it is reflected in a balanced lifestyle united with a capacity for wonder which takes us to a deeper understanding of life.  Nature is filled with words of love, but how can we listen to them amid constant noise, interminable and nerve-wracking distractions, or the cult of appearances?  Many people today sense a profound imbalance which drives them to frenetic activity and makes them feel busy, in a constant hurry which in its turn leads them to ride rough-shod over everything around them.  This too affects how they treat the environment.  An integral ecology includes taking time to recover a serene harmony with creation, reflecting on our lifestyle and our ideals, and contemplating the Creator who lives among us and surrounds us, whose presence "must not be contrived but found, uncovered".[155]

226.    We are speaking of an attitude of the heart, one which approaches life with serene attentiveness, which is capable of being fully present to someone without thinking of what comes next, which accepts each moment as a gift from God to be lived to the full.  Jesus taught us this attitude when he invited us to contemplate the lilies of the field and the birds of the air, or when, seeing the rich young man and knowing his restlessness, "he looked at him with love" (*Mk* 10:21).  He was completely present to everyone and to everything, and in this way he showed us the way to overcome that unhealthy anxiety which makes us superficial, aggressive and compulsive consumers.

227.    One expression of this attitude is when we stop and give thanks to God before and after meals. I ask all believers to return to this beautiful and meaningful custom.  That moment of blessing, however brief, reminds us of our dependence on God for life; it strengthens our feeling of gratitude for the gifts of creation; it acknowledges those who by their labours provide us with these goods; and it reaffirms our solidarity with those in greatest need.

---

[155] Apostolic Exhortation *Evangelii Gaudium* (24 November 2013), 71: AAS 105 (2013), 1050.

V.     CIVIC AND POLITICAL LOVE

228.     Care for nature is part of a lifestyle which includes the capacity for living together and communion.  Jesus reminded us that we have God as our common Father and that this makes us brothers and sisters.  Fraternal love can only be gratuitous; it can never be a means of repaying others for what they have done or will do for us.  That is why it is possible to love our enemies.  This same gratuitousness inspires us to love and accept the wind, the sun and the clouds, even though we cannot control them.  In this sense, we can speak of a "universal brother- and sister-hood".

229.     We must regain the conviction that we need one another, that we have a shared responsibility for others and the world, and that being good and decent are worth it.  We have had enough of immorality and the mockery of ethics, goodness, faith and honesty. It is time to acknowledge that lighthearted superficiality has done us no good.  When the foundations of social life are corroded, what ensues are battles over conflicting interests, new forms of violence and brutality, and obstacles to the growth of a genuine culture of care for the environment.

230.     Saint Therese of Lisieux invites us to practise the little way of love, not to miss out on a kind word, a smile or any small gesture which sows peace and friendship.  An integral ecology is also made up of simple daily gestures which break with the logic of violence, exploitation and selfishness.  In the end, a world of exacerbated consumption is at the same time a world which mistreats life in all its forms.

231.     Love, overflowing with small gestures of mutual care, is also civic and political, and it makes itself felt in every action that seeks to build a better world. Love for society and commitment to the common good are outstanding expressions of a charity which affects not only relationships between individuals but also "macro-relationships, social, economic and political ones".[156]  That is why the Church set before the world the ideal of a "civilization of love".[157]  Social love is the key to authentic development: "In order to make society more human, more worthy of the human person, love in social life – political, economic and cultural – must be given renewed value, becoming the constant and

---

[156] BENEDICT XVI, Encyclical Letter *Caritas in Veritate* (29 June 2009) 2: AAS 101 (2009) 642.
[157] PAUL VI, *Message for the 1977 World Day of Peace*: AAS 68 (1976), 709.

highest norm for all activity".[158]   In this framework, along with the importance of little everyday gestures, social love moves us to devise larger strategies to halt environmental degradation and to encourage a "culture of care" which permeates all of society.  When we feel that God is calling us to intervene with others in these social dynamics, we should realize that this too is part of our spirituality, which is an exercise of charity and, as such, matures and sanctifies us.

232.    Not everyone is called to engage directly in political life.  Society is also enriched by a countless array of organizations which work to promote the common good and to defend the environment, whether natural or urban.  Some, for example, show concern for a public place (a building, a fountain, an abandoned monument, a landscape, a square), and strive to protect, restore, improve or beautify it as something belonging to everyone.  Around these community actions, relationships develop or are recovered and a new social fabric emerges.  Thus, a community can break out of the indifference induced by consumerism.  These actions cultivate a shared identity, with a story which can be remembered and handed on.  In this way, the world, and the quality of life of the poorest, are cared for, with a sense of solidarity which is at the same time aware that we live in a common home which God has entrusted to us.  These community actions, when they express self-giving love, can also become intense spiritual experiences.

VI.    SACRAMENTAL SIGNS AND THE CELEBRATION OF REST

233.    The universe unfolds in God, who fills it completely.  Hence, there is a mystical meaning to be found in a leaf, in a mountain trail, in a dewdrop, in a poor person's face.[159]  The ideal is not only to pass from the exterior to the interior to discover the action of God in the soul, but also to discover God in all things.  Saint Bonaventure teaches us that "contemplation deepens the more we feel the working of God's grace within our hearts, and the better we learn to encounter God in creatures outside ourselves".[160]

---

[158] PONTIFICAL COUNCIL FOR JUSTICE AND PEACE, *Compendium of the Social Doctrine of the Church*, 582.

[159]  The spiritual writer ʿAli al-Khawas stresses from his own experience the need not to put too much distance between the creatures of the world and the interior experience of God.  As he puts it: "Prejudice should not have us criticize those who seek ecstasy in music or poetry.  There is a subtle mystery in each of the movements and sounds of this world.  The initiate will capture what is being said when the wind blows, the trees sway, water flows, flies buzz, doors creak, birds sing, or in the sound of strings or flutes, the sighs of the sick, the groans of the afflicted..." (EVA DE VITRAY-MEYEROVITCH [ed.], *Anthologie du soufisme,* Paris 1978, 200).

[160] *In II Sent.*, 23, 2, 3.

234.    Saint John of the Cross taught that all the goodness present in the realities and experiences of this world "is present in God eminently and infinitely, or more properly, in each of these sublime realities is God".[161]  This is not because the finite things of this world are really divine, but because the mystic experiences the intimate connection between God and all beings, and thus feels that "all things are God".[162]  Standing awestruck before a mountain, he or she cannot separate this experience from God, and perceives that the interior awe being lived has to be entrusted to the Lord: "Mountains have heights and they are plentiful, vast, beautiful, graceful, bright and fragrant.  These mountains are what my Beloved is to me.  Lonely valleys are quiet, pleasant, cool, shady and flowing with fresh water; in the variety of their groves and in the sweet song of the birds, they afford abundant recreation and delight to the senses, and in their solitude and silence, they refresh us and give rest.  These valleys are what my Beloved is to me".[163]

235.    The Sacraments are a privileged way in which nature is taken up by God to become a means of mediating supernatural life.  Through our worship of God, we are invited to embrace the world on a different plane.  Water, oil, fire and colours are taken up in all their symbolic power and incorporated in our act of praise.  The hand that blesses is an instrument of God's love and a reflection of the closeness of Jesus Christ, who came to accompany us on the journey of life.  Water poured over the body of a child in Baptism is a sign of new life.  Encountering God does not mean fleeing from this world or turning our back on nature.  This is especially clear in the spirituality of the Christian East.  "Beauty, which in the East is one of the bestloved names expressing the divine harmony and the model of humanity transfigured, appears everywhere: in the shape of a church, in the sounds, in the colours, in the lights, in the scents".[164]  For Christians, all the creatures of the material universe find their true meaning in the incarnate Word, for the Son of God has incorporated in his person part of the material world, planting in it a seed of definitive transformation.  "Christianity does not reject matter.  Rather, bodiliness is considered in all its value in the liturgical act, whereby the human body is disclosed in its

---

[161] *Cántico Espiritual*, XIV, 5.
[162] Ibid.
[163] Ibid., XIV, 6-7.
[164] JOHN PAUL II, Apostolic Letter *Orientale Lumen* (2 May 1995), 11: AAS 87 (1995), 757.

inner nature as a temple of the Holy Spirit and is united with the Lord Jesus, who himself took a body for the world's salvation".[165]

236.    It is in the Eucharist that all that has been created finds its greatest exaltation.  Grace, which tends to manifest itself tangibly, found unsurpassable expression when God himself became man and gave himself as food for his creatures.  The Lord, in the culmination of the mystery of the Incarnation, chose to reach our intimate depths through a fragment of matter.  He comes not from above, but from within, he comes that we might find him in this world of ours.  In the Eucharist, fullness is already achieved; it is the living centre of the universe, the overflowing core of love and of inexhaustible life. Joined to the incarnate Son, present in the Eucharist, the whole cosmos gives thanks to God.  Indeed the Eucharist is itself an act of cosmic love: "Yes, cosmic!  Because even when it is celebrated on the humble altar of a country church, the Eucharist is always in some way celebrated on the altar of the world".[166]  The Eucharist joins heaven and earth; it embraces and penetrates all creation.  The world which came forth from God's hands returns to him in blessed and undivided adoration: in the bread of the Eucharist, "creation is projected towards divinization, towards the holy wedding feast, towards unification with the Creator himself".[167]  Thus, the Eucharist is also a source of light and motivation for our concerns for the environment, directing us to be stewards of all creation.

237.    On Sunday, our participation in the Eucharist has special importance.  Sunday, like the Jewish Sabbath, is meant to be a day which heals our relationships, with God, with ourselves, with others and with the world.  Sunday is the day of the Resurrection, the "first day" of the new creation, whose first fruits are the Lord's risen humanity, the pledge of the final transfiguration of all created reality.  It also proclaims "man's eternal rest in God".[168]  In this way, Christian spirituality incorporates the value of relaxation and festivity.   We tend to demean contemplative rest as something unproductive and unnecessary, but this is to do away with the very thing which is most important about work: its meaning.  We are called to include in our work a dimension of receptivity and gratuity, which is quite different from mere inactivity. Rather, it is another way of working, which forms part of our very essence. It protects human action from becoming empty activism; it also prevents that unfettered greed

---

[165] Ibid.
[166] ID., Encyclical Letter *Ecclesia de Eucharistia* (17 April 2003), 8: AAS 95 (2003), 438.
[167] BENEDICT XVI, *Homily for the Mass of Corpus Domini* (15 June 2006): AAS 98 (2006), 513.
[168] *Catechism of the Catholic Church*, 2175.

and sense of isolation which make us seek personal gain to the detriment of all else.  The law of weekly rest forbade work on the seventh day, "so that your ox and your donkey may have rest, and the son of your maidservant, and the stranger, may be refreshed" (*Ex* 23:12).  Rest opens our eyes to the larger picture and gives us renewed sensitivity to the rights of others.  And so the day of rest, centred on the Eucharist, sheds it light on the whole week, and motivates us to greater concern for nature and the poor.

## VII.   THE TRINITY AND THE RELATIONSHIP BETWEEN CREATURES

238.    The Father is the ultimate source of everything, the loving and self-communicating foundation of everything that exists.  The Son, his reflection, through whom all things were created, united himself to this earth when he was formed in the womb of Mary.  The Spirit, infinite bond of love, is intimately present at the very heart of the universe, inspiring and binging new pathways. The world was created by the three Persons acting as a single divine principle, but each one of them performed this common work in accordance with his own personal property.  Consequently, "when we contemplate with wonder the universe in all its grandeur and beauty, we must praise the whole Trinity".[169]

239.    For Christians, believing in one God who is trinitarian communion, suggests that the Trinity has left its mark on all creation.  Saint Bonaventure went so far as to say that human beings, before sin, were able to see how each creature "testifies that God is three".  The reflection of the Trinity was there to be recognized in nature "when that book was open to man and our eyes had not yet become darkened".[170]   The Franciscan saint teaches us that *each creature bears in itself a specifically Trinitarian structure*, so real that it could be readily contemplated if only the human gaze were not so partial, dark and fragile.  In this way, he points out to us the challenge of trying to read reality in a Trinitarian key.

240.    The divine Persons are subsistent relations, and the world, created according to the divine model, is a web of relationships.  Creatures tend towards God, and in turn it is proper to every living being to tend towards other things, so that throughout the universe we can find any number of constant and secretly interwoven relationships.[171]   This leads us not only to marvel at the manifold connections

[169] JOHN PAUL II, *Catechesis* (2 August 2000), 4: *Insegnamenti* 23/2 (2000), 112.
[170] *Quaest. Disp. de Myst. Trinitatis*, 1, 2 concl.
[171] Cf. THOMAS AQUINAS, *Summa Theologiae,* I, q. 11, art. 3; q. 21, art. 1, ad 3; q. 47, art. 3.

existing among creatures, but also to discover a key to our own fulfilment.  The human person grows more, matures more and is sanctified more to the extent that he or she enters into relationships, going out from themselves to live in communion with God, with others and with all creatures.  In this way, they make their own that Trinitarian dynamism which God imprinted in them when they were created.  Everything is interconnected, and this invites us to develop a spirituality of that global solidarity which flows from the mystery of the Trinity.

## VIII.   QUEEN OF ALL CREATION

241.    Mary, the Mother who cared for Jesus, now cares with maternal affection and pain for this wounded world.  Just as her transfixed heart mourned the death of Jesus, so now she grieves for the sufferings of the crucified poor and for the creatures of this world laid waste by human power.  Completely transfigured, she now lives with Jesus, and all creatures sing of her fairness.  She is the Woman, "clothed in the sun, with the moon under her feet, and on her head a crown of twelve stars" (*Rev* 12:1).  Carried up into heaven, she is the Mother and Queen of all creation.  In her glorified body, together with the Risen Christ, part of creation has reached the fullness of its beauty.  She treasures the entire life of Jesus in her heart (cf. *Lk* 2:19,51), and now understands the meaning of all things.  Hence, we can ask her to enable us to look at this world with eyes of wisdom.

242.    At her side in the Holy Family of Nazareth, stands the figure of Saint Joseph.  Through his work and generous presence, he cared for and defended Mary and Jesus, delivering them from the violence of the unjust by bringing them to Egypt.  The Gospel presents Joseph as a just man, hard-working and strong.  But he also shows great tenderness, which is not a mark of the weak but of those who are genuinely strong, fully aware of reality and ready to love and serve in humility.  That is why he was proclaimed custodian of the universal Church.  He too can teach us how to show care; he can inspire us to work with generosity and tenderness in protecting this world which God has entrusted to us.

## IX.   BEYOND THE SUN

243.    At the end, we will find ourselves face to face with the infinite beauty of God (cf. *1 Cor* 13:12), and be able to read with admiration and happiness the mystery of the universe, which with us will share in unending plenitude.  Even now we are journeying towards the sabbath of eternity, the new

Jerusalem, towards our common home in heaven.  Jesus says: "I make all things new" (*Rev* 21:5). Eternal life will be a shared experience of awe, in which each creature, resplendently transfigured, will take its rightful place and have something to give those poor men and women who will have been liberated once and for all.

244.    In the meantime, we come together to take charge of this home which has been entrusted to us, knowing that all the good which exists here will be taken up into the heavenly feast.  In union with all creatures, we journey through this land seeking God, for "if the world has a beginning and if it has been created, we must enquire who gave it this beginning, and who was its Creator".[172]  Let us sing as we go.  May our struggles and our concern for this planet never take away the joy of our hope.

245.    God, who calls us to generous comitment and to give him our all, offers us the light and the strength needed to continue on our way.  In the heart of this world, the Lord of life, who loves us so much, is always present.  He does not abandon us, he does not leave us alone, for he has united himself definitively to our earth, and his love constantly impels us to find new ways forward.  *Praise be to him*!

* * * * *

246.    At the conclusion of this lengthy reflection which has been both joyful and troubling, I propose that we offer two prayers.  The first we can share with all who believe in a God who is the all-powerful Creator, while in the other we Christians ask for inspiration to take up the commitment to creation set before us by the Gospel of Jesus.

*A prayer for our earth*

All-powerful God, you are present in the whole universe
and in the smallest of your creatures.
You embrace with your tenderness all that exists.
Pour out upon us the power of your love,
that we may protect life and beauty.

---

[172] BASIL THE GREAT, *Hom. in Hexaemeron*, I, 2, 6: PG 29, 8.

Fill us with peace, that we may live
as brothers and sisters, harming no one.
O God of the poor,
help us to rescue the abandoned and forgotten of this earth,
so precious in your eyes.
Bring healing to our lives,
that we may protect the world and not prey on it,
that we may sow beauty, not pollution and destruction.
Touch the hearts
of those who look only for gain
at the expense of the poor and the earth.
Teach us to discover the worth of each thing,
to be filled with awe and contemplation,
to recognize that we are profoundly united
with every creature
as we journey towards your infinite light.
We thank you for being with us each day.
Encourage us, we pray, in our struggle
for justice, love and peace.

*A Christian prayer in union with creation*

Father, we praise you with all your creatures.
They came forth from your all-powerful hand;
they are yours, filled with your presence and your tender love.
Praise be to you!

Son of God, Jesus,
through you all things were made.
You were formed in the womb of Mary our Mother,
you became part of this earth,
and you gazed upon this world with human eyes.
Today you are alive in every creature
in your risen glory.
Praise be to you!

Holy Spirit, by your light
you guide this world towards the Father's love
and accompany creation as it groans in travail.
You also dwell in our hearts
And you inspire us to do what is good.
Praise be to you!

Triune Lord, wondrous community of infinite love,
teach us to contemplate you
in the beauty of the universe,
for all things speak of you.
Awaken our praise and thankfulness
for every being that you have made.
Give us the grace to feel profundly joined
to everything that is.

God of love, show us our place in this world

as channels of your love

for all the creatures of this earth,

for not one of them is forgotten in your sight.

Enlighten those who possess power and money

that they may avoid the sin of indifference,

that they may love the common good, advance the weak,

and care for this world in which we live.

The poor and the earth are crying out.

O Lord, seize us with your power and light,

help us to protect all life,

to prepare for a better future,

for the coming of your Kingdom

of justice, peace, love and beauty.

Praise be to you!

Amen.


Given in Rome at Saint Peter's on 24 May, the Solemnity of Pentecost, in the year 2015, the third of my Pontificate.

TABLE OF CONTENTS

LAUDATO SI', MI' SIGNORE [1-2]
      Nothing in this world is indifferent to us [3-6]
      United by the same concern [7-9]
      Saint Francis of Assisi [10-12]
      My appeal [13-16]

CHAPTER ONE
WHAT IS HAPPENING TO OUR COMMON HOME [17-61]

I.     POLLUTION AND CLIMATE CHANGE [20-26]
      Pollution, refuse and the culture of waste [20-22]
      Climate as a common good [23-26]
II.    THE ISSUE OF WATER [27-31]
III.   LOSS OF BIODIVERSITY [32-42]
IV.   DECLINE IN THE QUALITY OF HUMAN LIFE
      AND THE BREAKDOWN OF SOCIETY [43-47]
V.    GLOBAL INEQUALITY [48-52]
VI.   WEAK RESPONSES [53-59]
VII.  A VARIETY OF OPINIONS [60-61]

CHAPTER TWO
THE GOSPEL OF CREATION [62-100]
I.     THE LIGHT OFFERED BY FAITH [63-64]
II.    THE WISDOM OF THE BIBLICAL ACCOUNTS [65-75]
III.   THE MYSTERY OF THE UNIVERSE [76-83]
IV.   THE MESSAGE OF EACH CREATURE
      IN THE HARMONY OF CREATION [84-88]
V.    A UNIVERSAL COMMUNION [89-92]
VI.   THE COMMON DESTINATION OF GOODS [93-95]
VII.  THE GAZE OF JESUS [96-100]

CHAPTER THREE

THE HUMAN ROOTS OF THE ECOLOGICAL CRISIS [101-136]
I.     TECHNOLOGY: CREATIVITY AND POWER [102-105]
II.    THE GLOBALIZATION OF THE TECHNOCRATIC PARADIGM [106-114]
III.   THE CRISIS AND EFFECTS OF MODERN ANTHROPOCENTRISM [115-121]
      Practical relativism [122-123]
      The need to protect employment [124-129]
      New biological technologies [130-136]

CHAPTER FOUR
INTEGRAL ECOLOGY [137-162]

I.      ENVIRONMENTAL, ECONOMIC AND SOCIAL ECOLOGY [138-142]
II.     CULTURAL ECOLOGY [143-146]
III.    ECOLOGY OF  DAILY LIFE [147-155]
IV.     THE PRINCIPLE OF THE COMMON GOOD [156-158]
V.      JUSTICE BETWEEN THE GENERATIONS [159-162]

CHAPTER FIVE
LINES OF APPROACH AND ACTION [163-201]

I.      DIALOGUE ON THE ENVIRONMENT
        IN THE INTERNATIONAL COMMUNITY [164-175]
II.     DIALOGUE FOR NEW NATIONAL AND LOCAL POLICIES [176-181]
III.    DIALOGUE AND TRANSPARENCY IN DECISION-MAKING [182-188]
IV.     POLITICS AND ECONOMY IN DIALOGUE FOR HUMAN FULFILMENT [189-198]
V.      RELIGIONS IN DIALOGUE WITH SCIENCE [199-201]

CHAPTER SIX
ECOLOGICAL EDUCATION AND SPIRITUALITY [202-246]

I.      TOWARDS A NEW LIFESTYLE [203-208]
II.     EDUCATING   FOR   THE   COVENANT   BETWEEN   HUMANITY   AND   THE
        ENVIRONMENT [209-215]
III.    ECOLOGICAL CONVERSION [216-221]
IV.     JOY AND PEACE [222-227]
V.      CIVIC AND POLITICAL LOVE [228-232]
VI.     SACRAMENTAL SIGNS AND THE CELEBRATION OF REST [233-237]
VII.    THE TRINITY AND RELATIONSHIPS BETWEEN CREATURES [238-240]
VIII.   QUEEN OF ALL CREATION [241-242]
IX.     BEYOND THE SUN [243-246]
                *A prayer for our earth*
                *A Christian prayer in union with creation*

# EXHIBIT D

# World Scientists' Warning of a Climate Emergency

WILLIAM J. RIPPLE, CHRISTOPHER WOLF, THOMAS M. NEWSOME, PHOEBE BARNARD, WILLIAM R. MOOMAW,
AND 11,258 SCIENTIST SIGNATORIES FROM 153 COUNTRIES (LIST IN SUPPLEMENTAL FILE S1)

Downloaded from https://academic.oup.com/bioscience/advance-article-abstract/doi/10.1093/biosci/biz088/5610806 by guest on 17 November 2019

**S**cientists have a moral obligation to clearly warn humanity of any catastrophic threat and to "tell it like it is." On the basis of this obligation and the graphical indicators presented below, we declare, with more than 11,000 scientist signatories from around the world, clearly and unequivocally that planet Earth is facing a climate emergency.

Exactly 40 years ago, scientists from 50 nations met at the First World Climate Conference (in Geneva 1979) and agreed that alarming trends for climate change made it urgently necessary to act. Since then, similar alarms have been made through the 1992 Rio Summit, the 1997 Kyoto Protocol, and the 2015 Paris Agreement, as well as scores of other global assemblies and scientists' explicit warnings of insufficient progress (Ripple et al. 2017). Yet greenhouse gas (GHG) emissions are still rapidly rising, with increasingly damaging effects on the Earth's climate. An immense increase of scale in endeavors to conserve our biosphere is needed to avoid untold suffering due to the climate crisis (IPCC 2018).

Most public discussions on climate change are based on global surface temperature only, an inadequate measure to capture the breadth of human activities and the real dangers stemming from a warming planet (Briggs et al. 2015). Policymakers and the public now urgently need access to a set of indicators that convey the effects of human activities on GHG emissions and the consequent impacts on climate, our environment, and society. Building on prior work (see supplemental file S2), we present a suite of graphical vital signs of climate change over the last 40 years for human activities that can affect GHG emissions and change the climate (figure 1), as well

as actual climatic impacts (figure 2). We use only relevant data sets that are clear, understandable, systematically collected for at least the last 5 years, and updated at least annually.

The climate crisis is closely linked to excessive consumption of the wealthy lifestyle. The most affluent countries are mainly responsible for the historical GHG emissions and generally have the greatest per capita emissions (table S1). In the present article, we show general patterns, mostly at the global scale, because there are many climate efforts that involve individual regions and countries. Our vital signs are designed to be useful to the public, policymakers, the business community, and those working to implement the Paris climate agreement, the United Nations' Sustainable Development Goals, and the Aichi Biodiversity Targets.

Profoundly troubling signs from human activities include sustained increases in both human and ruminant livestock populations, per capita meat production, world gross domestic product, global tree cover loss, fossil fuel consumption, the number of air passengers carried, carbon dioxide ($CO_2$) emissions, and per capita $CO_2$ emissions since 2000 (figure 1, supplemental file S2). Encouraging signs include decreases in global fertility (birth) rates (figure 1b), decelerated forest loss in the Brazilian Amazon (figure 1g), increases in the consumption of solar and wind power (figure 1h), institutional fossil fuel divestment of more than US\$7 trillion (figure 1j), and the proportion of GHG emissions covered by carbon pricing (figure 1m). However, the decline in human fertility rates has substantially slowed during the last 20 years (figure 1b), and the pace of

forest loss in Brazil's Amazon has now started to increase again (figure 1g). Consumption of solar and wind energy has increased 373% per decade, but in 2018, it was still 28 times smaller than fossil fuel consumption (combined gas, coal, oil; figure 1h). As of 2018, approximately 14.0% of global GHG emissions were covered by carbon pricing (figure 1m), but the global emissions-weighted average price per tonne of carbon dioxide was only around US\$15.25 (figure 1n). A much higher carbon fee price is needed (IPCC 2018, section 2.5.2.1). Annual fossil fuel subsidies to energy companies have been fluctuating, and because of a recent spike, they were greater than US\$400 billion in 2018 (figure 1o).

Especially disturbing are concurrent trends in the vital signs of climatic impacts (figure 2, supplemental file S2). Three abundant atmospheric GHGs ($CO_2$, methane, and nitrous oxide) continue to increase (see figure S1 for ominous 2019 spike in $CO_2$), as does global surface temperature (figure 2a–2d). Globally, ice has been rapidly disappearing, evidenced by declining trends in minimum summer Arctic sea ice, Greenland and Antarctic ice sheets, and glacier thickness worldwide (figure 2e–2h). Ocean heat content, ocean acidity, sea level, area burned in the United States, and extreme weather and associated damage costs have all been trending upward (figure 2i–2n). Climate change is predicted to greatly affect marine, freshwater, and terrestrial life, from plankton and corals to fishes and forests (IPCC 2018, 2019). These issues highlight the urgent need for action.

Despite 40 years of global climate negotiations, with few exceptions, we have generally conducted business

Downloaded from https://academic.oup.com/bioscience/advance-article-abstract/doi/10.1093/biosci/biz088/5610806 by guest on 17 November 2019



**Figure 1. *Change in global human activities from 1979 to the present. These indicators are linked at least in part to climate change. In panel (f), annual tree cover loss may be for any reason (e.g., wildfire, harvest within tree plantations, or conversion of forests to agricultural land). Forest gain is not involved in the calculation of tree cover loss. In panel (h), hydroelectricity and nuclear energy are shown in figure S2. The rates shown in panels are the percentage changes per decade across the entire range of the time series. The annual data are shown using gray points. The black lines are local regression smooth trend lines. Abbreviation: Gt oe per year, gigatonnes of oil equivalent per year. Sources and additional details about each variable are provided in supplemental file S2, including table S2.***

as usual and have largely failed to address this predicament (figure 1). The climate crisis has arrived and is accelerating faster than most scientists expected (figure 2, IPCC 2018). It is

more severe than anticipated, threatening natural ecosystems and the fate of humanity (IPCC 2019). Especially worrisome are potential irreversible climate tipping points and nature's

reinforcing feedbacks (atmospheric, marine, and terrestrial) that could lead to a catastrophic "hothouse Earth," well beyond the control of humans (Steffen et al. 2018). These climate

Downloaded from https://academic.oup.com/bioscience/advance-article-abstract/doi/10.1093/biosci/biz088/5610806 by guest on 17 November 2019



**Figure 2.** *Climatic response time series from 1979 to the present. The rates shown in the panels are the decadal change rates for the entire ranges of the time series. These rates are in percentage terms, except for the interval variables (d, f, g, h, i, k), where additive changes are reported instead. For ocean acidity (pH), the percentage rate is based on the change in hydrogen ion activity, $a_{H^+}$ (where lower pH values represent greater acidity). The annual data are shown using gray points. The black lines are local regression smooth trend lines. Sources and additional details about each variable are provided in supplemental file S2, including table S3.*

chain reactions could cause significant disruptions to ecosystems, society, and economies, potentially making large areas of Earth uninhabitable.

To secure a sustainable future, we must change how we live, in ways that improve the vital signs summarized by our graphs. Economic and population growth are among the most important drivers of increases in $CO_2$ emissions from fossil fuel combustion (Pachauri et al. 2014, Bongaarts and O'Neill 2018); therefore, we need bold and drastic transformations regarding economic and population policies. We suggest six critical and interrelated steps (in no particular order) that governments, businesses, and the rest of

Downloaded from https://academic.oup.com/bioscience/advance-article-abstract/doi/10.1093/biosci/biz088/5610806 by guest on 17 November 2019

humanity can take to lessen the worst effects of climate change. These are important steps but are not the only actions needed or possible (Pachauri et al. 2014, IPCC 2018, 2019).

## Energy

The world must quickly implement massive energy efficiency and conservation practices and must replace fossil fuels with low-carbon renewables (figure 1h) and other cleaner sources of energy if safe for people and the environment (figure S2). We should leave remaining stocks of fossil fuels in the ground (see the timelines in IPCC 2018) and should carefully pursue effective negative emissions using technology such as carbon extraction from the source and capture from the air and especially by enhancing natural systems (see "Nature" section). Wealthier countries need to support poorer nations in transitioning away from fossil fuels. We must swiftly eliminate subsidies for fossil fuels (figure 1o) and use effective and fair policies for steadily escalating carbon prices to restrain their use.

## Short-lived pollutants

We need to promptly reduce the emissions of short-lived climate pollutants, including methane (figure 2b), black carbon (soot), and hydrofluorocarbons (HFCs). Doing this could slow climate feedback loops and potentially reduce the short-term warming trend by more than 50% over the next few decades while saving millions of lives and increasing crop yields due to reduced air pollution (Shindell et al. 2017). The 2016 Kigali amendment to phase down HFCs is welcomed.

## Nature

We must protect and restore Earth's ecosystems. Phytoplankton, coral reefs, forests, savannas, grasslands, wetlands, peatlands, soils, mangroves, and sea grasses contribute greatly to sequestration of atmospheric $CO_2$. Marine and terrestrial plants, animals, and microorganisms play significant roles in carbon and nutrient cycling and storage.

We need to quickly curtail habitat and biodiversity loss (figure 1f–1g), protecting the remaining primary and intact forests, especially those with high carbon stores and other forests with the capacity to rapidly sequester carbon (proforestation), while increasing reforestation and afforestation where appropriate at enormous scales. Although available land may be limiting in places, up to a third of emissions reductions needed by 2030 for the Paris agreement (less than 2°C) could be obtained with these natural climate solutions (Griscom et al. 2017).

## Food

Eating mostly plant-based foods while reducing the global consumption of animal products (figure 1c–d), especially ruminant livestock (Ripple et al. 2014), can improve human health and significantly lower GHG emissions (including methane in the "Short-lived pollutants" step). Moreover, this will free up croplands for growing much-needed human plant food instead of livestock feed, while releasing some grazing land to support natural climate solutions (see "Nature" section). Cropping practices such as minimum tillage that increase soil carbon are vitally important. We need to drastically reduce the enormous amount of food waste around the world.

## Economy

Excessive extraction of materials and overexploitation of ecosystems, driven by economic growth, must be quickly curtailed to maintain long-term sustainability of the biosphere. We need a carbon-free economy that explicitly addresses human dependence on the biosphere and policies that guide economic decisions accordingly. Our goals need to shift from GDP growth and the pursuit of affluence toward sustaining ecosystems and improving human well-being by prioritizing basic needs and reducing inequality.

## Population

Still increasing by roughly 80 million people per year, or more than 200,000 per day (figure 1a–b), the world population must be stabilized—and, ideally, gradually reduced—within a framework that ensures social integrity. There are proven and effective policies that strengthen human rights while lowering fertility rates and lessening the impacts of population growth on GHG emissions and biodiversity loss. These policies make family-planning services available to all people, remove barriers to their access and achieve full gender equity, including primary and secondary education as a global norm for all, especially girls and young women (Bongaarts and O'Neill 2018).

## Conclusions

Mitigating and adapting to climate change while honoring the diversity of humans entails major transformations in the ways our global society functions and interacts with natural ecosystems. We are encouraged by a recent surge of concern. Governmental bodies are making climate emergency declarations. Schoolchildren are striking. Ecocide lawsuits are proceeding in the courts. Grassroots citizen movements are demanding change, and many countries, states and provinces, cities, and businesses are responding.

As the Alliance of World Scientists, we stand ready to assist decision-makers in a just transition to a sustainable and equitable future. We urge widespread use of vital signs, which will better allow policymakers, the private sector, and the public to understand the magnitude of this crisis, track progress, and realign priorities for alleviating climate change. The good news is that such transformative change, with social and economic justice for all, promises far greater human well-being than does business as usual. We believe that the prospects will be greatest if decision-makers and all of humanity promptly respond to this warning and declaration of a climate emergency and act to sustain life on planet Earth, our only home.

## Contributing reviewers

Franz Baumann, Ferdinando Boero, Doug Boucher, Stephen Briggs, Peter

Carter, Rick Cavicchioli, Milton Cole, Eileen Crist, Dominick A. DellaSala, Paul Ehrlich, Iñaki Garcia-De-Cortazar, Daniel Gilfillan, Alison Green, Tom Green, Jillian Gregg, Paul Grogan, John Guillebaud, John Harte, Nick Houtman, Charles Kennel, Christopher Martius, Frederico Mestre, Jennie Miller, David Pengelley, Chris Rapley, Klaus Rohde, Phil Sollins, Sabrina Speich, David Victor, Henrik Wahren, and Roger Worthington.

## Funding
The Worthy Garden Club furnished partial funding for this project.

## Project website
To view the Alliance of World Scientists website or to sign this article, go to https://scientistswarning.forestry.oregonstate.edu.

## Supplemental material
Supplemental data are available at *BIOSCI* online. A list of the signatories appears in supplemental file S1.

## References cited
Briggs S, Kennel CF, Victor DG. 2015. Planetary vital signs. Nature Climate Change 5: 969.

Bongaarts J, O'Neill BC. 2018. Global warming policy: Is population left out in the cold? Science 361: 650–652.

Griscom BW, et al. 2017. Natural climate solutions. Proceedings of the National Academy of Sciences 114: 11645–11650.

[IPCC] Intergovernmental Panel on Climate Change. 2018. Global Warming of 1.5°C: An IPCC Special Report. IPCC.

[IPCC] Intergovernmental Panel on Climate Change. 2019. Climate Change and Land. IPCC.

Pachauri RK, et al. 2014. Climate Change 2014: Synthesis Report. Intergovernmental Panel on Climate Change.

Ripple WJ, Smith P, Haberl H, Montzka SA, McAlpine C, Boucher DH. 2014. Ruminants, climate change, and climate policy. Nature Climate Change 4: 2–5.

Ripple WJ, Wolf C, Newsome TM, Galetti M, Alamgir M, Crist E, Mahmoud MI, Laurance WF. 2017. World scientists' warning to humanity: A second notice. BioScience 67: 1026–1028.

Shindell D, Borgford-Parnell N, Brauer M, Haines A, Kuylenstierna J, Leonard S, Ramanathan V, Ravishankara A, Amann M, Srivastava L. 2017. A climate policy pathway for near- and long-term benefits. Science 356: 493–494.

Steffen W, et al. 2018. Trajectories of the Earth System in the Anthropocene. Proceedings of the National Academy of Sciences 115: 8252–8259.

*William J. Ripple (bill.ripple@oregonstate.edu) and Christopher Wolf (christopher.wolf@oregonstate.edu) are affiliated with the Department of Forest Ecosystems and Society at Oregon State University, in Corvallis and contributed equally to the work. Thomas M. Newsome is affiliated with the School of Life and Environmental Sciences at The University of Sydney, in Sydney, New South Wales, Australia. Phoebe Barnard is affiliated with the Conservation Biology Institute, in Corvallis, Oregon, and with the African Climate and Development Initiative, at the University of Cape Town, in Cape Town, South Africa. William R. Moomaw is affiliated with The Fletcher School and the Global Development and Environment Institute, at Tufts University, in Medford, Massachusetts.*

doi:10.1093/biosci/biz088

Downloaded from https://academic.oup.com/bioscience/advance-article-abstract/doi/10.1093/biosci/biz088/5610806 by guest on 17 November 2019

# EXHIBIT E

# Summary Findings

# NCA4 Summary Findings

These Summary Findings represent a high-level synthesis of the material in the underlying report. The findings consolidate Key Messages and supporting evidence from 16 national-level topic chapters, 10 regional chapters, and 2 chapters that focus on societal response strategies (mitigation and adaptation). Unless otherwise noted, qualitative statements regarding future conditions in these Summary Findings are broadly applicable across the range of different levels of future climate change and associated impacts considered in this report.

## 1. Communities

Climate change creates new risks and exacerbates existing vulnerabilities in communities across the United States, presenting growing challenges to human health and safety, quality of life, and the rate of economic growth.

The impacts of climate change are already being felt in communities across the country. More frequent and intense extreme weather and climate-related events, as well as changes in average climate conditions, are expected to continue to damage infrastructure, ecosystems, and social systems that provide essential benefits to communities. Future climate change is expected to further disrupt many areas of life, exacerbating existing challenges to prosperity posed by aging and deteriorating infrastructure, stressed ecosystems, and economic inequality. Impacts within and across regions will not be distributed equally. People who are already vulnerable, including lower-income and other marginalized communities, have lower capacity to prepare for and cope with extreme weather and climate-related events and are expected to experience greater impacts. Prioritizing adaptation actions for the most vulnerable populations would contribute to a more equitable future within and across communities. Global action to significantly cut greenhouse gas emissions can substantially reduce climate-related risks and increase opportunities for these populations in the longer term.

## 2. Economy

Without substantial and sustained global mitigation and regional adaptation efforts, climate change is expected to cause growing losses to American infrastructure and property and impede the rate of economic growth over this century.

In the absence of significant global mitigation action and regional adaptation efforts, rising temperatures, sea level rise, and changes in extreme events are expected to increasingly disrupt and damage critical infrastructure and property, labor productivity, and the vitality of our communities. Regional economies and industries that depend on natural resources and favorable climate conditions, such as agriculture, tourism, and fisheries, are vulnerable to the growing impacts of climate change. Rising temperatures are projected to reduce the efficiency of power generation while increasing energy demands, resulting in higher electricity costs. The impacts of climate change beyond our borders are expected to increasingly affect our trade and economy, including import and export prices and U.S. businesses

with overseas operations and supply chains. Some aspects of our economy may see slight near-term improvements in a modestly warmer world. However, the continued warming that is projected to occur without substantial and sustained reductions in global greenhouse gas emissions is expected to cause substantial net damage to the U.S. economy throughout this century, especially in the absence of increased adaptation efforts. With continued growth in emissions at historic rates, annual losses in some economic sectors are projected to reach hundreds of billions of dollars by the end of the century—more than the current gross domestic product (GDP) of many U.S. states.

## 3. Interconnected Impacts

Climate change affects the natural, built, and social systems we rely on individually and through their connections to one another. These interconnected systems are increasingly vulnerable to cascading impacts that are often difficult to predict, threatening essential services within and beyond the Nation's borders.

Climate change presents added risks to interconnected systems that are already exposed to a range of stressors such as aging and deteriorating infrastructure, land-use changes, and population growth. Extreme weather and climate-related impacts on one system can result in increased risks or failures in other critical systems, including water resources, food production and distribution, energy and transportation, public health, international trade, and national security. The full extent of climate change risks to interconnected systems, many of which span regional and national boundaries, is often greater than the sum of risks to individual sectors. Failure to anticipate interconnected impacts can lead to missed opportunities for effectively managing the risks of climate change and can also lead to management responses that increase risks to other sectors and regions. Joint planning with stakeholders across sectors, regions, and jurisdictions can help identify critical risks arising from interaction among systems ahead of time.

## 4. Actions to Reduce Risks

Communities, governments, and businesses are working to reduce risks from and costs associated with climate change by taking action to lower greenhouse gas emissions and implement adaptation strategies. While mitigation and adaptation efforts have expanded substantially in the last four years, they do not yet approach the scale considered necessary to avoid substantial damages to the economy, environment, and human health over the coming decades.

Future risks from climate change depend primarily on decisions made today. The integration of climate risk into decision-making and the implementation of adaptation activities have significantly increased since the Third National Climate Assessment in 2014, including in areas of financial risk reporting, capital investment planning, development of engineering standards, military planning, and disaster risk management. Transformations in the energy sector—including the displacement of coal by natural gas and increased deployment of

renewable energy—along with policy actions at the national, regional, state, and local levels are reducing greenhouse gas emissions in the United States. While these adaptation and mitigation measures can help reduce damages in a number of sectors, this assessment shows that more immediate and substantial global greenhouse gas emissions reductions, as well as regional adaptation efforts, would be needed to avoid the most severe consequences in the long term. Mitigation and adaptation actions also present opportunities for additional benefits that are often more immediate and localized, such as improving local air quality and economies through investments in infrastructure. Some benefits, such as restoring ecosystems and increasing community vitality, may be harder to quantify.

## 5. Water

The quality and quantity of water available for use by people and ecosystems across the country are being affected by climate change, increasing risks and costs to agriculture, energy production, industry, recreation, and the environment.

Rising air and water temperatures and changes in precipitation are intensifying droughts, increasing heavy downpours, reducing snowpack, and causing declines in surface water quality, with varying impacts across regions. Future warming will add to the stress on water supplies and adversely impact the availability of water in parts of the United States. Changes in the relative amounts and timing of snow and rainfall are leading to mismatches between water availability and needs in some regions, posing threats to, for example, the future reliability of hydropower production in the Southwest and the Northwest. Groundwater depletion is exacerbating drought risk in many parts of the United States, particularly in the Southwest and Southern Great Plains. Dependable and safe water supplies for U.S. Caribbean, Hawai'i, and U.S.-Affiliated Pacific Island communities are threatened by drought, flooding, and saltwater contamination due to sea level rise. Most U.S. power plants rely on a steady supply of water for cooling, and operations are expected to be affected by changes in water availability and temperature increases. Aging and deteriorating water infrastructure, typically designed for past environmental conditions, compounds the climate risk faced by society. Water management strategies that account for changing climate conditions can help reduce present and future risks to water security, but implementation of such practices remains limited.

## 6. Health

Impacts from climate change on extreme weather and climate-related events, air quality, and the transmission of disease through insects and pests, food, and water increasingly threaten the health and well-being of the American people, particularly populations that are already vulnerable.

Changes in temperature and precipitation are increasing air quality and health risks from wildfire and ground-level ozone pollution. Rising air and water temperatures and more intense extreme events are expected to increase exposure to waterborne and foodborne diseases, affecting food and water safety. With continued warming, cold-related deaths are

projected to decrease and heat-related deaths are projected to increase; in most regions, increases in heat-related deaths are expected to outpace reductions in cold-related deaths. The frequency and severity of allergic illnesses, including asthma and hay fever, are expected to increase as a result of a changing climate. Climate change is also projected to alter the geographic range and distribution of disease-carrying insects and pests, exposing more people to ticks that carry Lyme disease and mosquitoes that transmit viruses such as Zika, West Nile, and dengue, with varying impacts across regions. Communities in the Southeast, for example, are particularly vulnerable to the combined health impacts from vector-borne disease, heat, and flooding. Extreme weather and climate-related events can have lasting mental health consequences in affected communities, particularly if they result in degradation of livelihoods or community relocation. Populations including older adults, children, low-income communities, and some communities of color are often disproportionately affected by, and less resilient to, the health impacts of climate change. Adaptation and mitigation policies and programs that help individuals, communities, and states prepare for the risks of a changing climate reduce the number of injuries, illnesses, and deaths from climate-related health outcomes.

## 7. Indigenous Peoples

**Climate change increasingly threatens Indigenous communities' livelihoods, economies, health, and cultural identities by disrupting interconnected social, physical, and ecological systems.**

Many Indigenous peoples are reliant on natural resources for their economic, cultural, and physical well-being and are often uniquely affected by climate change. The impacts of climate change on water, land, coastal areas, and other natural resources, as well as infrastructure and related services, are expected to increasingly disrupt Indigenous peoples' livelihoods and economies, including agriculture and agroforestry, fishing, recreation, and tourism. Adverse impacts on subsistence activities have already been observed. As climate changes continue, adverse impacts on culturally significant species and resources are expected to result in negative physical and mental health effects. Throughout the United States, climate-related impacts are causing some Indigenous peoples to consider or actively pursue community relocation as an adaptation strategy, presenting challenges associated with maintaining cultural and community continuity. While economic, political, and infrastructure limitations may affect these communities' ability to adapt, tightly knit social and cultural networks present opportunities to build community capacity and increase resilience. Many Indigenous peoples are taking steps to adapt to climate change impacts structured around self-determination and traditional knowledge, and some tribes are pursuing mitigation actions through development of renewable energy on tribal lands.

## 8. Ecosystems and Ecosystem Services

Ecosystems and the benefits they provide to society are being altered by climate change, and these impacts are projected to continue. Without substantial and sustained reductions in global greenhouse gas emissions, transformative impacts on some ecosystems will occur; some coral reef and sea ice ecosystems are already experiencing such transformational changes.

Many benefits provided by ecosystems and the environment, such as clean air and water, protection from coastal flooding, wood and fiber, crop pollination, hunting and fishing, tourism, cultural identities, and more will continue to be degraded by the impacts of climate change. Increasing wildfire frequency, changes in insect and disease outbreaks, and other stressors are expected to decrease the ability of U.S. forests to support economic activity, recreation, and subsistence activities. Climate change has already had observable impacts on biodiversity, ecosystems, and the benefits they provide to society. These impacts include the migration of native species to new areas and the spread of invasive species. Such changes are projected to continue, and without substantial and sustained reductions in global greenhouse gas emissions, extinctions and transformative impacts on some ecosystems cannot be avoided in the long term. Valued aspects of regional heritage and quality of life tied to ecosystems, wildlife, and outdoor recreation will change with the climate, and as a result, future generations can expect to experience and interact with the natural environment in ways that are different from today. Adaptation strategies, including prescribed burning to reduce fuel for wildfire, creation of safe havens for important species, and control of invasive species, are being implemented to address emerging impacts of climate change. While some targeted response actions are underway, many impacts, including losses of unique coral reef and sea ice ecosystems, can only be avoided by significantly reducing global emissions of carbon dioxide and other greenhouse gases.

## 9. Agriculture and Food

Rising temperatures, extreme heat, drought, wildfire on rangelands, and heavy downpours are expected to increasingly disrupt agricultural productivity in the United States. Expected increases in challenges to livestock health, declines in crop yields and quality, and changes in extreme events in the United States and abroad threaten rural livelihoods, sustainable food security, and price stability.

Climate change presents numerous challenges to sustaining and enhancing crop productivity, livestock health, and the economic vitality of rural communities. While some regions (such as the Northern Great Plains) may see conditions conducive to expanded or alternative crop productivity over the next few decades, overall, yields from major U.S. crops are expected to decline as a consequence of increases in temperatures and possibly changes in water availability, soil erosion, and disease and pest outbreaks. Increases in temperatures during the growing season in the Midwest are projected to be the largest contributing factor to declines in the productivity of U.S. agriculture. Projected increases in extreme heat conditions are expected to lead to further heat stress for livestock, which can result in large economic

losses for producers. Climate change is also expected to lead to large-scale shifts in the availability and prices of many agricultural products across the world, with corresponding impacts on U.S. agricultural producers and the U.S. economy. These changes threaten future gains in commodity crop production and put rural livelihoods at risk. Numerous adaptation strategies are available to cope with adverse impacts of climate variability and change on agricultural production. These include altering what is produced, modifying the inputs used for production, adopting new technologies, and adjusting management strategies. However, these strategies have limits under severe climate change impacts and would require sufficient long- and short-term investment in changing practices.

## 10. Infrastructure

Our Nation's aging and deteriorating infrastructure is further stressed by increases in heavy precipitation events, coastal flooding, heat, wildfires, and other extreme events, as well as changes to average precipitation and temperature. Without adaptation, climate change will continue to degrade infrastructure performance over the rest of the century, with the potential for cascading impacts that threaten our economy, national security, essential services, and health and well-being.

Climate change and extreme weather events are expected to increasingly disrupt our Nation's energy and transportation systems, threatening more frequent and longer-lasting power outages, fuel shortages, and service disruptions, with cascading impacts on other critical sectors. Infrastructure currently designed for historical climate conditions is more vulnerable to future weather extremes and climate change. The continued increase in the frequency and extent of high-tide flooding due to sea level rise threatens America's trillion-dollar coastal property market and public infrastructure, with cascading impacts to the larger economy. In Alaska, rising temperatures and erosion are causing damage to buildings and coastal infrastructure that will be costly to repair or replace, particularly in rural areas; these impacts are expected to grow without adaptation. Expected increases in the severity and frequency of heavy precipitation events will affect inland infrastructure in every region, including access to roads, the viability of bridges, and the safety of pipelines. Flooding from heavy rainfall, storm surge, and rising high tides is expected to compound existing issues with aging infrastructure in the Northeast. Increased drought risk will threaten oil and gas drilling and refining, as well as electricity generation from power plants that rely on surface water for cooling. Forward-looking infrastructure design, planning, and operational measures and standards can reduce exposure and vulnerability to the impacts of climate change and reduce energy use while providing additional near-term benefits, including reductions in greenhouse gas emissions.

## 11. Oceans and Coasts

Coastal communities and the ecosystems that support them are increasingly threatened by the impacts of climate change. Without significant reductions in global greenhouse gas emissions and regional adaptation measures, many coastal regions will be transformed by the latter part of this century, with impacts affecting other regions and sectors. Even in a future with lower greenhouse gas emissions, many communities are expected to suffer financial impacts as chronic high-tide flooding leads to higher costs and lower property values.

Rising water temperatures, ocean acidification, retreating arctic sea ice, sea level rise, high-tide flooding, coastal erosion, higher storm surge, and heavier precipitation events threaten our oceans and coasts. These effects are projected to continue, putting ocean and marine species at risk, decreasing the productivity of certain fisheries, and threatening communities that rely on marine ecosystems for livelihoods and recreation, with particular impacts on fishing communities in Hawai'i and the U.S.-Affiliated Pacific Islands, the U.S. Caribbean, and the Gulf of Mexico. Lasting damage to coastal property and infrastructure driven by sea level rise and storm surge is expected to lead to financial losses for individuals, businesses, and communities, with the Atlantic and Gulf Coasts facing above-average risks. Impacts on coastal energy and transportation infrastructure driven by sea level rise and storm surge have the potential for cascading costs and disruptions across the country. Even if significant emissions reductions occur, many of the effects from sea level rise over this century—and particularly through mid-century—are already locked in due to historical emissions, and many communities are already dealing with the consequences. Actions to plan for and adapt to more frequent, widespread, and severe coastal flooding, such as shoreline protection and conservation of coastal ecosystems, would decrease direct losses and cascading impacts on other sectors and parts of the country. More than half of the damages to coastal property are estimated to be avoidable through well-timed adaptation measures. Substantial and sustained reductions in global greenhouse gas emissions would also significantly reduce projected risks to fisheries and communities that rely on them.

## 12. Tourism and Recreation

Outdoor recreation, tourist economies, and quality of life are reliant on benefits provided by our natural environment that will be degraded by the impacts of climate change in many ways.

Climate change poses risks to seasonal and outdoor economies in communities across the United States, including impacts on economies centered around coral reef-based recreation, winter recreation, and inland water-based recreation. In turn, this affects the well-being of the people who make their living supporting these economies, including rural, coastal, and Indigenous communities. Projected increases in wildfire smoke events are expected to impair outdoor recreational activities and visibility in wilderness areas. Declines in snow and ice cover caused by warmer winter temperatures are expected to negatively impact the winter recreation industry in the Northwest, Northern Great Plains, and the Northeast. Some fish, birds, and mammals are expected to shift where they live as a result of climate change,

with implications for hunting, fishing, and other wildlife-related activities. These and other climate-related impacts are expected to result in decreased tourism revenue in some places and, for some communities, loss of identity. While some new opportunities may emerge from these ecosystem changes, cultural identities and economic and recreational opportunities based around historical use of and interaction with species or natural resources in many areas are at risk. Proactive management strategies, such as the use of projected stream temperatures to set priorities for fish conservation, can help reduce disruptions to tourist economies and recreation.

# EXHIBIT F



Diocese of

# Belleville

THE CATHOLIC CHURCH IN SOUTHERN ILLINOIS

OFFICE OF THE BISHOP

My Dear Sisters and Friends,

On behalf of the People of God in the Belleville Diocese, I want to welcome you to southern Illinois. Rich in natural resources and fertile farmland, perched on bluffs high above great waterways, this is a most appropriate site for the Adorers of the Blood of Christ International Earth Summit on ASC Spirituality and Ecology. Generations of women and men have found God while living amidst the subtle beauty of this region. I hope and pray that you, too, may encounter the vibrant Creator in your visit to Ruma and the Diocese of Belleville.

The Adorers of the Blood of Christ have been an important part of our diocesan heritage. The story of the Adorers echoes that of the farms and small towns which you passed enroute to Ruma. In each of these communities, a small band of hearty, self-sacrificing pioneers transformed a wilderness into productive, welcoming acreage in harmony with nature, reflecting "that beautiful order of things in Jesus" to which Blessed Maria De Mattias aspired. Over the decades, the Adorers have taught us to reverence the land by the example of their toil to sustain themselves off of this holy ground, of their innovative agricultural practices, and of their dedicated conservation efforts. And now the Adorers add to the story through this historic meeting, bringing fresh perspectives from around the world to contemplate Creator and creation.

In 1994, the U.S. Catholic Bishops issued a pastoral letter, *Renewing the Earth,* which encouraged such dialogue on the environment, on environmental ethics, on protection of all God's creatures, and on finding God in the natural world. *Renewing the Earth* included the following invitation: "Grateful for the gift of creation and contrite in the face of the deteriorating condition of the natural world, we invite Catholics and men and women of good will in every walk of life to consider with us the moral issues raised by the environmental crisis...these are matters of powerful urgency and major consequences. They constitute an exceptional call to conversion. As individuals, as institutions, as a people, we need a change of heart to preserve and protect the planet for our children and for generations yet unborn."

You have accepted the invitation and are now acting upon the challenge. May God's Holy Spirit envelop you during these days of discussion and open you to new, unexplored dimensions of our wonderful Creator. Enjoy your stay with us and may you be blessed with safe journeys home.

With cordial best wishes, may I remain,

Sincerely yours in Christ,

✠Wilton D. Gregory, S.L.D.
Bishop of Belleville

# RESOURCE AUDITING SERVICE

P.O. Box 298
Livingston, KY  40445
(606) 453-2105

July 10, 1990

Sr. Dorothy Reinhold, ASC
Adorers of the Blood of Christ
Provincial House -- Ruma
Route 1, Box 115
Red Bud, IL  62278

Dear Sister Dorothy:

We rushed this report at top speed so that we could
get it to you for your upcoming meeting later this month.
We would have liked to have met with several more consultants
before sending this on to you.  Since we were unable, due
to the press of time, we have cut off a portion of the
ordinary bill(that is, $750).  I think it is only fair,
since we normally see more than we have with this study.
I would have liked more advice on the organic farming
portion, the lake development, and on nature trail demo
highlighting and designation.  The experts could be contacted
over the next few weeks but that would have caused you
unnecessary delay.

We hope that this will serve as the final draft in
the light of your own needs.  Should you feel there must
be some point expanded or modified, don't hesitate to tell
us and we will make textual adjustments for you to have
when presenting to other decision-makers.  If you want us
to contact the three consultants we had planned to ask,
please also indicate.

I will be speaking to health care people in St. Louis
on September 19 to 20th.  If you would wish us to stop by
on the way there (the 18th), we'd be happy to defend this
report.  All in all, we have a real excitement that your
group is able to make the changes necessary for becoming an
environmental oasis in South Illinois.

The Lord's Blessings,

Al Fritsch, S.J.

RUMA PRECIOUS BLOOD COMMUNITY:
TOWARDS A MODEL OF GOOD STEWARDSHIP

TABLE OF CONTENTS

INTRODUCTION:

    I.   GENERAL OBSERVATIONS

        A.  Land Resources
        B.  Water Resources
        C.  Wildlife Resources
        D.  Physical Plant
        E.  Renewable Energy
        F.  Food
        G.  Waste Resources

   II.   SPECIFIC RECOMMENDATIONS

        A.  Land Enhancement
            1.  Farmland
            2.  Organic Farming Alternatives
            3.  Woodland and Harmonic Edge
            4.  Gardens and Orchards

        B.  Lakes and Waterways

        C.  Wildlife and Natural Areas
            1.  Wildlife
            2.  Hermitages
            3.  Nature Trails

        D.  Physical Plant

        E.  Energy
            1.  Energy Conservation
            2.  Insulation
            3.  Space Heating and Cooling
            4.  Water Heating
            5.  Other Solar Devices
            6.  Wind Barriers

        F.  Food Savings

        G.  Waste Management

 III.   FUTURE PLANNING

Appendices

## INTRODUCTION

*"The focus of our province resources and decisions will always hold the materially poor and powerless in mind. We will work collaboratively with diocesan leadership to form religious and lay teams to respond to the multiple needs of the rural poor. Our Ruma farmland will be a model of good stewardship."*

*Province Direction Statements, 1988*

--------------------------

The Ruma Precious Blood Community seeks to direct its resources and mission thrust to the poor and powerless with special emphasis on the rural poor. One of the instruments for this mission will be the Ruma farmland itself, and its model of good stewardship. The understanding that is reflected in the above statement of physical facilities as a model for the broader community, is most important during this time of growing environmental awareness. The Ruma farm becomes a partner in the apostolic thrust of the sisters.

Concern for the poor consists of:

* Being mindful of the condition of the poor and what has brought them to their powerless state (knowing the poor);

* Being willing to assist where possible, according to the charisms, resources and talents of the given community (helping the poor);

* Being able to identify with the poor in the way one lives and the risks taken for the larger community which involves both local and distant poor sisters and brothers (identifying with the poor);

* Being able to extend this identification to other suffering creatures, which comprise with people a total earthly community now suffering though our environmental misdeeds (extending our concern for the poor to include all of Earth's suffering creatures).

A religious community's resources enhancing its mission. If these resources distract from that apostolate, they should be discarded or converted into suitable instruments. What this study does is focus on the "instrument," namely, the farmland and physical plant of your Ruma Community. Can it grow in its own value as your community deepens in its spiritual journey?

After careful review of the videotapes and the materials sent from your Community, our RAS consultants are convinced that your grounds are truly a valuable asset, model and resource. The grounds have the potential to give you a better quality of life while ensuring the economic viability of your community. Furthermore,

i

the farmland has an environmental demonstration potential for enhancing your own apostolic witness in southern Illinois.

This land shows that it has had many years of good stewardship practices. With proper discernment, it can be improved and made into a more perfect stewardship model in one of the richest agricultural sections of the United States. In an age when environmental literacy is so lacking, these grounds can become an integral part of the Ruma thrust for good stewardship practices.

Besides ideal location and very fertile soil, the property is blessed with plentiful water, beautiful woodlands and pastures, well-constructed and maintained buildings, and good exposure to the sun and wind. Through its written commitments the Community sees the need to become environmentally involved in caring for the natural resources at hand. All this adds up to an ideal time and place for a demonstration center that could furnish still more food to your tables at a reasonable cost.

The initial environmental consciousness-raising stage for many religious communities is nearing completion. Now is the time to move a step forward toward taking full responsibility for your farming environment, and to build upon the gift given through your own creative talents.

Through our Earth Healing Program we hope your community will confront this new Dark Age of over-consumerism and wastefulness, and be a light to those seeking inspiration in good earth-keeping practices. Earth Healing assists in the move to a practical level and a new down-to-earth consciousness. This report suggests places to focus and topics to consider for improvement. The Appendices are especially selected to give the Ruma Community a general background before undertaking such practical steps in improving stewardship practices:

Please consider the following general questions while studying the text of this report:

Land Use: Does the property serve as a model environment for the neighborhood and religious community? In what ways can improvements be made to encourage a more diversified and balanced farm productivity?

Participation: Is it possible to enlist more religious community members in the environmental improvement? What about distant community members? The local farming community? Area youth and retired people? The poor and marginated?

Will to Change: Are the community's decision-makers willing and able to help create an environmental model of good stewardship?

ii

Are there major misgivings by certain portions of the community and are these discussed openly and freely?

Community Spirit:  Can a workable environmental model project enhance the religious community's commitment to work with the poor?

Answering these questions requires time.  It's not like taking an examination.  A final response may take a decade (as outlined in the final section on planning).  This is a journey that involves knowing, loving, and preserving your ecosystem, coming to respect the Earth's limited resources, and becoming more aware of the human interaction within the creative process.

The Earth Healing Program team is not a process facilitator, nor ultimate designer, nor architect, nor builder.  It is an observer of what you have begun to build and a networking tool to assist you in finding and using resources to act locally -- and think globally.  This Program is meant to catalyze groups who understand the urgency to act, and yet must take deliberate and well-thought out steps.  The balance of urgent action and deliberation --deliberate speed-- is most difficult.

In some ways you are the creators of the Ruma environment by building on what the Creator and your past forebears have begun. We welcome the opportunity to offer suggestions for creating an ecosystem that complements the existing ministries and does not drain the financial resources of the community.  This report is meant to be a holistic survey of all options linking the best of appropriate technology, renewable energy, resource conservation, and sustainable/ecological agricultural measures.  It is also a teaching device for you to build upon what has already been initiated.  These are meant to be first--not last--words; they are meant to stimulate further discussion by an ever-increasing circle of management, staff, program participants, and the community at large.

Earth Healing involves a combination of the good of the past and the best of current resource management techniques.  However, recent pressure to convert land to agri-business practices or to change land patterns to urbanized areas cannot be ignored.  Ruma is in the great Midwest "corn and beans" belt; it is only fifty miles from the St. Louis metropolitan area (for example, that is a ready market for organic alternative crops).

Some modern farming techniques do not satisfy the needs of your mission, nor do they allow the farm to be a more thoroughly self-sustaining enterprise.  Earth-healing brings connectedness, for it invites the return to the good of the past and yet it incorporates current know-how along with the talents of existing staff.  Let's listen to voices calling for a return to religious community self-sustainability.  This includes  using the solar energy shining on the farm, as well as supplying more of the

iii

community's food requirements.  Thus can result savings in two of the three major expense categories of maturing religious communities, namely fuel and food.  Greater outdoor participation and exercise will undoubtedly reduce the third major expense dealing with community health.

The Ruma Precious Blood land calls you to become still more down-to-Earth and to foster a model of what all Christians should do, namely, touch the soil during some everyday activities.  Be the first in the St. Louis area to make your  property a true demonstration of what other such communities should and could do with their own lands.  Plan to invite them in on all levels of your planning and growth so that your work can be truly apostolic in its fullest sense.  Never forget, the land is of even greater value because it has been redeemed by the Precious Blood.

In the course of this report we have made a number of assumptions:

* You wish to continue maintaining the property as part of your Ruma Precious Blood Community mission;

* Productive land helps the community become more self-sustaining and will be a money-saving opportunity;

* The appropriate technology methods used will support your ministry and not require extra time and effort on the part of your community members;

* The land is meant to be aesthetically pleasing and conducive to prayer, reflection, and spiritual growth;

* The property will be recognized by people in Illinois and surroundings parts as having ecological value;

* Whenever possible it is better to continue using existing buildings instead of constructing new ones;

* The modifications suggested will have some up-front costs, but these can be recouped within the decade;

* Sufficient staffing and management will be available to carry out these suggestions.

With these assumptions we will proceed to make some general observations and then focus on specific recommendations.

---------------------

iv

## GENERAL OBSERVATIONS

*"People are asking anxiously if it is still possible to remedy the damage which has been done (to the earth).   Clearly, an adequate solution cannot be found merely in a better management or a more rational use of the earth's resources, as important as these may be.   Rather, we must go to the source of the problem and face in its entirety that profound moral crisis of which the destruction of the environment is only one troubling aspect." John Paul II, "Peace with All Creation," 1990*

Religious communities are called to help solve the environmental crisis of our age, and to do so by sound actions which start at the local level.  Tales of environmental woe abound on every side, but we need do more than describe once more examples of air, water and land pollution.  Our world desperately seeks examples of good Earth -- and maybe religious communities will help fashion these.

The apparent devastation of the Earth is desecrating a place made holy by the Precious Blood of Christ -- redeemed at such a great price.  Now these communities are called to enter into this suffering as compassionate healers and renewers of the Earth.  In part they can do this by beginning at home, ensuring that their physical facilities and natural resources are used in ways which reflect a deepening communal environmental consciousness.  The manner is to be simple and modest; the method, resourceful; the atmosphere, one of joy.

Earth-healing encourages simplifying communal lifestyle, conserving natural resources (soil, trees, water, wildlife) and improving the quality of life.  But such practices cannot stand apart from reflection on  the deeper underlying causes of environmental damage.  In other words, modifications in lifestyle must be accompanied by a growth in ecological understanding. Energy choices, waste disposal habits, and food preparation practices often reflect the assimilated values of the modern materialistic culture.  How different were the Adorers of the Precious Blood at the Community's beginning than now?  Has something been lost in the changes which have occurred over the century or more of the Ruma community's existence.

Food, fuel, and health care are the three major expenses of most religious communities.  By adapting the goal of self-sustainability whenever possible, you will be liberated from the ever greater strangle hold that the capitalistic system has upon your finances.  With new-found freedom you are less beholding to corporate advisors and managers outside both your community and your religious value system.  Granted, food and energy self-sustainability require some initial financial outlay and can be only partly attained -- say at a 60% rate with considerable effort.  Still the ideal environmentally benign modifications

1

recover many other intangible and hard-to-calculate benefits, especially improved community health and well-being.

A community's journey to know the poor, to assist them and to identify with them indicates levels of further understanding and growth. It is part of the Church's mission to grow in holiness. Within this journey the Christian is called to deeper levels of awareness both as an individual and within community.

Communal environmental consciousness exists on three levels, each successive one requiring a deeper spiritual commitment (much in the manner of St. Ignatius' three Degrees of Humility): the first is merely seeing the problem and making appropriate remedies for survival of local community and Earth (the matter of deadly current wasteful agribusiness practices). The second is for the greater good of the individual members and could be regarded as environment-for-us, our economics and enjoyment (the matter of personal self-interest). The third degree of perfection is for the good of the Earth and all Earth's creatures for their sake and apart from any immediate benefit for us as doers. At this level we consider ourselves as part and not apart from this Earth community.

Based on this spirituality of progressive growth, let us look then at our down-to-earthness, our humbling task of even deepening involvement with the Earth, our acute awareness of the various creatures which are part of our community of being.

A. Land Resources

Observation: More of the Farm could be producing food and renewable energy (solar, wind, etc.) for community consumption..

The grounds are a precious ecological and spiritual resource for the Ruma community -- and yet how many within the community have a bioregional consciousness, i.e., know all about the movements of the local birds, the names of the wildflowers, the customary weather patterns, and the types of wildlife present. Do you each realize that the property is a fragile treasure that can be easily misused? The wooded portions of the property have great beauty and the proper harmony of cultivated land and woodlands is something to share with others near and far.

Land is not a commodity to be exchanged at will. It is a partner in our own journey in life and if treated properly can supply many of our physical needs. Religious communities cherish and preserve their land and see it as part of their spirituality. They cannot afford to buy into the prevailing consumer culture that land is to be desecrated, alienated, and developed at will. Through good land stewardship efforts religious communities take a lead in returning to a Biblical concept of land -- and revitalize

2

their own mission through a proper respect for God's gift of Earth.

Do you subscribe to the philosophy of land as an economic commodity, which is to be used for making capital, or is land the source of your basic needs in food and fuel? The answer to this will determine your environmental attitudes as a community.

Part of the farm is in woodlands, but this must also be preserved and allowed to flourish through good management practices. The extensive stands of oaks and other trees are to be regarded as a resource both for products, fuel, building materials, and soil enhancement, but also for aesthetic qualities beyond any economic measure. The woodlands are complementary aspects and with the cultivated fields contribute to the overall harmony and beauty of the south Illinois landscape.

### B.  Water Resources

Observation: The existing lakes add a dimension of beauty to the landscape, but they are not being utilized to their full potential.

Water is necessary for the life of a general and local environment. Surface water can adequately meet many ecological demands if properly conserved and utilized. The five lakes or ponds, when fully utilized, could allow for the introduction of aquacultural practices. Lining the leaking lake and expanding lake areas could increase the water potential of the farm. These existing and anticipated bodies of water could attract wildlife (geese and ducks) to the area, furnish a plentiful supply of fresh fish (a protein source requiring little space, management time and energy), act as recreational areas, help recharge the aquifer system, and furnish bordering wetlands and waterways with water.

### C.  Wildlife Resources

Observation:  While signs of wildlife exist and were detected in the initial survey, there is need for a more positive program of wildlife feeding and preservation measures.

Wildlife is a part of our environmental heritage. The act of preserving and appreciating wildlife is extremely necessary for enhancing our environment. Do we truly see the wandering mammals or flitting birds as friends, or do we forget about their presence? Can we coexist with some wildlife and safeguard their niche in the total environment? Can we understand how they truly uplift our spirits by their presence and goodness?

Birds and other wildlife (squirrel, rabbits, deer, etc.) give an added quality and well-being to the landscape. In many rural communities there is a perceived competition between wildlife and cultivated areas. Is that so at Ruma? Unfortunately, imbalances

3

in wildlife population are often of human origin, when natural predators are eliminated and the wildlife prey allowed to proliferate. It takes local community cooperation to return wildlife to a balanced condition.

Domestic animals can be a threat to some wildlife. Cats discourage many species of birds from nesting; dogs may kill deer and drive them away from an area. However, domestic pets may be incorporated as part of the total environment and assist many human beings by their presence and constant loving attention.

Diverse species of wildlife exist on the grounds which include rabbit, squirrel, deer, groundhog, and opossum along with wild migrating fowl. Bees are a valuable asset for their pollinating potential and because the honey requires so little effort to obtain. For these reasons wildlife protection measures must be part of the overall environmental plan along with apiculture or beekeeping practices.

## D. Physical Plant Resources

Observation: The buildings are well managed and perfectly situated to demonstrate good environmental management techniques, but no specific effort has been made yet to do so as yet. Now, after the large scale renovation program, is the perfect opportunity.

The current Ruma renovations show that the Precious Blood Sisters desire to preserve their past. The older buildings dating back to the Civil War period are now being brought to a full utilization, within the fire codes demanded by insurers. The expert brick and rock work on the exterior is a tribute to the craftspersons of earlier times.

In what way can these buildings become a model of good stewardship? The demonstration component of your grounds could be geared to your different "publics," namely local sisters and community residents, returning relatives and friends, tourists to the French Colonial District, and those wishing to use hermitages for spiritual renewal.

It is always wise that one focal point for environmental demonstration be chosen. One such possible location is the old two-room residence in the farmyard complex, which was mentioned as slated for removal. This building could include a resource library, exhibits and interpretative displays of bioregional butterflies, insects, rocks, flowers, ferns, grasses, mosses, and lichens; the map of a possible nature trail; and solar devices with descriptions for educational purpose. Environmental demonstration offers opportunities for the community to learn how to live in greater harmony with all of God's creatures -- which are good teachers in their own right.

4

# Earth Stewardship Committee -- Ten Year Plan

| Year | Spirituality | Trees | Other Flora | Fauna | Paths, Lawns & Meadows | Lakes & Ponds | Buildings | Demonstration Center | Workshops |
|---|---|---|---|---|---|---|---|---|---|
| 1991 | Overview of plan 8/90. "Rama ASC: Compassionate Healers & Renewers of the Earth." AI Friech 4/91. | Tree planting ceremony, 4/91. Trim/clean dead wood in grove & lawn areas. Plant trees at big Hill. | Assemble info on organic farming/ gardening practices. | Policy on no hunting. Post "No Hunting" signs. | | Explore solutions for problems with grove & Merrimett lakes. | | | |
| 1992 | Reflect on/prepare for "Earth Community." | Plant fruit trees. | Create organic farming plan. Institute biological control methods. Plan solar greenhouse. Develop composting areas. | Inventory wildlife in bio-region. Experiment with sheep for lawn control. | Work paths in grove. Designate Trail A near building. Explore alternate methods of lawn control. Plant wildflowers. | Begin construction of new lake south of Merrimett. Work on wetland areas. Stock additional fish. | Establish Energy Committee. | | "Aquaculture." Co-sponsor workshop to network with other groups, DMH 8/92. |
| 1993 | Establish "Earth Community." Study sites & plan for construction of Hermitages. | Plant trees as barriers near buildings. | Construct solar greenhouse. Plant berry patches. | Build birdhouses. | Construct Trail A, blacktop. Start Trail B, include paths in grove. Maintain meadow areas. | Terrace farm pond. Plant bamboo & other wetland species. Develop water recreation policy -- post. | Evaluate energy use. | Determine site. | "Shoreline Culturation for Small Lakes." |
| 1994 | Build 3 Hermitages. | Plant fruit trees along entry road. | Continue implementation of organic farming. | Declare Rama a wildlife sanctuary. Build bird feeders. | | Plan aquaculture. | Explore possibilities of solar energy. | Construct/renovate Democenter. | "Forest & Wildlife Preservation." |
| 1995 | | Plant trees and barriers in lawn areas. | Build and use temporary and permanent cold frames. | Investigate land becoming a nature preserve. | Construct Trail C. | Develop aquaculture. | | Set up nature museum of bio-region. | "Edible Land-scaping." |
| 1996 | Evaluate Hermitages. | | | Study local wildlife patterns to ensure protection. Obtain literature on local wildlife. Install beehives. | Do fitness areas on Trails A & R. | Maintain other lakes & ponds. | | Prepare educational exhibits. | "Bio-regional Flora & Fauna." |
| 1997 | | Plant more trees. | | | Maintain Trails. | Stock additional fish. | | Provide educational/ organic demonstrations. Integrate crafts into demo program. | "Trail Maintenance." |
| 1998 | | | Build another solar greenhouse. Apply for organic farm status. | | | | Install solar water treating units. Build solar food dryer. Develop window space heaters. Install some photo voltaic electric capability. | | "Solar Greenhouse Construction." |
| 1999 | | Plant new nut trees. | Plant herbal patches. Plant grape arbor & more berry patches. Expand garden & edible landscape areas. | | | | Examine all chemical use practices. | | "Permaculture & Organic Gardening." |
| 2000 | Examine all chemical use practices. | Place small trees indoors. | | | Construct "Suffering Earth" stations of the cross. | | Proclaim Rama "chemical free" -- total animal pest control, removal of smoking areas. | | "Creation of Chemical Free Zone." |



# EARTH SUMMIT

## ASC SPIRITUALITY

## AND ECOLOGY

RUMA, ILLINOIS, USA
July 13-20, 1997

**SUNDAY -- JULY 13**

**Orientation** -- Auditorium
**Welcome To The Summit**
*S. Meg Kopish, ASC*
*Ruma Provincial*
**Introduction To The**
**Earth Summit**
*S. Giuseppina Fragasso, ASC*
*Superior General*
**Opening Prayer Service**
**Ecology And The Tradition**
*Dr. John F. Haught,*
*Georgetown University*
**Report On ASC Global**
**Ecology Questionnaire**
*S. Stephanie Mertens, ASC*
*Global Ecology Commission*
**Social Hour**

**MONDAY -- JULY 14**

**Cosmos And Sacrament**
*Dr. John F. Haught*
**Earthworks**
**Plymouth, Indiana**
*S. Janis Yaekel, ASC, and*
*S. Helen Ridder, ASC*
**Cry Of The Earth, Cry Of The People**
*S. Helena Augusta Wallcott, ASC,*
*Manaus, Brazil*

**TUESDAY -- JULY 15**

**The Promise Of Nature**
*Dr. John F. Haught*
**Good Earth Farm**
**Holyrood, Kansas**
*Jim and Joyce Martin*



Ecological Crises Of
Eastern Europe
*Dr. Anna Kalinowska,*
*University Of Warsaw*

**WEDNESDAY -- JULY 16**
Personal And Cosmic Destiny
*Dr. John Haught*
The Vowed Life In An Ecological Age
(A Two-Part Presentation)
*S. Paula Gonzalez, SC*
*EarthConnection*

**THURSDAY -- JULY 17**
Toward "That Beautiful Order"
In The 21st Century:
ASC Spirituality And Ecology
*Sisters Nicla Spezzati, ASC, Geri*
*Furmanek, ASC, And Nidija Felice,*
*ASC, International Center*
*For Spirituality*
Ruma Ecological Efforts
*S. Barbara Jean Franklin, ASC*
*S. Aloysia Schumacher, ASC*
*Loyd Roscow, Ed Fuhrmann*
Trees For Life
*Balbir Mathur*
*India And The United States*

**FRIDAY -- JULY 18**
Eco Experience
*Tour Missouri Botanical Gardens*
That Beautiful Order In The Blood
Of Christ: From Utilitarianism To
Cosmic Celebration
*Prof. Franco Ferrara*
*Bari, Italy*

**SATURDAY -- JULY 19**
Tour To Native American Site
*Cahokia Mounds*
Eco Experience
*Tour Ruma Farm, Garden,*
*Earth Kinship Center,*
*And Greenhouse*
Drama: Earth Friendly
*John Gardiner, Mime*
Global Healing Service
With Tree Planting

**SUNDAY -- JULY 20**
Earth Summit Closing
Eucharistic Liturgy
*Celebrant: Rev. Al Fritsch, SJ*
*Appalachia Science In The Public*
*Interest Resource Auditing Services*
Sunday Brunch

**PLEASE NOTE**
Daily Eucharist will be at 8 a.m. in the
Province Center Chapel. Special
Summit Prayer Services will be offered
by the Liturgy Committee at intervals
during the Summit.

Each morning session includes
time for small group work using the
reflection action process followed by
reporting to the large group. Dinner is
served at 11:45 a.m. and supper is at
5:15 p.m. Summit participants will
have the afternoons free, except Friday
when they will be enroute from the
Botanical Gardens and Saturday when
they will be touring the Ruma farm.

Saturday, July 19, 1997    The Southern Illinoisan

# MIT IN RUMA

# nts American to open eyes to waste all around them

# Pollution travels around the world

home, because of the potential savings on energy bills.

"If your house was built in the 1940s or earlier, you can save at least 75 percent of the energy wasted and 75 percent of your bill," she said. "When the rates go up, you will be saving even more. This is an investment with a 40 percent rate of return."

Gonzalez uses a wood burning stove, with a catalytic combustor, to supplement the solar heat. Their hot water is heated with solar energy five months out of the year.

"Most people think you've got to live in Phoenix to have solar water heaters," she said. "But solar heated water could provide half the hot water for homes throughout America. Think of the power plants that could close from that. Think of the pollution that wouldn't happen.

Gonzalez believes Americans need to truly see the waste all around them. She noted that out of every $11 dollars of groceries, $1

is wasted on packaging.

"It's just paper and cardboard to make it more attractive," she said. "And we have to pay for it twice because we also have to pay for it to be hauled away in the garbage."

Even though Europe and the United States have been at zero population growth for years, the world's population is increasing exponentially.

"In 1960, there were 3 billion people on earth. Now there are 6 billion," she said. "People don't realize that there were only half as many people 40 years ago. By 2025, it's going to be 8 billion."

Gonzalez says the world can't afford that typical American lifestyle.

"If all 6 billion of us enjoyed the life of an average American, we'd need the equivalent of three planet earths to support us," she said. "Everything is connected to everything else. But it's hard for the average person to grasp the urgency."

Pollution is an international problem because it respects no international boundaries.

"The incident at Chernobyl in 1986? The maps of the pollution show it was not confined to the European continent. It went through the air as far as Greenland," said Anna Kalinowska, a Polish biologist who serves as co-director of the University of Warsaw's Center for Environmental Studies.

Kalinowska was one of more than a dozen speakers at an International Earth Summit at the Adorers of the Blood of Christ province center at Ruma last week. Participants discussed ecology and issues of spirituality.

"Travel through the air is very ef-

ficient," she noted. "Pesticides in the DDT family are still used on fields in Africa. Windy weather there has taken these pollutants in clouds to the Arctic Sea where they have been found in the food chain of blue whales."

She said that acid rain from Poland affects trees in Sweden and Britain, while air pollution has deforested many mountains in Poland.

"This has caused disastrous floods in Poland because the forests used to act like sponges for the rain, but now it just comes down the slopes," Kalinowska explained.

She believes that global warming has caused the unexpectedly heavy rains that also have contributed to the floods.

"Global warming influences the

climate," she said. "In some places it is more dry and others are more wet."

The oceans are another pollution arena with no borders. On a trip to the Red Sea, Kalinowska saw trash from all over the world washing up on the beach.

Although these problems are huge, Kalinowska said average citizens can make a difference by pressuring government officials to enact international agreements to reduce pollution. In our daily lives, we can help by reducing consumption and increasing recycling efforts.

"I know this is an idealistic point of view," she said. "But if we don't believe we can change things, it will all be hopeless."

— *Cindy Humphreys*

# Ruma Convent site of environmental gathering

The 500-acre Province Center of the Adorers of the Blood of Christ at Ruma was the site for an International Earth Summit July 13-20.

Nearly 50 Adorers and their guests from around the world gathered in Ruma for a week of discussions on ecology and spirituality.

Adorers and guest speakers traveled to Ruma from Bolivia, Brazil, Croatia, Guinea Bissau, Italy, Liechtenstein, Poland, South Korea, Tanzania and the eastern and midwestern United States for the week-long summit. The international congregation of Catholic women religious called for an Earth Summit, including 'elements of prayer', with the Adores' spirituality, education and experiences to expand consciousness of environmental issues and to promote greater collaboration with existing environmental efforts.

Sister Stephanie Mertens, ASC, of Evansville, chaired the ASC Global Ecology Commission, which organized the meeting.

"As a case in point, Ruma Speaks through its resource conservation of the need for our affluent country and world to simplify their respective lifestyles. The Ruma community is a glory to the environmental discernment process through its planning and involvement," said Rev. Al Fritsch, SJ, in his homily at the Earth Summit's closing Mass on Sunday, July 20.

"Your meeting is a world first, a gathering of an entire international religious body to discuss the ministry that is related to our earth. Make individual examples seen or voiced at Ruma part of the wider world environment. Ask specific questions, learn concrete facts, and be willing to make practical implementation where needed," said Father Fritsch, a Jesuit priest who directs the Appalachia Science in the Public Interest Resource Auditing Services at Mt. Vernon, Ky. This service conducted a resource audit of the Ruma convent property in 1990.

In a presentation on ecological efforts at the Ruma Province Center, Sister Barbara Jean Franklin, ASC, treasurer of the Ruma Province Adorers of the Blood of Christ, reviewed the 121-year history of the Ruma Convent.

"As a Province, we have a history of close ties to the land," she said. "While the face of our land and buildings has changed many times, the constant thread that runs through our history is that we have tried to be responsible users of the many resources which make up the Ruma Province Center property."

Sister Franklin traced the Adorers' involvement with earth advocacy and education to 1985 with

the creation of a Farm Crisis Committee to better understand the US farm crisis. This evolved into the present Earth Kinship Committee, which was represented at the presentation on Ruma by Sister Aloysia Schumacher, ASC, RN, Ruma.

"Earth Kinship is a ministry of raising awareness of the Creator's omnipotence, the interconnectedness of all, the relationship of Creation, Incarnation and Redemption," Sister Schumacher said. She also spoke of the Earth Kinship Center, a renovated chicken house on the Province Center grounds, which is used as an environmental educational resource center for sisters and visiting groups alike. Recycling efforts are also based as the center.

Staff/horticulturist Ed Fuhrman spoke on organic gardening methods in use at the Province Center and special landscaping projects which beautify the site.

Loyd Roscow, director of physical properties at the Province Center, offered Earth Summit participants an overview of the center's ecological efforts from tree planting and landscaping to construction and water treatment.

"We have begun to practice sustainable farming here at the Province Center and use the no-till method on 90 percent of our corn crop and 100 percent of our soybean crop. We have seen a 25-30 percent increase in our yield and a 50 percent decreased in labor time and fuel consumption as a result of no-till," Roscow said.

He also discussed the recycling program of the Ruma Province Center.

"In 1996, the convent started a recycling program and within one year, we recycled 2,000 pounds of cardboard, 1,000 pounds of newspaper, 3,000 pounds of tin, 600 pounds of number two plastic,

2,000 pounds of office paper, $450 worth of aluminum cans, $100 in scrap metal and tin, $540 in scrap aluminum and $80 in scrap copper and brass," Roscow said.

Automobile engine oil, antifreeze and cleaning liquids used by the Sisters and staff are also recycled by the Province Center.

As a member of the Illinois Recycling Association and a charter member of the Randolph County Recycling Committee, the convent has helped Prairie du Rocher and the village of Ruma in establishing recycling programs for their towns.

Part of Roscow's report focused on the raising of sheep and goats at the Province Center property, in addition to cattle and hogs. Roscow shared his interest in sheep raining with the convent to reduce grass mowing and to add to the picturesque grounds of the Province Center.

The sheep also help the Adorers take their earth message beyond Ruma when sheep shearing exhibits are held at area schools, nursing homes and retirement centers. These demonstrations generate dialogue on sheep raising and various earth education issues, he said.

The keynote speaker for the ASC Earth Summit was John F. Haught, chairperson of the Theology Department at Georgetown University, Washington, D.C., who spoke on the spiritual dimension of the discussions.

"We must keep nature whole, if the promise of new creation is to survive in our hearts. We would have no hints of the future new creation of life, if we lose the natural world in which we first gain any sense of life at all, " Haught said.

"Since nature's beauty, vitality and creativity are an irreplaceable intimation of the new creation promised to us and the whole universe, we will protect them with all of our moral energy. Those who are sensitive to the element of promise in nature will mourn the poisoning of land, air, streams and oceans, and the destruction of ecosystems everywhere. An important reason for saving nature is that it carries an incalculable

promise," he said.

Other speakers reflected on some of the concerns facing ecologists today.

"The spread of toxic substances is favored by natural processes like the cycling of water and the movement of large air masses around the globe. Thus pesticides on African fields may enter the food of those living in Greenland. Traveling with water and air, chemical poisons provide ample confirmation of the grim saying that pollution knows no frontiers," said Dr. Anna Kalinowska, a Polish biologist with the University of Warsaw.

Jim and Joyce Martin shared similar experiences with the Good Earth Farm in south central Kansas.

"Kansas has the worst polluted ground water in the fifty states due to farming practices along with run off from hog and cattle farms. Today, the well water on the Good Earth Farm and on neighboring farms in the same area is polluted from fertilizers, herbicides, and nitrates. The cost of chemicals is increasing; alternatives must be found. Our global home is in danger. It is evident in the air we breath, the food we eat, the water we drink," Mr. Martin said.

SPARTA NEWS–PLAINDEALER

July 30, 1997

# Women religious hold world summit on environment

**By Liz Quirin**

RUMA, Ill. (CNS) — A worldwide July gathering on the environment made the Province Center of the Adorers of the Blood of Christ in Ruma look more like the United Nations than a Southern Illinois convent.

It was a historic occasion for the 50 nuns and their guests, who came from five continents to discuss the needs and welfare of the earth and the role the Adorers' spirituality can play in safeguarding the planet.

Keynote speaker John F. Haught, chairman of the theology department of Georgetown University in Washington, set up a four-day sequence of discussions on the relationship of theology to ecology.

"Since nature's beauty, vitality and creativity are an irreplaceable intimation of the new creation promised to us and the whole universe, we will protect them with all of our moral energy," he said.

"Those who are sensitive to the element of promise in nature will mourn the poisoning of lands, air, streams and oceans and the destruction of ecosystems everywhere," he added.

The Earth Summit arose out of a resolution at the Adorers' 1995 general assembly, committing the order to "radical initiatives for our planet's welfare and to a lifestyle which is ecologically responsible."

The mid-July summit drew participants from Bolivia, Brazil, Croatia, Guinea-Bissau, Italy, Liechtenstein, Poland, South Korea and Tanzania as well as various parts of the United States. Translation booths were set up in the conference room to handle the multiple language needs.

Sister Stephanie Mertens, provincial justice and peace coordinator, chaired the order's Global Ecology Commission, which organized the summit.

She said the commission prepared for the summit by surveying the views of order members around the world on dan-

gers to the planet and what their response should be as people of faith and as Adorers of the Blood of Christ.

"There was agreement that the environment is in grave danger" and that what endangers the environment also endangers humanity, she said.

*'There was agreement that the environment is in grave danger.'*

Besides hosting the conference, the 500-acre Province Center served as an example of environmental commitment. Participants studied its recycling programs and toured its working farm, which uses no-till farming for soybean and corn crops.

The center recycles paper,

metal, plastic, engine oil, antifreeze and cleaning products and has been instrumental in getting neighboring towns to develop recycling programs.

At the conference's closing

Mass, a priest who specializes in environmental issues urged participants to take the example of the Province Center's commitment back home with them and adapt it to their own circumstances in various parts of the world.

"Ruma speaks through its resource conservation of the Public Interest Resource Auditing Services in Mount Vernon, Ky.

need for our affluent country and world to simplify their respective lifestyles," said Jesuit Father Al Fritsch, director of Appalachia Science in the

ST. LOUIS REVIEW        August 29, 1997

# Formerly Of Chester, Nun Says Earth Needs Saved Now

About one-sixth of the world's population is rich and abuses our world by consuming 80 percent of the earth's resources. That one-sixth is us Americans and some Europeans, Sister Ann Irose told the newspaper at the International Earth Summit at Ruma last Saturday.

Another 1.1 billion are very poor, while the rest of the 3.3 billion are middle class. These people consume the 20 percent that is left over, Sister Irose said.

Because of the heavily populated world, we need to take steps now to save the earth, she said. If we do not make drastic changes by the year 2000, humans will be extinct, Sister Irose said.

Sister Irose said she realizes how interconnected the whole world is and the importance of taking care of it because of her work in Bolivia, where she has been for the last 24 years. Formerly of Chester, Sister Irose worked 12 years before that in Puerto Rico. Her brother, Leo, still lives in Chester.

"It's not that I don't like Chester, but I love Bolivia," she said.

The earth is 13,000 feet above sea level in Bolivia and the air has little oxygen. It is cold there year round, so vegetables need to be grown in greenhouses.

Sister Irose lives with the native people in what was once a river



Part of the International Earth Summit at Ruma on Saturday included a trip around the farm. Sister Ann Irose grew up on the farm. She recognized the no-till soybeans as something her brother does. Sister Irose is on the far left.

bed high up in the mountains. There is little top soil and a lot of rock.

The indigenous people of Bolivia have to make a great effort to grow anything. They love their land and have a great appreciation

for the planet.

"They don't just plant, they give thanks," she said.

They bless the ground before the vegetables are planted. They also bless the vegetables while they are growing and when they

are harvested.

But Americans are out of touch with the earth.

We buy soda in cans and plastic bottles and just throw it away afterwards.

See EARTH—Back Page

## EARTH

Continued from page 1

We buy new furniture and forests are cut down. The forests are the lungs of the she said.

Chemicals are endangering earth. We buy packaged grocery and then throw the containers

"If everyone would just cut 10 percent we would save earth," she said. "I have a mug everyday that I never throw away

People can car pool and transportation.

In Bolivia, hardly anyone vehicles because of public portation.

Their appreciation of the extends to the herbs that are and the animals that are around. They have a pet dog named Bo

The people Sister Irose works with are too poor to even buy aspirin. They use herbs to treat themselves.

Mustard plant can be used to bring down the temperature of a fever. They practice alternative medicine, which Sister Irose said



Sister Ann Irose, above, at her bario in Bolivia where she teaches the natives how to grow vegetables in greenhouses. Where she lives is very cold, but the sun is very strong. Sister Irose said she was proud to have achieved growing these turnips outside, without the use of a greenhouse.

works.

"They do it with the energy in their fingers," she said. "They use a steel bar and use the center of energy of the body." Sister Irose is on a committee that is only now installing a sewer system in the community.

"Our next project, with available government funding, is to hopefully build a school," she said.

Sister Irose, who frequently mixed Spanish with English during the interview, said she has found what she truly loves because of her work in Bolivia.

She made first vows in 1950 and lived outside of the United States since 1961. She has grown spiritually through her work.

The City of Chester is more beautiful every time she comes back, but her home in Bolivia is a place she truly loves.

"Preserving a Sanctuary"

The members of the Adorers of the Blood of Christ reverence the land that has been entrusted to them and wish to protect its many benefits for generations to come. One of the ways the Adorers are doing this is by setting aside 114 acres of woodlands on their property in Ruma, Ill., to be maintained as a forest regardless of who owns the land. The community plans to apply to be part of the U.S. Department of Agriculture Forest Service's Forest Legacy Program.  The program is a covenant that will ensure that the woodlands will be forever maintained as a forest.

Two years before the U.N. proclamation of 2011 as the International Year of Forests, the Adorers took serious steps toward protecting the woodlands located on their 500-acre Ruma property. In June 2009, a certified forester reviewed all of the wooded acreage with a view to long-term management of a healthy and productive forest. The forester made four recommendations. Two already have been carried out by the Adorers; the remaining two will be addressed in the next few years:

1) Complete a forest management plan to identify the trees and the quantity/quality of each species and outline what needs to be done in the next 10 years to improve the forest's growth and quality. A plan was completed in March 2010 and approved for 10 years by the Illinois Department of Natural Resources in April 2010.
2) Remove exotic invasive species. In fall 2010, the Adorers hired a firm with a cost-sharing grant from IDNR to remove three non-native, invasive species: autumn olive, bush honeysuckle and tree of heaven. The Adorers have responsibility of on-going inspection and treatment to keep these species in check.
3) Conduct a timber sale of mature hardwoods.
4) Complete a timber stand improvement.

Adorers' foundress St. Maria De Mattias called upon her community to help establish "that beautiful order of things which the great Son of God came to establish with his Blood." Through this effort to preserve a woodlands sanctuary, the Adorers continue to serve as prophetic collaborators with the Creator to meet this call.

Date


Director Marc Miller
IDNR
One Natural Resources Way
Springfield, IL  62702

Dear Director Miller

We are a religious order located in Ruma, IL which is committed to a strong Land Ethic.  Over the years our members have come together on a shared vision of how we intend to steward our land now and into the future.  To that end we have been working with several agencies and organizations including the Southwestern Illinois Resource Conservation and Development out of Mascoutah.

Over the years we have studied and evaluated many programs to see if there was a fit with our Land Ethic.  The Forest Legacy program of the US Forest Service and administered by IDNR is a perfect fit for the forest resources that we have on our property.  We would like to participate in this program but have concerns that IDNR is currently not ready, willing and able to process any Forest Legacy applications.  We are aware of a neighbor of ours that has submitted an application but he has not heard a word about his pending application.

We recognize that there is a process for submitting an application to the US Forest Service for consideration and would like to submit an application with some assurances that it will be processed in a timely manner.  We understand that this is a two-step process – an application to IDNR and then a recommendation from IDNR to the Forest Service for consideration.  Please let us know how to proceed.

If you are ever in the area we would be pleased to show you how we steward our land and water resources.


Sincerely,



Cc: Dan Reitz, State Representative
      Sen. Dick Durbin
      Cong. Jerry Costello

FOR OFFICE USE ONLY

Received by: _____   Application Number: _____   Date: _____

STATE OF ILLINOIS
DEPARTMENT OF NATURAL RESOURCES
Application for enrollment in the
**FOREST LEGACY PROGRAM**
In cooperation with
United States Department of Agriculture
Forest Service

APPLICANT INFORMATION:

Landowner's Name: *Adorers of the Blood of Christ*

Mailing Address: *4233 Sulphur Ave.*

*St. Louis, MO 63109-1517*

Daytime Telephone Number: *314-351-6294*

Contact Person: *Loyd Roscow*

Mailing Address: *4233 Sulphur Ave.*

*St. Louis, MO 63109-1517*

Daytime Telephone Number: *314-351-1517*

Congressional District: *12*

Illinois House District: *116*

Illinois Senatorial District: *58*

PROPERTY INFORMATION:

Legal Description: County *Randolph*   Township _____

Range _____   Section _____

Assessor's Plat(s) and Lot(s): _____

Deed Reference (book and page number): _____

Current Local Zoning where property is located
(Include minimum lot size and road frontage): _____

_____

Current tax valuation or recent
appraisal (attach if available) _____

Property's Total Forested Acres: _____

Forested Acres of Tract Offered For Forest Legacy: _____

Acres of Cleared/Open Land: _____

App-B-3

## LANDOWNER GOALS AND OBJECTIVES

Describe your long-term goals and objectives for this parcel:

To maintain this parcel as a forest.
This includes a commitment to control invasive species,
work on stand improvement and harvest timber
as appropriate. These elements are all part of
our forest management plan.

## TRADITIONAL FOREST VALUES

What is/are the "Traditional" use(s) of this forest land?

Traditionally this forest land has been appreciated
for its aesthetic value, used for "gentle" recreation
and has served as a habitat for wild life - both
flora and fauna. Some hard wood was harvested
several decades ago.

## LANDOWNER COMMENTS

What, in your opinion, is the "Threat of Conversion to Non-Forest Use' of the parcel proposed for enrollment in the Forest Legacy Program? Be Specific.

Developing this parcel or using it for traditional
agricultural purposes would result in the loss
of its aesthetic value, recreational use, forest
production and native plant and animal species

Do you currently have a forest management plan?  __YES__   If so, please provide a copy.

## LOCAL ENDORSEMENT

What local conservation related plan and/or organizations support this application?  Name the plan and/or organizations, and include a letter of support from the organizations and explanation of how the inclusion of your property helps meet the goals of the protection strategy of the plan.

App-B-4

### Guatemala at a Glance
### Informe (year 4/ No.2) October/November 2011 (elections part 2)

"*Out of an awareness of our own brokenness and the wounds of the world, WE ADORERS choose life for ourselves and for others by being a compassionate presence wherever need touches our hearts.*" ♡
(statement of Adorers of the Blood of Christ at U.S. Regional Assembly October 2011) Wounds of the world....need touching our hearts...for this reason the ASCs continue to serve in Guatemala.

**News:** In late October the U.S. Regional Assembly of sisters and collaborators was held in St.Louis, as well as participation from our 3 centers (Wichita,KS, Ruma,IL and Columbia, PA). For 3 days we prayed, listened and shared as we prepare to select a new leadership team in 2012. We ask all of you to hold us in prayer as we make the choices which mean LIFE for those with whom and among whom we minister.

In Guatemala life can seem so very precarious. Yesterday finalized the election of the new president who will serve for the next 4 years, retired general Otto Perez Molina. There are many questions surrounding him and the role he played in the civil war and later. While we did have candidates for different offices who are part of the energy and new hope for Guatemala, unfortunately none of them were elected. But we are encouraged by the support they received and their willingness to put themselves out there. For an in depth coverage of the presidential candidates please check out **The Guatemala Human Rights Commission/USA.** (http://www.ghrc-usa.org/).

**Hard news:** The mining situation continues to wreak havoc on local communities. Our local area San Pedro Ayampuc is one of the critical hot spots. The ecological arm of the Sangre De Cristo Healthcare project is at the forefront of providing education and organizing resistance to the abuses being committed against the land and Guatemalan poor. Please keep all in prayer. (For more information in general, go to youtube.com and search Marlin mine.)

**Happier news:** The Maria De Mattias Education Institute has finished the 2011 school year. We are now hosting "summer school" classes for those who would like to study here next year. Hopefully, entrance exams and registration will be completed in time to have a month of vacation in December. We closed the school year with a wonderful parents' meeting of over 800 participants and the teachers presented a creative and entertaining play on the importance of working together to achieve the impossible. Kris was one of the stars and played a most convincing role as an ambitious rain-drop! We have a video copy if you're interested!

We are deeply honored by the news that Newman University (Wichita,KS) will be awarding us an **Honorary Degree in Humane Letters (Global Perspective)** for being examples of the University core values and its global perspective. We value the connection we have with the University and their yearly on-site presence as volunteer servants. Dr.Dani?? Dr.Kris?? wow.



**Sad news:** Our dear friend Dr.Alison Clarey died this past week. Alison was the first surgeon to offer service to the healthcare project for the yearly weeklong volunteer surgery program. It is impossible to relate how many people's lives she touched and changed for the better. Our only consolation is that she and another special friend and volunteer Kim Shepherd are now together watching over us.

So dear friends, we leave you in this Thanksgiving season with a deep felt appreciation for each of you and the ways you allow "needs to touch your heart." Be assured of our gratitude and prayers. May your turkey be tasty!!! *Kris and Dani*

**From Dani and Kris in GUATEMALA December 2012**



Greetings from our house to yours!  Advent has begun and we join with all of you in an active stance of waiting for God's love to move in and through us to touch a hurting, broken world.

Here in Guatemala we are very aware of that brokenness.  Since March of 2012, the Healthcare Project Sangre de Cristo has been alongside the nearby communities who are engaged in a nonviolent struggle against a gold mine owned by the U.S. company Kappes, Cassiday & Associates.  The communities have established a "human roadblock" as they maintain a constant presence at the entrance to the mine, all in an effort to defend their water, environment and health.  We were grateful to Sister Barbara Hudock, ASC, our Regional Leader who was with us last week and able to visit the mining site and speak words of encouragement to the people gathered to celebrate the 9 month anniversary of presence with a beautiful Mass.




We share with you a photo of the woman who initiated the resistance movement (in red, Estelle) and one of the leaders (in blue, Yolanda) who was shot 3 months ago and though still recovering from surgery which could not remove the bullet, is back at the mine to support the communities.(Kris, Dani and Barb are also in the photo.)  To read more and stay up to date, visit the Guatemala Human Rights Commission/USA web site.

And so together, part of many circles of community, in this corner of our world, we continue on trying to be about what our US Region of the Adorers of the Blood of Christ calls us to: **Out of an awareness of our own brokenness and the wounds of the world, we Adorers choose life for ourselves and others, wherever need touches our heart.**

So "building up" we must!  Two major projects of the Maria De Mattias Education Center (The Institute) have been all about building:

# EXHIBIT G



The red lines show the proposed Atlantic Sunrise expansion. The light blue lines are the existing Transco system. Williams

"The Atlantic Sunrise pipeline," https://stateimpact.npr.org/pennsylvania/tag/atlantic-sunrise-pipeline/ (accessed Oct. 14, 2020)

# EXHIBIT H

ROW Agent Contact Report

Atlantic Sunrise

Universal Field Services, Inc.

Tract Number:    PA-LA-245.000

SISTERS ADORERS OF THE MOST PRECIOUS BLOOD, ST JOSEPH CONVENT,
COLUMBIA PASISTERS ADORERS OF THE MOST PRECIOUS BLOOD, ST JOSEPH

Landowner:    CONVENT, COLUMBIA PA

Address:    4233 SULPHUR AVENUE, ST. LOUIS, MO 63109

Phone Number:   MATTHEW P DRUMM-POINT OF CONTACT: 314-299-2204 (C )

| Comment Date | Contact Type | Comments | ROW Agent |
|---|---|---|---|
| 3/14/2018 | Phone | Contacted Landowner to introduce myself as their new land agent and to give them my contact info. Also to see if they have any questions or concerns. | |
| 3/14/2018 | Phone | Contacted Landowner to introduce myself as their new land agent and to give them my contact info. Also to see if they have any questions or concerns. | ROBERT HENDRIX |
| 9/20/2017 | Phone | BV, 9-20-17, Phone:  Agent Bo Vires spoke with landowner to advise to clear fields.  Agent Vires also asked permission to place a "no trespassing" sign at road crossings and PARs and TARs.  Landowner consented.  No issues. | BO VIRES |
| 3/27/2017 | Phone | During a conference call for another tract, attorney Caroline Hoffer advises that she is representing the Adorers of The Blood of Christ. Ms. Hoffer advises that their is a "social morality" issue here and the sisters will not be able to settle out of court. Redacted - Privileged **Redacted - Privileged** | TOM GATELY |



TRANSCO-ADORERS_00000041

ROW Agent Contact Report

Atlantic Sunrise

Universal Field Services, Inc.

| Comment Date | Contact Type | Comments | ROW Agent |
|---|---|---|---|
| 9/26/2014 | In Person | BV, 9-26-14, Mail:  Initial Offer Letter mailed out via certified mail with offer of $53,340.00 | BO VIRES |
| 6/18/2014 | | BGA, 4-5-14 7:00 p.m.  Agent BGA drove to the subject property.  The sign at the entrance said "Columbia Christian Fellowship" and gave the web address of www.blesscolumbia.org and a phone number of 717-684-2303.  Since it was after business hours, agent did not attempt a visit.  The Manos House islocated on the premises, but not on subject property. | |
| 6/18/2014 | | Received call from Jack Licata (314.351.7919) CFO. Mr. Licata stated the board deicded not to grant SP. They are against fracking and taking a stand on anything related to it. | |
| 5/19/2014 | | BGA, 4-22-14 12:03 p.m., Phone call from Jack Licata (314-351-7919), CFO ofthe Adorers of the Blood of Christ.  The board has decided to NOT give survey permission.  Mr. Licata asked from where the gas was coming. They are against fracking & take a stand on anything related to it.  Since this pipeline would be transporting gas from the Marcellus Shale wells where frackingis used, the board is against it because of the environmental impact.   Agent asked that the board reconsider giving survey permission and explainedthat without being able to determine what is on the property and how it isused, it is essentially a blank slate.  Agent said if they would work withus now, we are early enough in the process to have some wiggle room to makeadjustments to the route to help accommodate their needs.  If they don't work with us, we won't have the knowledge to help them and the route will bemore influenced by the other property owners who do tell us about their property and their needs. Mr. Licata said he would relay that to the board. | |
| 5/19/2014 | | BGA, 4-21-14 3:14 p.m., Phone call to Jack Licata, CFO of the Adorers of the Blood of Christ.  No answer.  Left message. | |



Confidential

TRANSCO-ADORERS_00000048

ROW Agent Contact Report

Atlantic Sunrise

Universal Field Services, Inc.

| Comment Date | Contact Type | Comments | ROW Agent |
|---|---|---|---|
| 5/19/2014 | | BGA, 4-11-14 12:16 p.m., Phone call to Chris Wonkle at 717-285-0420, x1102.Got his voice mail, left message requesting an appointment. | |
| 5/19/2014 | | BGA, 4-9-14 4:25 p.m. Phone call from Pastor Hub Smith to Agent BGA.  He left a message stating Columbia Christian Fellowship leases their property from Manos House.  The executive director of Manos House is Chris Wonkle at 717-285-0420, x1102. | |
| 5/19/2014 | | BGA, 4-9-14 3:35 p.m. Visit to Columbia Christian Fellowship offices.  Pressed both the intercom button and the doorbell at the front door.  No one came to the door.  Agent left business card and note in mailbox at front of the building.  Agent then drove to the back of building where she found a teacher exiting the back door. The teacher said Pastor Hub Smith is the business person with whom agent should talk. | |
| 5/19/2014 | | BGA, 4-9-14 1:54 p.m.  Phone call to 717-684-2303.  No answer.  Left detailed message. | |
| 5/19/2014 | | BGA, 4-7-14 2:46 p.m. Phone call to 717-684-2303.  No answer.  Left message. | |



Confidential

TRANSCO-ADORERS_00000050

# EXHIBIT I

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ADORERS OF THE BLOOD OF CHRIST, UNITED STATES PROVINCE, *et al.* )<br>      Plaintiffs ) | |

ADORERS OF THE BLOOD OF CHRIST, UNITED
STATES PROVINCE, *et al.*           )
      Plaintiffs                  )
                             )   CASE NO. 5:17-cv-03163-JLS
          v.               )
                             )
FEDERAL ENERGY REGULATORY COMMISSION, *et* )
*al.*                              )
      Defendants

### Declaration of Matthew Drumm

I, Matthew Drumm, declare based on personal knowledge as follows:

1.     I am the facilities manager of the Adorers of the Blood of Christ, United States Province ("Adorers").

2.     Transcontinental Gas Pipeline Company, LLC ("Transco") representatives have communicated with me about Transco acquiring a right-of-way across a portion of the Adorers' property located along Prospect Road in Columbia, Pennsylvania to be used for Transco's Atlantic Sunrise pipeline.

3.     Pursuant to the direction of the leadership team of the Adorers, I consistently and repeatedly informed Transco's representatives that the Sisters would not agree to Transco's offers to acquire a right-of-way from the Adorers to run the pipeline through their property.

4.     By September of 2016, if not before, I informed "Bo" Virus, a representative of Transco, that the Adorers would not agree to Transco's offers to acquire a right-of-way over the Adorers' property because the Adorers' and the individual Sisters had adopted in 2005 a Land Ethic (a copy of which is attached to this declaration), which is based upon the religious beliefs

and practices of their Roman Catholic faith.

5.      I told Mr. Virus that the Land Ethic was posted on the website for the Adorers and could be viewed by the public.

6.      Even after indicating that the Adorers would not agree to Transco's offers to acquire a right-of-way from the Adorers, Mr. Virus and Aaron Blair (an employee of Williams) continued to contact me with additional offers and proposals, all of which were rejected by the Adorers based on their religious beliefs and convictions.

7.      In my communications with Mr. Virus and Mr. Blair, it was understood that the reason the Adorers would not agree to the right-of-way, regardless of the amount of money offered, was because of their religious beliefs as reflected in the Adorers' Land Ethic.

I understand that false statements herein are made subject to the penalties of 18 Pa.C.S.A. §4904 relating to unsworn falsification to authorities.

Date: __10/3/2017__                            _____
                                               Matthew Drumm

# EXHIBIT J

















# EXHIBIT K





The Adorers of the Blood of Christ set out to establish a presence in Columbia on March 25, 1925.

"The work we do is God's.  In the face of tribulations, anxieties and misfortunes place all in the hands of the Lord and you will see miracles."
St. Maria DeMattias

**Thank you for praying with us...**

Bring about that beautiful order of things...

Our foundress Saint Maria De Mattias has a quote that encourages us to remain dedicated to "bringing about that beautiful order of things."

In our ministries, our community life, and our common spirituality, we strive to be compassionate presence, making God's love known to all.

Most recently, this ministry of presence has called us to exercise our religious liberties in defense of this land.

Our spirituality compels us to protect the vulnerable. This includes the land the people, the water and the air; all who will suffer from having the Atlantic Sunrise Pipeline in their backyard. *Please pray for and work with us in "bringing about that beautiful order."*



**To learn more:**

Adorers of the Blood of Christ
[www.adorers.org](www.adorers.org)

4233 Sulphur Ave.
St Louis, MO  63109

# Palm Sunday Service March 25, 2018



## ADORERS OF THE BLOOD OF CHRIST
### U. S. Region

*Welcome*

*Opening Prayer*

*Blessing of Palms*

*Scripture Reading: Mark 11:1–10*

When they were approaching Jerusalem at Bethpage and Bethany near the Mount of Olives,  he sent two of his disciples and said to them, "Go into the village ahead of you, and immediately as you entering it, you will find tied there a colt that has never been ridden; untie it and bring it here.  If anyone says to you, 'Why are you doing this?' just say this, 'The Lord needs it and will send it back here immediately.'"  They went away and found a colt tied near a door, outside in the street.  As they were untying it, some of the bystanders said to them, "What are you doing, untying the colt?"  They told them what Jesus had had said; and they allowed them to take it.  Then they brought the colt to Jesus and threw their cloaks on it; and he sat on it.  Many people spread their cloaks on the road, and others spread leafy branches that they had cut from the fields. Then those who went ahead and those where followed were shouting,

"Hosanna!
Blessed is the one who comes in the name of the Lord!
Blessed is the coming kingdom
Hosanna in the highest!



*Reflection*

*Procession:  Were You There?*

### Were You There





Text: 10 10 14 10. Text and music: African American Spiritual

*Dedication of the Cross and Labyrinth*



### The Way of the Cross for Creation

Leader: L
All: A

L:   Station 1:  Jesus is Condemned to Death

L:   We adore you, O Christ, and we praise you.
*A:  For by your holy cross you have redeemed the world.*

L L:  Jesus, you are unjustly condemned to death by Roman authority. You are innocent, but that doesn't seem to matter. Those who could put a stop to this travesty are silent.

We stand here today on this sacred land that has been unjustly condemned by the authority of the federal government. A high-pressure gas pipeline lies beneath our feet.  The laws of the land meant to serve the common good are being manipulated for the powerful and the wealthy.

We refuse to be silent.  Help us to use our voices, our presence and our influence to speak out against legal systems, government structures and multibillion dollar corporations that desecrate the environment and trample on our rights and religious freedom.

Pause

Leader: Station 2:  Jesus Takes Up the Cross

L:  We adore you, O Christ, and we praise you,
*A: For by your holy cross, you have redeemed the world.*

L:  Jesus, the weight of the cross matches the heaviness of your heart as you pick up your cross and begin your journey toward death. Despite your innocence, you are being mistreated and abused.  Any recourse within the system has been exhausted. It looks like the powerful have gotten their way.

Our hearts are heavy when we see what is happening to our land. To be forced to have a fossil fuel pipeline on the very land we hold sacred makes no sense.  This land has been used to sustain life...to nurture life. And now, the pipe buried beneath our feet has the capacity to cause harm to creation.  We will continue to speak out. It's just not right. Give us the courage to take up this cross for the sake of the Earth, for the sake of your people.

*A:  We reverence Earth as a sanctuary where all life is protected; we strive to establish justice and right relationships so that all creation might thrive.*

Pause



3

4

L:  <u>Station 3:  Jesus Falls the First Time</u>

L:  We adore you O Christ, and we praise you,
A: *For by your holy cross you have redeemed the world.*

L:  Jesus, despite your efforts to bravely shoulder the cross, this is all too much. You fall, overwhelmed and worn. You spent your life bringing life and love to others. What went wrong? As you struggle, you hear the threats of the soldiers who have been given the orders to take you to your death. Despite it all, you are able to get back up again. You do what you must do. You take the next step.

When we look around at our world today, we, too, wonder what went wrong? How can it be that our water and bio–systems are polluted? How can it be that the air for animals and plants and humans is poisoned with toxins? We have received the calling from God to be responsible stewards of all of creation. We can't give up. Give us the energy to push on…to take the next step.
                                    Pause

L:  <u>Station 4:  Jesus Meets His Mother, Mary</u>

L:  We adore you O Christ, and we praise you,
A: *For by your holy cross you have redeemed the world.*

Jesus, in the midst of this harsh reality, you look up and see your mother, Mary. Though she is heartbroken, she does not flinch at the harsh words and the taunts of the soldiers. She knows of your innocence. She stands with you with courage and with love.

Help us, who gather here today, to extend our unwavering love and support for Mother Earth. We are heartbroken by how much she suffers because of selfishness, thoughtlessness and greed. Help us to be like Mary and use our courage and compassion to bring healing and hope to all of creation.

*All: As advocates of Earth, we choose simple lifestyles that avoid excessive or harmful use of natural resources; we work in solidarity with all creation for a healthy and sustainable lifestyle.*

                        Pause

L: <u>Station 5:  Simon Helps Jesus Carry the Cross</u> and
    <u>Station 6:  Veronica Wipes the Face of Jesus</u>

L:     We adore you, O Christ, and we praise you,
A: *For by your holy cross, you have redeemed the world.*

L: Jesus, the cross has become so heavy that the soldiers know you won't make it to Calvary without some assistance.  Simon is pulled out of the crowd and forced to help you, and Veronica, on her own initiative, steps forward to offer you tenderness and care.  Those two represent all of us at different times in our lives. Sometimes we have to be forced to step out of our comfort zone to do what is needed, and other times, we feel compelled by God's grace within us to step out from the crowd, and unabashedly express our care for what we deeply love.

5

6

In our efforts to lighten Earth's load of pollution, climate change, interruption of bio-systems, destruction of land and waterways, we ask you to help us to step up, and to tenderly lift up the burdens of creation for the sake of the lives and legacies of our human family.

*A:   We seek collaborators to help implement land use policies and practices that are in harmony with our bioregions and ecosystems.*

L:  Station 7:  Jesus Falls the Second Time
    We adore you, O Christ, and we praise you
*A: For by your holy cross, you have redeemed the world.*

L:  Jesus, it seems like you've been carrying this cross for way too long..and it looks like there's no relief in sight. Even though you try to stand tall to finish what you've been forced to do, your knees buckle, and you go down. Gradually, somehow, someway, you are able to get back up again. You do what you must do. You bravely take the next step.

When we are forced to shoulder the weight of a burden we did not invite; when our faith, values, and religious freedoms begin to buckle under the weight of unjust systems, we feel ourselves going down. But then we remember what you did for love of us, and we somehow, someway are able to keep on going. We do what you ask us to do as holders of the legacy of all creation. We bravely take the next step.

Pause

7

L:  Station 8 Jesus Speaks to the Women

 L:  We adore you, O Christ, and we praise you
*A: For by your holy cross, you have redeemed the world.*

L:  Jesus, as you walk toward Calvary, there are people lining the way. Some watch the grisly spectacle in silence, while others add to the taunts of the soldiers. You notice a group of women who have stepped away from the crowd. Their eyes are filled with compassion and care. They aren't like the others. Even in your pain, your heart fills with love for them. You pause to speak to them. You tell them how much their presence means to you.

In our journey in life, we meet so many people along the way. Some stand out from the crowd by offering the gift of their presence.  We are grateful to those who love us enough to stand for and stay with us, no matter the cost. May we take notice of their compassion, and offer the gift of accompaniment and love to all of creation.

*A: We respect our interconnectedness and oneness with creation and learn what Earth needs to support life.*

Pause



8

L: Station 9:  Jesus Falls the Third Time and
   Station 10:  Jesus Is Stripped of His Clothes

L:  We adore you, O Christ, and we praise you
A: *For by your holy cross, you have redeemed the world.*

L:  Again, the heaviness of the burden of what you are carrying becomes too much, and drags you to the ground. This time, you can hardly move, and the soldiers roughly yank you to your feet.  From all accounts, it looks like there is nothing more to do. The soldiers and the authorities then seek to humiliate you even more by stripping you of your clothing. Your beaten and bruised body is on display for all to see its gashes and wounds. They are too blind to see that what really is exposed is their own complicity in the efforts of those who have condemned you on false charges. Don't they understand that your only crime was to offer love to all?

There are times when what has been given to us to carry for the life of others is overwhelming and knocks us to the ground.  It looks like we have been beaten, despite our best efforts.  Our land, our water, our air continues to be stripped of its beauty, its health, its life. Even when the wounds of creation are exposed, there are still eyes who are blind to it all.  What are you asking of us, God? What more can we do to help open the eyes of humanity to cover our Earth in sacred protection?

A:  *We treasure land as a gift of beauty and sustenance; we see it as a legacy for future generations.*

Pause

9

L: Station 11:  Jesus is Nailed to the Cross and
   Station 12:  Jesus Dies on the Cross.

L:  We adore you, O Christ, and we praise you
A: *For by your holy cross, you have redeemed the world.*

After the soldiers nailed Jesus to the cross, they took his clothes and divided them into four shares, something for each of them.  They then took his tunic, and rather than tear it, decided to cast lots for it.

Jesus cried out, "My God, My God, why have you forsaken me?"

Silence

Jesus said, "It is finished."  And, bowing his head, he handed over his spirit.

Silence

A:   *With Mother Earth, we live the Paschal Mystery of life, death and new life.*



10

L:  Station 13:  Jesus is Taken Down from the Cross
    Station 14:  Jesus is Laid in the Tomb

 L:  We adore you, O Christ, and we praise you
A: *For by your holy cross, you have redeemed the world.*

After his death, Jesus is taken down from the cross. Joseph of Arimathea, a distinguished member of the Jewish council, steps forward to offer a final resting place for this rabbi from Galilee.  Even though Jesus was executed as a criminal, Joseph believed he deserved this simple act of mercy.

What simple, but powerful acts of mercy might we offer to one another and to our world?  How are you calling us to step forward with our resources, to offer compassion and dignity to creation?

A:  *We participate in God's dream for Earth; we offer new visions and vistas that expand consciousness and encourage creative expression.*

L:  Jesus, we know that this story does not end with your death.  The power of God's love will breathe newness into what looks to be hopeless, and lifeless.  Our belief in the resurrection gives us the hope we need to remain steadfast in our efforts to be responsible stewards of your gift of creation for the good of all.

Station responses taken from the Land Ethic of the
Adorers of the Blood of Christ

*Closing:  Blessing the Seed*

*Laying of Palms at the Foot of the Cross*

*Dismissal:  Exit in silence*

Please join us for refreshments and fellowship following the service.



# EXHIBIT L



THE LAW OFFICES OF

ESTD 1977

GIBBEL KRAYBILL & HESS LLP
ATTORNEYS & COUNSELORS AT LAW

August 31, 2018

<u>Via FERC E-filing System and Regular Mail</u>
Federal Energy Regulatory Commission
888 First Street, N.E.
Washington, D.C. 20426

Attention: Kimberly D. Bose, Secretary

Reference:    Transcontinental Gas Pipe Line Company, LLC
              Atlantic Sunrise Project
              Docket Nos. CP15-138-000 and CP17-212-000
              Request for Authorization to Place Facilities into
                 Service and Commence Service

Dear Ms. Bose:

Please be advised that our office represents the Adorers of the Blood of Christ ("Adorers").  As the Federal Energy Regulatory Commission ("FERC") knows, the Adorers is a vowed religious order of Roman Catholic women whose religious practice includes protecting and preserving creation, which they believe is a revelation of God, the sacredness of which must be honored and protected for future generations.  The Sisters' belief in the sanctity of earth and the calling to care for God's creation is evidenced in their actions, including, by caring for and protecting the land the Adorers own.  Consistent with the teachings and beliefs of the Adorers and the teachings of Pope Francis as set forth in his encyclical letter entitled *"Laudato Si' . . . On Care For Our Common Home,"* how the Adorers use their own land is an integral part of exercising their well-established and deeply-held religious beliefs as active and engaged stewards of God's earth.  The Adorers' care for God's earth includes addressing the threat of climate change caused by the great concentration of greenhouse gases released as a result of human activity and based on intensive use of fossil fuels.  Indeed, Pope Francis has declared global warming as one of the principal challenges facing humanity today—a challenge that calls people of faith to respond as a matter of great spiritual urgency and importance.   Accordingly, as a matter of religious belief and practice, the Adorers have refused to allow the property they own in West Hempfield Township, Lancaster County, Pennsylvania to be used for Transcontinental Gas Pipe Line Company, LLC's ("Transco") Atlantic Sunrise Pipeline and strongly oppose on religious grounds any transmission of natural gas through the pipeline that was installed without permission on the Adorers' property.

Please be advised that if FERC authorizes Transco to place the Atlantic Sunrise Project facilities into service, thereby permitting natural gas to flow on the Adorers' property over their religious objections, it will substantially burden the Adorer's exercise of religion by forcing them to use their own land to facilitate harm to God's creation, which violates their deeply held

Kimberly D. Bose, Secretary
August 31, 2018
Page 2

religious beliefs.  Such a substantial burden would continue as long as natural gas is being transmitted over their property.  It remains our opinion that such conduct by FERC and Transco violates the Religious Freedom Restoration Act, 42 U.S.C. § 2000bb, *et seq.*  The Adorers have authorized us to take all legal steps available to protect their religious beliefs and rights from being trampled by the federal government and the fossil fuel industry.

Accordingly, our office intends to file a petition to the United States Supreme Court requesting that the Court review the Third Circuit's recent decision in *Adorers of the Blood of Christ, et al. v. Federal Energy Regulatory Commission*,  897 F.3d 187 (3d Cir. 2018).   FERC should wait until all of the Adorers' appeal rights have been exhausted before authorizing Transco to begin transmission of natural gas over the Adorers' property.

Moreover, please be advised, regardless of whether the United States Supreme Court grants the Adorer's Petition for a Writ of Certiorari, the Third Circuit's recent decision specifically left open the possibility that the Adorers could pursue a claim for damages arising out of FERC's and Transco's violation of the Adorer's rights under RFRA.   It is my opinion that a claim for damages will ripen should natural gas be allowed to flow across the Adorers' property, as that would clearly result in a substantial burden on the Adorers' exercise of religion.  Accordingly, this is to put on notice FERC, its Commissioners and other officials and employees who may be involved in deciding whether to allow the transmission of natural gas using the Adorers' property that such officials may be subject to a claim for monetary damages by the Adorers for violating their religious beliefs and practices as guaranteed under RFRA.

In summary, RFRA places a statutory duty on federal agencies to not substantially burden a person's exercise of religion.  Forcing the Adorers to use their own land to facilitate a high volume fossil fuel pipeline will substantially burden their religious exercise.  Accordingly, the Adorers object to any authorization by FERC that would allow Transco to transmit natural gas over the Adorers' property in Lancaster County, Pennsylvania.

Thank you for your attention to this matter, and please let me know if you have any questions.

Very truly yours,

J. Dwight Yoder
dyoder@gkh.com

JDY/blb
Enclosures

cc:     Client (via email)
        Susanna Y. Chu, Esquire (via email)
        Elizabeth U. Witmer, Esquire (via email)