IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ADORERS OF THE BLOOD OF CHRIST, UNITED STATES PROVINCE, et al, <br><br> Plaintiffs, <br><br> v. <br><br> TRANSCONTINENTAL GAS PIPE LINE COMPANY, LLC <br><br> Defendant. | CIVIL ACTION <br> NO. 20-5627 |

## ORDER

**AND NOW**, this 30th day of September, 2021, after review of Defendant's Motion to Dismiss, Plaintiffs' opposition thereto, and all replies, and after oral argument being held, it is hereby **ORDERED** as follows:

1. Defendant's Motion to Dismiss (Docket No. 7) is **GRANTED**; and

2. Plaintiffs' Complaint is **DISMISSED** with prejudice.

BY THE COURT:

**/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.