# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ADORERS OF THE BLOOD OF CHRIST, UNITED STATES PROVINCE, N/K/A ADORERS OF THE BLOOD OF CHRIST, UNITED STATES REGION, SUCCESSOR BY MERGER TO ADORERS OF THE BLOOD OF CHRIST, PROVINCE OF COLUMBIA, PA, INC., F/K/A SAINT JOSEPH CONVENT MOTHERHOUSE OF THE ADORERS OF THE BLOOD OF CHRIST, COLUMBIA, PENNSYLVANIA, INC., ALSO F/K/A SAINT JOSEPH'S CONVENT, MOTHER HOUSE OF SISTER ADORERS OF THE MOST PRECIOUS BLOOD, COLUMBIA, PA, A/K/A SISTERS ADORERS OF THE MOST PRECIOUS BLOOD, ST. JOSEPH CONVENT, COLUMBIA, PA, et al., <br><br>    Plaintiffs <br><br>    v. <br><br>TRANSCONTINENTAL GAS PIPE LINE COMPANY, LLC, <br><br>    Defendant | CIVIL ACTION <br><br> CASE NO. 5:20-cv-05627-JLS <br><br> JURY TRIAL DEMANDED |

## NOTICE OF APPEAL TO UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT

Notice is hereby given that all of the Plaintiffs (i.e., Adorers of the Blood of Christ, United States Province, Sister Sara Dwyer, Sister Maria Hughes, Sister Dani Brought, Sister Mary Alan Wurth, and Sister Therese Marie Smith) hereby appeal to the United States Court of Appeals for the Third Circuit from the final judgment of The Honorable Jeffrey L. Schmehl's September 30, 2021 Order (Dkt. No. 13), granting Defendant Transcontinental Pipe Line Company, LLC's Motion to Dismiss, dismissing Plaintiffs' Complaint with prejudice.

The parties to the Order appealed from and the names and addresses of their respective attorneys are as follows:

Transcontinental Gas Pipe Line Company, LLC

Elizabeth U. Witmer, Esquire
Albert Francis Moran, Esquire
Sean T. O'Neill, Esquire
Saul Ewing Arnstein & Lehr LLP
1200 Liberty Ridge Drive, Suite 200
Wayne, PA  19087-5569
Attorneys for Transcontinental Gas Pipe Line Company, LLC

          Respectfully submitted,

          GIBBEL KRAYBILL & HESS LLP

By:    */s/ J. Dwight Yoder*
        J. Dwight Yoder
        Attorney I.D. No. 81985
        Sheila V. O'Rourke
        Attorney I.D. No. 313842
        Attorneys for Plaintiffs
        2933 Lititz Pike
        P.O. Box 5349
        Lancaster, PA  17606

Date:  October 13, 2021        (717) 291-1700